| | |
|---|---|
| DEFENDANT: | ROBERT LEWIS DEAR, JR. |
| AGE/YOB: | 1958 |
| COMPLAINT FILED? | _____ Yes     ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X_ No<br>If No, a new warrant is required. |
| OFFENSE(S): | **COUNTS 1-64:** 18 U.S.C. § 248(a)(1) and (b) (freedom of access to clinic entrances)<br>**COUNT 65:** 18 U.S.C. § 248(a)(3) and (b) (freedom of access to clinic entrances)<br>**COUNTS 66-68:** 18 U.S.C. § 924(c)(1)(A) and 924(j)(1) (use of a firearm during a crime of violence resulting in death where the killing is a murder) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | **COUNTS 1-3:** 18 U.S.C. § 248(a)(1) and (b) (resulting in death): NMT life imprisonment, NMT $250,000 fine, or both, NMT 5 years supervised release, and a $100 special assessment.<br>**COUNTS 4-11:** 18 U.S.C. § 248(a)(1) and (b) (resulting in bodily injury): NMT 10 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a $100 special assessment.<br>**COUNTS 12-64:** 18 U.S.C. § 248(a)(1) and (b): NMT 1 year imprisonment, NMT $250,000 fine, or both, NMT 1 year supervised release, and a $100 special assessment.<br>**COUNT 65:** 18 U.S.C. § 248(a)(3) and (b) (bodily injury): NMT 10 years imprisonment, NMT $250,000 fine, or both, NMT 3 years supervised release, and a $100 special assessment.<br>**COUNTS 66-68:** 18 U.S.C. § 924(c)(1)(A) and 924(j)(1) (use of a firearm during a crime of violence resulting in death where the killing is a murder): NMT death; in the absence of the death penalty, NLT 10 years imprisonment and NMT life imprisonment, NMT $250,000 fine, or both, NMT 5 years of supervised release, and a $100 special assessment. |
| AGENT: | Special Agent Jonathan Grusing, FBI |
| AUTHORIZED BY: | Assistant U.S. Attorneys Pegeen D. Rhyne and Rajiv Mohan<br>Trial Attorney Mary Hahn, Civil Rights Division |

ESTIMATED TIME OF TRIAL:

__ five days or less; __X__ over five days

THE GOVERNMENT

__X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is applicable to this defendant.