AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>ROBERT LEWIS DEAR, J.R.<br>*Defendant* | )<br>)<br>) Case No. 19-cr-00506-REB<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* ROBERT LEWIS DEAR, J.R., who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1-64:  18 U.S.C. § 248(a)(1) and (b) (freedom of access to clinic entrances)
COUNT 65:  18 U.S.C. § 248(a)(3) and (b) (freedom of access to clinic entrances)
COUNTS 66-68:  18 U.S.C. § 924(c)(1)(A) and 924(j)(1) (use of a firearm during a crime of violence resulting in death where the killing is a murder)

Date: 12/05/2019

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*