**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    The United States of America petitions the Court for a writ of habeas corpus ad prosequendum and states as follows:

    1.    The defendant, ROBERT LEWIS DEAR, JR., YOB: 1958, is now confined at the Colorado Mental Health Institute, 1600 W. 24th Street, Pueblo, CO 81003.

    2.    A hearing in the above-captioned case will be held before a United States magistrate judge in the United States District Court for the District of Colorado.  It is necessary that the defendant be present in person during this and other proceedings and appearances, and through final disposition of his case.

    3.    The government therefore requests the Court to order that a writ of habeas corpus ad prosequendum issue directing the United States Marshal for the District of Colorado, any other United States Marshal, or any other federal law enforcement officer to serve the writ on the warden, superintendent, or custodian of any place or institution where the defendant is confined, and requiring said federal law

enforcement officer to produce the defendant before a United States magistrate judge for the defendant's initial appearance and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and immediately thereafter to return the defendant to the institution where he is now confined.

Dated:  December 6, 2019

Respectfully submitted,

JASON R. DUNN
United States Attorney


By:  s/ *Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Pegeen.Rhyne@usdoj.gov


By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: *s/ Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division, Criminal Section
4 Constitution Square
150 M Street, N.E./7.1108
Washington, D.C. 20002
Telephone: (202) 305-0921
Fax:  (202) 514-6588
E-mail:  Mary.Hahn@usdoj.gov