**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

    Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce ROBERT LEWIS DEAR, JR., YOB: 1958, now confined at the Colorado Mental Health Institute, 1600 W. 24th Street, Pueblo, CO 81003, before a United States Magistrate Judge forthwith for proceedings in the above-referenced case, and to hold him at all times in custody as an agent of the United States of America until final disposition of the defendant's case, and immediately thereafter to return the defendant to the institution where he was confined.

    SO ORDERED this _____ day of _____, 2019

                                   BY THE COURT:

                                   _____
                                   UNITED STATES DISTRICT COURT
                                   DISTRICT OF COLORADO