**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado.  I hereby command that you bring the body of ROBERT LEWIS DEAR, JR., YOB: 1958, now at the Colorado Mental Health Institute, 1600 W. 24th Street, Pueblo, CO 81003, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the defendant at all times in your custody as an agent of the United States of America; and that immediately after the conclusion of these proceedings in the United States District

Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

    DATED at Denver, Colorado, this _____6th_____ day of ___December___, 2019

BY THE COURT:

s/A. Thomas, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT