AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   19-cr-00506-REB |
| ROBERT LEWIS DEAR, J.R. | ) | |
| _Defendant_ | ) | |

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 09 2019**

**JEFFREY P. COLWELL**
CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   ROBERT LEWIS DEAR, J.R.                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
COUNTS 1-64:  18 U.S.C. § 248(a)(1) and (b) (freedom of access to clinic entrances)
COUNT 65:  18 U.S.C. § 248(a)(3) and (b) (freedom of access to clinic entrances)
COUNTS 66-68:  18 U.S.C. § 924(c)(1)(A) and 924(j)(1) (use of a firearm during a crime of violence resulting in death where the killing is a murder)

Date:   12/05/2019

City and state:   Denver, Colorado

s/A. Thomas, Deputy Clerk
_Issuing officer's signature_

Jeffrey P. Colwell, Clerk of Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_   12/06/19   , and the person was arrested on _(date)_   12/09/19 at _(city and state)_   Pueblo, Co   . |

Date:   12/09/19

_Arresting officer's signature_

JONATHAN GRUSING, SPECIAL AGENT
_Printed name and title_