# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of ROBERT LEWIS DEAR, JR., YOB: 1958, now at the Colorado Mental Health Institute, 1600 W. 24th Street, Pueblo, CO 81003, before a United States Magistrate Judge, sitting at Denver, Colorado, to appear for proceedings in the above-referenced case and to hold the defendant at all times in your custody as an agent of the United States of America; and that immediately after the conclusion of these proceedings in the United States District

Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

DATED at Denver, Colorado, this ____6th____ day of __December__, 2019

BY THE COURT:

s/A. Thomas, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _Colorado Mental Health Institute_ TO
_U.S. Marshals Service_
ON _12/09/2019_

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _[signature]_
DEPUTY U.S. MARSHAL

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12/10/2019
JEFFREY P. COLWELL, CLERK

**PARTIAL/FINAL RETURN**
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   19-cr-00506-REB |
| ROBERT LEWIS DEAR, J.R. | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ROBERT LEWIS DEAR, J.R.,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
   COUNTS 1-64:  18 U.S.C. § 248(a)(1) and (b) (freedom of access to clinic entrances)
   COUNT 65:  18 U.S.C. § 248(a)(3) and (b) (freedom of access to clinic entrances)
   COUNTS 66-68:  18 U.S.C. § 924(c)(1)(A) and 924(j)(1) (use of a firearm during a crime of violence resulting in death where the killing is a murder)

Date:   12/05/2019                                                                                         s/A. Thomas, Deputy Clerk
                                                                                                                 *Issuing officer's signature*

City and state:   Denver, Colorado                                                              Jeffrey P. Colwell, Clerk of Court
                                                                                                                   *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ |
| | *Arresting officer's signature* |
| | _____ |
| | *Printed name and title* |