# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT LEWIS DEAR, JR.,

    Defendant.

---

## GOVERNMENT'S MOTION FOR A COMPETENCY EVALUATION PURSUANT TO 18 U.S.C. § 4241(a)

---

The United States of America respectfully files the Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a).

On December 9, 2019, defendant Dear appeared in federal court for his initial appearance. [Doc. # 8]. During the hearing, defendant Dear stated that he wanted to represent himself. [*Id.*]. As a result, the court stopped the hearing and continued it until December 13, 2019, at 10:00 a.m. [*Id.*]. The December 13, 2019, hearing is scheduled to occur in the courtroom of Magistrate Judge Kristen L. Mix.

If Mr. Dear persists in his request to represent himself at the December 13, 2019, hearing, the court is required to make an affirmative finding that he is competent before

1

it can determine whether his waiver of his right to counsel is "knowing and voluntary." *Faretta v. California*, 422 U.S. 806, 835 (1975); *United States v. DeShazer*, 554 F.3d 1281, 1288 (10th Cir. 2009). The level of competency required to waive one's right to counsel is the same level of competency that is required to stand trial. *Godinez v. Moran*, 509 U.S. 389, 399-400 (1993); *DeShazer*, 554 F.3d at 1290.

This Court has authority to order a hearing to determine competency, along with a psychiatric or psychological examination of the defendant, when there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent[.]" 18 U.S.C. § 4241(a)-(b).

At his December 9, 2019, hearing, Mr. Dear told Judge Wang that he is competent, and the government does not believe that Mr. Dear's behavior in federal court suggests otherwise. But the government is aware that the Court must take into consideration the fact that Mr. Dear was previously found incompetent in the State court proceedings against him. While that determination is not binding in these federal proceedings, it offers "reasonable cause" sufficient to justify a new competency evaluation.

A new competency hearing is also warranted because the government believes there were notable problems with the evaluations of Mr. Dear that were performed in the State proceedings. Additionally, competency findings are time specific and focus on whether a defendant is "*presently* suffering from a mental disease or defect to the extent that he is unable to understand the nature and consequence of the proceedings against

him or to assist properly in his defense." 18 U.S.C. § 4241(d) (emphasis added). The last attempt to evaluate Mr. Dear was done on October 15, 2019. Mr. Dear refused to participate in that evaluation and voiced a mistrust of the evaluation process. Despite Mr. Dear's refusal to participate, on October 23, 2019, an opinion that Mr. Dear remained incompetent was rendered based largely on historical information.

At this time, a new and independent evaluation is appropriate. The government has retained Dr. Park Dietz, an extremely experienced licensed psychiatrist, who has reviewed materials in this case and is prepared to evaluate Mr. Dear as soon as December 17, 2019. A copy of Dr. Dietz's C.V. is attached hereto as Exhibit 1.

Pursuant to 18 U.S.C. § 4241(a) and (b) and D.C.Colo.LCrR57.1(b)(24), the government asks that the court order that a psychiatric or psychological exam of Mr. Dear be conducted and order that Dr. Dietz be permitted to perform that evaluation.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: *s/ Pegeen D. Rhyne*
PEGEEN D. RHYNE
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax: 303-454-0406
E-mail: Pegeen.Rhyne@usdoj.gov
Attorney for Government

By: *s/ Rajiv Mohan*
RAJIV MOHAN
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:   303-454-0406
E-mail:   Rajiv.Mohan@usdoj.gov
Attorney for Government

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 11, 2019 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

David Kraut                              David_Kraut@fd.org

                                         By:  s/ *Kayla Keiter*
                                              Kayla Keiter
                                              Legal Assistant
                                              U.S. Attorney's Office