IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

  Defendant.

## NOTICE OF APPEARANCE

  The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

           Respectfully submitted,

           VIRGINIA L. GRADY
           Federal Public Defender


           s/ Natalie G. Stricklin
           NATALIE G. STRICKLIN
           Assistant Federal Public Defender
           633 17th Street, Suite 1000
           Denver, CO  80202
           Telephone:  (303) 294-7002
           FAX:  (303) 294-1192
           Natalie_Stricklin@fd.org
           Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on December 12, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

                                        s/ Natalie G. Stricklin
                                        NATALIE G. STRICKLIN
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Natalie_Stricklin@fd.org
                                        Attorney for Defendant