IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    /s/ Veronica S. Rossman
    VERONICA S. ROSSMAN
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX:  (303) 294-1192
    Email: Veronica_Rossman@fd.org
    Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

 I hereby certify that on December 13, 2019, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

 I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

      /s/ Veronica S. Rossman
      VERONICA S. ROSSMAN
      Assistant Federal Public Defender
      633 Seventeenth Street, Suite 1000
      Denver, CO 80202
      Telephone: (303) 294-7002
      FAX:  (303) 294-1192
      Email: Veronica_Rossman@fd.org
      Attorney for Defendant

2