IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

       Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL
AND TO TERMINATE ECF NOTIFICATIONS**
_____

       David Kraut, Assistant Federal Public Defender, submits this motion to request that this Court order that he be allowed to withdraw as counsel and terminate ECF notifications to him in this case.

       1.    On December 9, 2019, undersigned counsel appeared at the Initial Appearance on behalf of the defendant.

       2.    Since then, other Assistant Federal Public Defenders have entered their appearances as counsel for the defendant, replacing undersigned counsel.

       3.    Accordingly, undersigned counsel asks that he be relieved as counsel for the defendant and that ECF notifications to him be terminated.

                                        Respectfully submitted,

                                        VIRGINIA L. GRADY
                                        Federal Public Defender

                                        *s/ David Kraut*
                                        DAVID KRAUT
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  David_Kraut@fd.org
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2019, I electronically filed the foregoing ***Motion to Withdraw as Counsel and to Terminate ECF Notifications*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

      Mary J. Hahn, Assistant U.S. Attorney
      Email:  mary.hahn@usdoj.gov

      Pegeen Rhyne, Assistant U.S. Attorney
      Email:  pegeen.rhyne@usdoj.gov

      Rajiv Mohan, Assistant U.S. Attorney
      Email:  rajiv.mohan@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

      Robert Lewis Dear, Jr. (via U.S. mail)

                                          *s/ David Kraut*
                                        DAVID KRAUT
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, Colorado  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Email:  David_Kraut@fd.org
                                        Attorney for Defendant