IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

       Defendant.

## MOTION TO RESTRICT ACCESS

Robert Lewis Dear, Jr., by and through undersigned counsel, hereby requests that docket numbers 27 and 28 be restricted at Level 3 access.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*s/ Virginia L. Grady*
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:              (303) 294-1192
Email:          Virginia_Grady@fd.org
Attorney for Defendant

*s/ Natalie G. Stricklin*
NATALIE G. STRICKLIN
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email:          Natalie_Stricklin@fd.org
Attorney for Defendant

*s/ Warren R. Williamson*
WARREN R. WILLIAMSON
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email:          Rick_Williamson@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2019, I filed the foregoing ***Motion to Restrict Access*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013
c/o FDC – Englewood

*s/ Virginia L. Grady*
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:          (303) 294-1192
Email:        Virginia_Grady@fd.org
Attorney for Defendant

*s/ Natalie G. Stricklin*
NATALIE G. STRICKLIN
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:          (303) 294-1192
Email:        Natalie_Stricklin@fd.org
Attorney for Defendant

3

*s/ Warren R. Williamson*
WARREN R. WILLIAMSON
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:         (303) 294-1192
Email:       Rick_Williamson@fd.org
Attorney for Defendant

4