# Attachment A

| | |
|---|---|
| District Court, El Paso County, Colorado<br>270 South Tejon Street<br>Colorado Springs, CO  80903 | |
| **THE PEOPLE OF THE STATE OF COLORADO**<br>vs.<br>**ROBERT LEWIS DEAR**,<br>Defendant | ☐ **COURT USE ONLY** ☐ |
| Daniel H. May<br>Fourth Judicial District<br>District Attorney, # 11379<br>El Paso County District Attorneys Office<br>105 E. Vermijo Avenue<br>Colorado Springs, CO  80903<br>Phone Number: 719-520-6000<br>Fax: 719-520-6172 | Case No: D0212015CR005795<br><br>Div: 10      Courtroom: |
| **COMPLAINT AND INFORMATION** | |

**CHARGES: 179**

**COUNT 1: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107 (F1){01061}**

**COUNT 2: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(b);18-3-107 (F1){01062}**

**COUNT 3: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a) (F1){01011}**

**COUNT 4: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(b) (F1){01012}**

**COUNT 5: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d) (F1){01015}**

**COUNT 6: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a) (F1){01011}**

**COUNT 7: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(b) (F1){01012}**

**COUNT 8: MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d) (F1){01015}**

Permission to file information in district court granted:
Judge:_____
           Signature                                                              Date

People v. Robert Lewis Dear          Case No.: D0212015CR005795

**COUNT 9: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}**

**COUNT 10: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}**

**COUNT 11: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}**

**COUNT 12: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}**

**COUNT 13: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}**

**COUNT 14: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}**

**COUNT 15: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}**

**COUNT 16: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}**

**COUNT 17: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}**

**COUNT 18: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}**

**COUNT 19: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}**

**COUNT 20: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}**

**COUNT 21: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}**

**COUNT 22: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}**

**COUNT 23: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}**

**COUNT 24: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}**

**COUNT 25: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}**

**COUNT 26: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}**

**COUNT 27: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}**

People v. Robert Lewis Dear                Case No.: D0212015CR005795

COUNT 28: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 29: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 30: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 31: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 32: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 33: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 34: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(a) (F3){02011}

COUNT 35: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 36: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 37: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 38: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 39: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 40: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 41: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 42: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 43: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

People v. Robert Lewis Dear                    Case No.: D0212015CR005795

COUNT 44: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 45: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 46: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 47: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 48: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 49: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 50: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 51: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 52: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 53: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 54: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 55: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 56: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 57: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 58: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 59: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

People v. Robert Lewis Dear　　　　　　　Case No.: D0212015CR005795

COUNT 60: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 61: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 62: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 63: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 64: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 65: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 66: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 67: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 68: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 69: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 70: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 71: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 72: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 73: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 74: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 75: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

People v. Robert Lewis Dear        Case No.: D0212015CR005795

COUNT 76: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 77: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 78: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 79: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 80: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 81: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 82: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 83: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-2-101 (F2){01011A}

COUNT 84: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 85: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 86: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 87: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 88: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 89: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-2-101 (F2){01015A}

COUNT 90: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 91: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

People v. Robert Lewis Dear                Case No.: D0212015CR005795

COUNT 92: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 93: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 94: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 95: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 96: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 97: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 98: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 99: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 100: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 101: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 102: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 103: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 104: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 105: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 106: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 107: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 108: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 109: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

People v. Robert Lewis Dear	Case No.: D0212015CR005795

COUNT 110: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 111: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 112: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 113: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 114: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 115: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 116: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 117: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 118: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 119: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 120: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 121: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 122: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 123: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 124: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 125: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 126: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 127: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

People v. Robert Lewis Dear                    Case No.: D0212015CR005795

COUNT 128: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 129: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 130: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 131: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 132: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 133: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 134: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 135: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 136: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 137: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 138: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 139: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 140: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 141: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 142: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 143: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 144: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 145: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

People v. Robert Lewis Dear                    Case No.: D0212015CR005795

COUNT 146: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 147: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 148: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 149: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 150: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 151: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 152: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 153: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 154: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 155: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 156: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 157: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 158: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 159: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 160: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 161: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 162: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 163: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

People v. Robert Lewis Dear          Case No.: D0212015CR005795

COUNT 164: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 165: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 166: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 167: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 168: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 169: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 170: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 171: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 172: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(a);18-3-107;18-2-101 (F2){01061A}

COUNT 173: CRIMINAL ATTEMPT TO COMMIT MURDER IN THE FIRST DEGREE, C.R.S. 18-3-102(1)(d);18-3-107;18-2-101 (F2){01065A}

COUNT 174: ASSAULT IN THE FIRST DEGREE, C.R.S. 18-3-202(1)(e) (F3){0201B}

COUNT 175: FIRST DEGREE BURGLARY, C.R.S. 18-4-202(1) (F3){06011}

COUNT 176: CRIMINAL MISCHIEF, C.R.S. 18-4-501(1),(4)(g) (F3){0901M}

COUNT 177: CRIME OF VIOLENCE, C.R.S. 18-1.3-406(2)(a)(I)(B) (SE){36092}

COUNT 178: CRIME OF VIOLENCE, C.R.S. 18-1.3-406(2)(a)(I)(A) (SE){36091}

COUNT 179: CRIME OF VIOLENCE, C.R.S. 18-1.3-406(2)(a)(I)(A),(7)(a) (SE){36095}