IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

      Defendant.

## NOTICE OF ENTRY OF APPEARANCE

      Pursuant to the Court's Order Assigning Learned Counsel for Defendant Robert Lewis Dear, Jr. (Doc. 29), dated December 18, 2019, Counsel formally enters her appearance on behalf of Mr. Dear.

Respectfully submitted,

ANDREA L. LUEM

*s/ Andrea L. Luem*
ANDREA L. LUEM, ESQ.
Nevada Bar #008844
Colorado Bar #32106
400 South Fourth Street, Ste. 500
Las Vegas, Nevada 89101
702.600.8403
andrea@luemlaw.com

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 3rd, 2020, I filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Pegeen Rhyne, Assistant United States Attorney
E-mail: pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail: rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail: mary.hahn@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013
c/o FDC – Englewood

*s/ Andrea L. Luem*
ANDREA L. LUEM, ESQ.
Nevada Bar #008844
Colorado Bar #32106
400 South Fourth Street, Ste. 500
Las Vegas, Nevada 89101
702.600.8403
andrea@luemlaw.com