IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

    Pursuant to the Court's Order Assigning Learned Counsel for Defendant Robert Lewis Dear, Jr. (Doc. 29), dated December 18, 2019, Counsel formally enters his appearance on behalf of Mr. Dear.

    Respectfully submitted,

    MARK FLEMING

    *s/ Mark Fleming*
    MARK FLEMING, ESQ.
    California Bar No. 165770
    1470 Encinitas Blvd. Ste. 133
    Encinitas, California 92024
    619.300.6202
    mark@markfleminglaw.com

CERTIFICATE OF SERVICE

 I certify that on January 3rd, 2020, I filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

 Pegeen Rhyne, Assistant United States Attorney
 E-mail:  pegeen.rhyne@usdoj.gov

 Rajiv Mohan, Assistant United States Attorney
 E-mail:  rajiv.mohan@usdoj.gov

 Mary J. Hahn, Assistant United States Attorney
 E-mail:  mary.hahn@usdoj.gov

 I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

 Robert Lewis Dear, Jr. (via U.S. mail)
 Reg. No. 45591-013
 c/o FDC – Englewood


     *s/ Mark Fleming*
     MARK FLEMING, ESQ.
     California Bar No. 165770
     1470 Encinitas Blvd. Ste. 133
     Encinitas, California 92024
     619.300.6202
     mark@markfleminglaw.com