Exhibit B

Filed Under Restriction