IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  19-cr-00506-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROBERT LEWIS DEAR, JR.

     Defendant.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant Dear's **Response** [#35] to the Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) [#13]. In the Response [#35] filed on January 3, 2020, Defendant Dear requests that the January 3, 2020 deadline for him to file a Response and the January 10, 2020 deadline for the Government to file a Reply should both be continued for 60 days.  The Government is opposed to this request.  *See Reply* [#36] at 13-19.

     IT IS HEREBY **ORDERED** that a Status Conference is **SET** for **January 16, 2020**, at **8:30 a.m.** in Courtroom A-401, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Counsel may appear in person or call the Court at **303-335-2770** on a land line at the time of the Scheduling Conference.  All counsel who plan to appear telephonically must initiate a conference call via land lines before dialing the Court. Defendant Dear need not be present for this Status Conference.  The sole purpose of the Status Conference is to discuss whether deadlines should be extended for counsel to file an Amended Response and an Amended Reply to the Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) [#13].

     Dated:  January 13, 2020