IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.

---

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO RESPOND TO GOVERNMENT'S 4241 MOTION**

---

Defendant Robert Lewis Dear, Jr. ("Mr. Dear"), through undersigned counsel and unopposed by the government, respectfully asks this Court to extend by 30 days (**until April 15, 2020**), the deadline for filing the defendant's response to the government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. 4241(a) (ECF No. 13) ("4241 Motion").

Undersigned counsel had not anticipated seeking more time to file Mr. Dear's response. The need for this extension arises because Learned Counsel's trial in Las Vegas did not conclude by February 7, 2020, as was originally expected when this Court granted an additional 60 days for the response filing. Due to unforeseen circumstances, that trial will not be over until the end of February. (*See* Declaration of Attorney Mark Fleming) ("Fleming Decl. 2/17/2020") (Attachment A). Because Learned Counsel's input on the competency question is essential, and given their unavailability

until the end of February, good cause supports granting Mr. Dear another brief extension of the response filing deadline.  In support, counsel submit:

    1.    On December 5, 2019, the government filed a 68-count indictment charging Mr. Dear with crimes, including death-penalty eligible offenses, related to the November 27, 2015, shooting at the Planned Parenthood clinic in Colorado Springs. (ECF No. 1).

    2.    On December 11, 2019, the government filed its 4241 Motion. (ECF No. 13).

    3.    On December 18, 2019, the Honorable District Judge Robert E. Blackburn, acting under 18 U.S.C. § 3005, appointed "Learned Counsel" from outside the FPD to join Mr. Dear's defense team. (ECF No. 29) (Attachment B).  Judge Blackburn appointed Mark Fleming and Andrea Luem to represent Mr. Dear at the outset of this prosecution because, as required by section 3005, they are "learned in the law applicable to capital cases." (*Id.*)

    4.    On December 19, 2019, Mr. Dear requested and received an unopposed two-week extension of time to respond to the 4241 Motion. (ECF No. 30).  That extension was needed so the FPD could confer with Mr. Dear's newly-appointed Learned Counsel about the 4241 Motion.

    5.    On January 3, 2020, Mr. Dear filed a 35-page response to the 4241 Motion. (ECF No. 35).  In that filing, the defense recited the applicable law, including the heightened duties of defense counsel in capital cases, and detailed the unique procedural history at issue here.  The defense also explained the reasons Mr. Dear could not yet take a position on whether this Court should order competency

proceedings under section 4241. Among the reasons warranting an extension, the defense alerted the Court that Learned Counsel would be unavailable until February 7, 2020, due to ongoing commitments in a complex, multi-defendant federal RICO murder trial in Las Vegas, Nevada. (*See* ECF No. 35-1) (Declaration of Attorney Mark Fleming). Accordingly, the defense requested an additional 60 days to prepare an informed response to the 4241 Motion, with the meaningful input of Learned Counsel.

6. On January 10, 2020, the government filed its Reply in Support of the 4241 Motion. (ECF No. 36).

7. On January 16, 2020, this Court held a status conference to consider Mr. Dear's request to postpone the response deadline to the 4241 Motion. (*See* ECF No. 41). At the hearing, the Honorable Magistrate Judge Mix first clarified she would "construe the Defendant's response [ECF No. 35] to the Government's motion [ECF No. 13] as a request for an extension of time." (ECF No. 42, 1/17/2020, Transcript of Proceedings Held Before the Honorable Kristen L. Mix, United States Magistrate Judge on January 16, 2020) (Tr. Jan 16), at 7). Magistrate Judge Mix then asked to hear from defense counsel. (*Id.* at 8). Attorney Fleming appeared by telephone; he told the Court that the "first and foremost" reason supporting the defense's request for a 60-day extension was Learned Counsel's unavailability due to the ongoing trial in Las Vegas. (*Id.* at 9). "[A]s the Court is aware," Mr. Fleming explained, "Ms. Luem and I are both involved in this complex trial here in Las Vegas." (*Id.*). Attorney Fleming said the trial was "moving along at a quicker pace than we had anticipated" and that "we expect to be through with closing arguments the very first week of February." (*Id.* at 9).

