# Attachment A

### Declaration of Attorney Mark Fleming

Undersigned counsel, Mark Fleming, hereby submits this declaration in support of the attached defense motion to allow a final postponement of 30 days to file the response to the government's Motion for Competency Evaluation pursuant to 18 U.S.C. 4241(a):

1. The Court granted the defendant Robert Dear, Jr.'s request for an additional 60 days to submit his response to the government's request for a 4241 competency evaluation. *See* Doc. 35. As set forth in undersigned counsel's declaration submitted in support of that request, both learned counsel (Mark Fleming and Andrea Luem) were appointed to represent Mr. Dear on December 18, 2019. Both have been in a complex, RICO murder trial, *United States v. Pastor Palafox*, 16-cr-265-GMN in Las Vegas since July of last year. The Court granted Mr. Dear's postponement request to allow learned counsel adequate time to address the issue of competency after the *Palafox* trial has ended.

2. Undersigned counsel advised the Court that the *Palafox* trial would conclude "no later than February 7." *See* Doc. 35-1, para 1. Unfortunately, due to unforeseen circumstances, this estimate was overly optimistic. The trial is ongoing. However, closing arguments should conclude by February 19. For the reasons set forth in the concurrently filed motion, Docs. 35 and 35-1, Mr. Dear respectfully requests a final postponement of 30 days to submit his response.

Respectfully submitted on February 17, 2020:

*Mark Fleming*
Mark Fleming
Counsel for Mr. Dear

1