IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.

---

**UNOPPOSED MOTION FOR STIPULATED PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS**

---

The United States of America respectfully files this Unopposed Motion for Stipulated Protective Order Regarding Discovery Materials.

On December 5, 2019, a grand jury indicted the defendant, Robert Lewis Dear, Jr. on 68 counts—including death-penalty eligible offenses—based on the shootings at the Planned Parenthood Clinic in Colorado Springs, Colorado in November 2015.  The State of Colorado charged Mr. Dear in 2015 for the same conduct.  Mr. Dear was found incompetent to proceed in the state case.

To date, the government has produced to the defense only the documents related to the State's determination that Mr. Dear is incompetent, including the competency evaluations, the records provided by the Colorado Mental Health Institute at Pueblo, transcripts of the competency hearing in state court, and related court filings and orders.  The government made clear at the outset that it would not produce case-

1

related discovery—that is, discovery governed by Federal Rule of Criminal Procedure 16—without an appropriate protective order.

That discovery includes surveillance footage, photographs, and descriptions of the defendant's attack on the Planned Parenthood Clinic.   The discovery also contains personal identifying information and other private information of third parties in such documents as autopsy reports (and related documents and photographs), medical records, and other documents.   To prevent disclosure of this sensitive information, the government provided defense counsel with a proposed protective order on December 9, 2019, after Mr. Dear's initial appearance.   The government also followed up with defense counsel to schedule a time to discuss that proposed order.   The parties have reached an agreement that the attached stipulated protective order is appropriate to address the privacy concerns presented by the discovery in this case.

Federal Rule of Criminal Procedure 16(d)(1) allows the Court "for good cause" to "deny, restrict or defer discovery or inspection, or grant other appropriate relief." Pursuant to this authority, the government requests that the Court approve and enter as an order in this case the attached proposed stipulated protective order, which imposes reasonable limitations on the use and possession of the discovery in this case.

The proposed protective order allows for the following categories of information to be designated and disclosed as subject to this protective order:   surveillance videos from Planned Parenthood and nearby businesses from November 27, 2015; the compiled narrative of what is depicted in the surveillance videos from Planned Parenthood from November 27, 2015; surveillance videos from King Soopers from

November 27, 2015; surveillance videos from Woodland Park Hospital from November 27, 2015; video recordings by law enforcement from November 27, 2015; cell phone videos of events at or near Planned Parenthood from November 27, 2015; photographs or images depicting injured or deceased victims; photographs or images of faces of civilians present at Planned Parenthood on November 27, 2015; any item identifying civilians who were present at Planned Parenthood on November 27, 2015; any item containing medical, reproductive healthcare, autopsy, or psychological information of any third party; 911 calls, dispatch calls, and law enforcement communications regarding events at Planned Parenthood on November 27, 2015, and logs of such calls; video and/or audio recordings of interviews or conversations regarding events at Planned Parenthood on November 27, 2015, including those with the defendant; any item containing personal identifying information, including dates of birth, Social Security numbers, addresses, email addresses, telephone numbers, and financial account information; any items containing wage, salary, or job performance evaluation information of third parties; photographs or images depicting family members of the victims or other items identifying family members of the victims; NCIC reports, Global Activity Reports, or criminal incident reports relating to any third party; all administrative or service military records relating to any third party and documents referencing such records; and Planned Parenthood's Emergency Operations Manual.

    The defendant would generally be allowed to view materials subject to the protective order in the presence of defense counsel, but he would not be allowed to retain them.   The proposed order also imposes one limitation on what the defendant

3

may view. Specifically, defense counsel and any authorized person working with defense counsel would not be allowed to disclose to the defendant the type of reproductive health service that any person was seeking from Planned Parenthood. The government will provide a redacted copy of the discovery that can be shared with the defendant to facilitate this restriction on the defendant's access to this information.

The government therefore respectfully requests that this unopposed motion be granted and that the Court enter the proposed stipulated protective order filed with this motion.

Dated:   January 10, 2020

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:   s/ *Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0406
E-mail:   Pegeen.Rhyne@usdoj.gov

By:   s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0406
E-mail:   Rajiv.Mohan@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:  s/ *Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division, Criminal Section
4 Constitution Square
150 M Street, N.W./7.1108
Washington, D.C. 20002
Telephone: 202-305-0921
Fax:   202-514-6588
E-mail:   Mary.Hahn@usdoj.gov

5

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Rick Williamson | Rick_Williamson@fd.org |
| Veronica Rossman | Veronica_Rossman@fd.org |
| Mark F. Fleming | mark@markfleminglaw.com |
| Andrea L. Luem | Andrea@luemlaw.com |

By:   s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:   303-454-0406
E-mail:   Rajiv.Mohan@usdoj.gov