IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.

## MOTION TO VACATE APRIL 15 FILING DEADLINE

Defendant Robert Lewis Dear, Jr., through undersigned counsel, respectfully asks this Court to vacate the April 15, 2020 deadline for filing the defendant's response to the government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. 4241(a) (ECF No. 13) ("4241 Motion").[1] In light of the extraordinary circumstances created by the COVID-19 pandemic, it is not possible for the defense to comply with the current deadline. Undersigned counsel expected this motion to vacate would be unopposed by the government. Unfortunately, as set forth below, the government refused to stipulate.

### *Motion to Vacate April 15 Filing Deadline*

On December 5, 2019, the government filed an indictment charging Mr. Dear with death-penalty eligible offenses related to the 2015 shooting at the Planned Parenthood clinic in Colorado Springs. *See* ECF No. 1. The following week, the government filed a request for a 4241 competency hearing. *See* ECF No. 13.

---

[1] *See* ECF No. 45 (minute order requiring 4241 Response to be filed by April 15, 2020).

Learned counsel Mark Fleming and Andrea Luem were appointed in mid-December.  *See* ECF No. 29. The Court granted defense requests to continue its response to the 4241 Motion, due primarily to the fact that both learned counsel were involved in a seven-month RICO murder trial in Las Vegas.  In doing so, the Court recognized that "these circumstances are unusual…[T]his is a capital case.  We do know that the law has routinely and repeatedly and thoroughly exercised caution and admonished courts to exercise caution in capital cases... at this point, what I understand the defendant to be saying is, they are not in the position to make an argument [on the competency issue] one way or the other."  (ECF No. 42, Tr. 1/16/2020 at 24).

The jury reached verdicts in the Las Vegas trial on February 24.  *See United States v. Pastor Palafox*, 16-cr-265-GMN, ECF 2126.  As promised, learned counsel immediately ramped up the necessary investigation to address the 4241 issue, which included consulting with mental health and mitigation experts and planning for visits with Mr. Dear.  The planned visits with Mr. Dear necessarily included, of course, evaluations by a defense mental health expert.

Less than two weeks after the verdicts, the state of California, where learned counsel Mark Fleming and the primary defense mental health expert both live, declared a state of emergency after reports of the first COVID-19 death in the state.[2] California residents were advised to avoid all "non-essential" travel to prevent the spread of the virus.  On March 19, Governor Gavin Newsom issued a mandatory "stay at home" order

---

[2] *See* Executive Order N-33-20, available at https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf

than remains in effect today.[3] The state of Nevada, where co-learned counsel Ms. Luem lives, has been under the same restrictions since March 17.[4]  Other states soon followed, including Colorado on March 25.[5]  The Bureau of Prisons suspended all legal visits on March 13.[6]

On March 20 undersigned counsel informed the government that due to the pandemic, the defense team members (including our mental health and mitigation experts) are unable to meet with Mr. Dear and perform the work necessary to prepare the 4241 Response.  The defense asked the government to stipulate to a request to vacate the April 15 deadline and to submit a joint status report no later than June 15.

Unfortunately, despite being told that it is impossible for the defense to prepare the response, the government refused to stipulate.  Instead, government counsel demanded to know whether the defense and/or defense mental health experts "*had any in-person meetings with Mr. Dear to date.*"  Undersigned counsel replied that the specific details of whether or when Mr. Dear has met with his counsel and/or mental health experts is privileged information.[7]  Undersigned counsel again advised the

---

[3] *See id.*

[4] *See* http://gov.nv.gov/News/Press/2020/Governor_Sisolak_Announces_COVID-19_Risk_Mitigation_Initiatives/

[5] See Executive Order D 2020 017, available at https://drive.google.com/file/d/1O1EDCY6-A6QBKxzDImCSF8bBBdOOI3Km/view

[6] *See* https://www.bop.gov/resources/news/20200313_covid-19.jsp

[7] The ABA Model Rule of Professional Responsibility 1.6 prohibits disclosure of the information the government demands.  However, if necessary, the defense will provide the Court with additional information concerning the defense's inability to prepare the

government that due to the pandemic, the defense "*have had insufficient contact with Mr. Dear, and other witnesses, including our experts to prepare the response*" by the April 15 deadline.  The representations of undersigned counsel did not satisfy the government.  It opposes the request to vacate.

---

4241 motion due to the ongoing health crisis and unprecedented travel restrictions *ex parte*.

### *Conclusion*

The defense is unable to prepare the 4241 response by April 15 due to the COVID-19 pandemic and ensuing travel restrictions. A continuance is necessary to avoid what will otherwise be prima facie ineffective assistance of counsel. The defense respectfully requests that the Court vacate the April 15 deadline and order that the parties file a status report no later than June 15, 2020 addressing the response date to the government's 4241 Motion.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:              (303) 294-1192
Email: Virginia_Grady@fd.org
Attorney for Defendant


| | |
|---|---|
| s/ Natalie G. Stricklin | s/ Veronica S. Rossman |
| NATALIE G. STRICKLIN | VERONICA S. ROSSMAN |
| Assistant Federal Public Defender | Assistant Federal Public Defender |
| 633 17th Street, Suite 1000 | 633 17th Street, Suite 1000 |
| Denver, CO  80202 | Denver, CO 80202 |
| Telephone:   (303) 294-7002 | Telephone:   (303) 294-7002 |
| FAX:              (303) 294-1192 | FAX:              (303) 294-1192 |
| Email: Natalie_Stricklin@fd.org | Email: Veronica_Rossman@fd.org |
| Attorney for Defendant | Attorney for Defendant |

APPOINTED LEARNED COUNSEL:

| | |
|---|---|
| s/ Mark F. Fleming | s/ Andrea L. Luem |
| MARK F. FLEMING, ESQ. | ANDREA L. LUEM, ESQ. |
| Law Office of Mark Fleming | 400 South Fourth Street, Suite 500 |
| 1470 Encinitas Blvd., Suite 133 | Las Vegas, NV 89101 |
| Encinitas, CA 92024 | Telephone: (702) 600-8403 |
| Telephone: (619) 300-6202 | FAX: (702) 550-7712 |
| Email: mark@markfleminglaw.com | Email: Andrea@luemlaw.com |
| Attorney for Defendant | Attorney for Defendant |

## CERTIFICATE OF SERVICE

I certify that on March 31, 2020, I filed the foregoing ***Motion to Vacate April 15 Filing Deadline*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail: pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail: rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail: mary.hahn@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013
c/o FDC – Englewood

                                                        s/ Veronica S. Rossman
                                                        VERONICA S. ROSSMAN
                                                        Assistant Federal Public Defender
                                                        633 17th Street, Suite 1000
                                                        Denver, CO  80202
                                                        Telephone: (303) 294-7002
                                                        FAX:         (303) 294-1192
                                                        Email: Veronica_Rossman@fd.org
                                                        Attorney for Defendant