| | |
|---|---|
| **From:** | Rhyne, Pegeen (USACO) |
| **To:** | mark@markfleminglaw.com |
| **Cc:** | natalie_stricklin@fd.org; veronica_rossman@fd.org; Rick_williamson@fd.org; Andrea Luem; Mohan, Rajiv (USACO); Mary Hahn (Mary.Hahn@crt.usdoj.gov) |
| **Subject:** | RE: 4241 Response motion |
| **Date:** | Monday, March 23, 2020 11:18:00 AM |

Hi Mark,

We must oppose your request for more time.  You have not provided us with any information regarding how much time you, Ms. Luem, and/or your mental health expert have already been able to spend with Mr. Dear to date for us to even understand why you believe the continuance that you request is necessary.  While you have been clear on your desire for more time and your desire for more meetings with Mr. Dear, that does not address the question of need, especially in light of the very narrow question currently before the court: is there reasonable cause to believe that the defendant may be presently suffering from a mental disease or defect rendering him incompetent.

The current environment has required tremendous adaptation from everyone across the country.  Teleworking is now the norm, and phone calls have replaced in person meetings.  Because there is simply no way to tell when things will return to normal, we cannot place this case on hold for the foreseeable future.  Instead, we must all adapt with the times.  You have already received a 3-month continuance in filing your response to our request for a competency hearing.   Each continuance comes at the expense of the victims in this case.  We cannot agree to another.

Thank you,
Pegeen

**From:** mark fleming <mark@markfleminglaw.com>
**Sent:** Friday, March 20, 2020 5:00 PM
**To:** Rhyne, Pegeen (USACO) <PRhyne@usa.doj.gov>
**Cc:** andrea@luemlaw.com; natalie_stricklin@fd.org; veronica_rossman@fd.org; Rick_williamson@fd.org; Hahn, Mary (CRT) <Mary.Hahn@crt.usdoj.gov>; Mohan, Rajiv (USACO) <rmohan@usa.doj.gov>

**Subject:** Re: 4241 Response motion

I've given it more thought, and I'm not providing you with any additional information. Please let us know your position on Monday.

Mark Fleming
Law Office of Mark Fleming

---

**From:** Rhyne, Pegeen (USACO) <Pegeen.Rhyne@usdoj.gov>
**Sent:** Friday, March 20, 2020 3:53:32 PM
**To:** mark fleming <mark@markfleminglaw.com>
**Cc:** andrea@luemlaw.com <andrea@luemlaw.com>; natalie_stricklin@fd.org <Natalie_Stricklin@fd.org>; veronica_rossman@fd.org <Veronica_Rossman@fd.org>; Rick_williamson@fd.org <Rick_Williamson@fd.org>; Hahn, Mary (CRT) <Mary.Hahn@usdoj.gov>; Mohan, Rajiv (USACO) <Rajiv.Mohan@usdoj.gov>
**Subject:** Re: 4241 Response motion

Mark,
Whether you have met, and how often, is not protected by attorney-client privilege, which only covers the content of a confidential communication. Please reconsider your refusal to answer. It is a reasonable question given the basis for your request.

Thank you,
Pegeen

Sent from my iPhone

> On Mar 20, 2020, at 4:46 PM, mark fleming <mark@markfleminglaw.com> wrote:
>
> Hello Pegeen,
>
> I cannot disclose information that is protected by the attorney-client privilege.  But I can assure you, as I explained below, that we have

had insufficient contact with Mr. Dear and other witnesses, including our experts to prepare the response. I am confident that the Court will grant a motion to vacate if the government refuses to stipulate. But given the extraordinary emergency we are all dealing with, it's hard to imagine your office objecting. Please give us your position no later than Monday afternoon. We will file either the stipulation or a motion to vacate stating your opposition on Tuesday.

Thank you,
Mark

**From:** Rhyne, Pegeen (USACO) <Pegeen.Rhyne@usdoj.gov>
**Sent:** Friday, March 20, 2020 3:23 PM
**To:** mark fleming <mark@markfleminglaw.com>; andrea@luemlaw.com <andrea@luemlaw.com>; natalie_stricklin@fd.org <Natalie_Stricklin@fd.org>; veronica_rossman@fd.org <Veronica_Rossman@fd.org>; Rick_williamson@fd.org <Rick_Williamson@fd.org>
**Cc:** Hahn, Mary (CRT) <Mary.Hahn@usdoj.gov>; Mohan, Rajiv (USACO) <Rajiv.Mohan@usdoj.gov>
**Subject:** RE: 4241 Response motion

Hi Mark,

Have you and/or your mental health expert had any in person meetings with Mr. Dear to date? I understand your predicament, and we want to be reasonable, but I know that my front office will ask before we are permitted to agree to any further continuances.

Thank you,
Pegeen

**From:** mark fleming <mark@markfleminglaw.com>
**Sent:** Friday, March 20, 2020 4:10 PM
**To:** Rhyne, Pegeen (USACO) <PRhyne@usa.doj.gov>;

andrea@luemlaw.com; natalie_stricklin@fd.org; veronica_rossman@fd.org; Rick_williamson@fd.org
**Cc:** Hahn, Mary (CRT) <Mary.Hahn@crt.usdoj.gov>; Mohan, Rajiv (USACO) <rmohan@usa.doj.gov>
**Subject:** Re: 4241 Response motion

Hello Pegeen,

The defense will be filing a request to vacate the current response deadline of April 15 due to the pandemic. We are obviously unable to travel and meet with Mr. Dear or perform the work necessary to prepare the response. Likewise, our mental health and mitigation experts cannot travel, and are thus unable to provide us with information and affidavits essential to the response motion. As you know, we are all under orders to remain at home for the foreseeable future.

We will prepare a stipulation to vacate the April 15 deadline. The proposed stipulation will advise the Court that the parties will instead submit a joint status update on or before June 15 addressing when the response will be filed. We ask that you join the stipulation. Please let us know if you agree.

Best regards and stay safe,
Mark