8.      Learned Counsel's estimates about their trial schedule in the District of Nevada proved overly optimistic, however. (*See* Attachment A) (Fleming Decl. 2/17/2020).  For example, Mr. Fleming did not present his closing argument until February 6.  Ms. Luem, who represents a different defendant, has yet to present her closing argument.  Also, for reasons unrelated to Learned Counsel, the district court recessed the trial proceedings until February 18, 2020. (*See* Docket Sheet, *United States v. Palafox et. al*, 16-cr-00265-GMN-NJK-2, United States District Court for the District of Nevada (Las Vegas), at ECF No. 2098). It is expected that all defense closing arguments will conclude by February 19. (*See* Fleming Dec. 2/17/2020 at P. 1).  If expectation proves accurate, and even if the prosecution's rebuttal closing arguments proceed expeditiously, the case likely will not be submitted to the jury for deliberations until the last week of February.

9.      On January 16, 2020, when Magistrate Judge Mix ruled on Mr. Dear's request for more time to file his response, the Court recognized that "these circumstances are unusual.  This is a capital case.  We do know that the law has routinely and repeatedly and thoroughly exercised caution and admonished courts to exercise caution in capital cases." (Tr. 1/16/2020 at 24).  In granting a sixty-day extension, this Court relied, in material part, on the fact that Learned Counsel could not weigh in on the competency issue until they were done with their trial in Las Vegas.  Magistrate Judge Mix explained, "at this point, what I understand the defendant to be saying is, they are not in the position to make an argument [on the competency issue] one way or the other." (*Id.*).  This Court reasoned:

> Today's date is January 16th, 2020. [L]earned defense counsel have indicated that they are wrapped up in trial in another matter in Nevada through the end of the first week of February. Therefore, I think it's reasonable to give the defendant sixty days from today's date to respond to the Government's [4241 Motion].

(*See id.* at 25).

10.  The defense now respectfully asks this Court to apply the same reasoning it used on January 16 to grant Mr. Dear an additional 30-day postponement of the response deadline. Learned Counsel was not available by the end of the first week of February, as previously expected by the parties and this Court. Because Learned Counsel's trial will not conclude until the end of February, it would be reasonable to extend the response deadline accordingly, to account for these unforeseen developments and to accomplish what this Court originally intended: allow Mr. Dear a full and fair opportunity to take a position on the 4241 Motion, with the input of Learned Counsel.

11.  Undersigned counsel assures this Court that the FPD has not sat idly since January 16 but has been working diligently on Mr. Dear's response to the 4241 Motion. Legal research and factual investigation, including review of thousands of pages of state competency materials, are ongoing. Counsel also is working to develop a trusting relationship with Mr. Dear, remaining mindful of all aspects of its obligations under the ABA Guidelines.

12.  Finally, the defense does not seek to delay these proceedings unnecessarily and fully understands this Court's expectations for the response filing, as articulated at the hearing on January 16. Counsel will not request additional extensions of time absent extraordinary circumstances.

13. The parties conferred as required by the Local Rules of Practice for the District of Colorado. The government does not oppose the relief requested in this motion.

WHEREFORE, Mr. Dear respectfully asks this Court to extend by 30 days (until April 15, 2020), the deadline for filing the defendant's response to the 4241 Motion.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Virginia_Grady@fd.org
Attorney for Defendant



| s/ Natalie G. Stricklin | s/ Veronica S. Rossman |
|---|---|
| NATALIE G. STRICKLIN | VERONICA S. ROSSMAN |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| 633 17th Street, Suite 1000 | 633 17th Street, Suite 1000 |
| Denver, CO  80202 | Denver, CO 80202 |
| Telephone:   (303) 294-7002 | Telephone:   (303) 294-7002 |
| FAX:             (303) 294-1192 | FAX:             (303) 294-1192 |
| Email: Natalie_Stricklin@fd.org | Email: Veronica_Rossman@fd.org |
| Attorney for Defendant | Attorney for Defendant |

APPOINTED LEARNED COUNSEL:


s/ Mark F. Fleming
MARK F. FLEMING, ESQ.
Law Office of Mark Fleming
1470 Encinitas Blvd., Suite 133
Encinitas, CA 92024
Telephone:   (619) 300-6202
Email: mark@markfleminglaw.com
Attorney for Defendant

s/ Andrea L. Luem
ANDREA L. LUEM, ESQ.
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone:   (702) 600-8403
FAX:             (702) 550-7712
Email: Andrea@luemlaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on February 18, 2020, I filed the foregoing ***Unopposed Third Motion for Extension of Time to Respond to Government's 4241 Motion*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013
c/o FDC – Englewood

>*s/ Veronica S. Rossman*
>VERONICA ROSSMAN
>Assistant Federal Public Defender
>633 17th Street, Suite 1000
>Denver, CO  80202
>Telephone:   (303) 294-7002
>FAX:             (303) 294-1192
>Email: Veronica_Rossman@fd.org
>Attorney for Defendant

8