IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

       Defendant.

## MOTION TO EXTEND FILING DEADLINE TO AUGUST 1, 2020

The accused Robert Lewis Dear, Jr., respectfully asks this Court to extend the deadline for filing the defendant's response to the government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. 4241(a) (ECF No. 13) ("4241 Motion") for an additional 45 days.  The ongoing COVID-19 travel and BOP visitation restrictions continue to make it impossible to conduct in-person interviews with critical witnesses, or to meet with Mr. Dear.  Despite these challenges, the defense has been working on its response and will be able to file it by August 1.  The government opposes this extension request.

*An Additional 45 Days to File a Response is Necessary and Reasonable*

The situation before this Court is highly unusual.  At the very outset of this capital proceeding, the government invoked Section 4241— even though the prosecution maintains Mr. Dear is competent.  The government's 4241 Motion

1

challenges the legitimacy of the longstanding determination, made in the pending parallel state capital case, that Mr. Dear is incompetent to stand trial.  In order to fully respond to the 4241 Motion, the defense has had to undertake a comprehensive review of the state competency proceedings.  To that end, the defense retained a prominent psychiatrist with unparalleled experience to assist in evaluating the issues raised by the government.  The expert is reviewing a substantial volume of discovery including hundreds of pages of medical records and lengthy post-arrest recordings of Mr. Dear.   The expert consults regularly with the defense team via video conferencing.

The defense has also interviewed witnesses via video conferencing. Additional video conferences with five essential witnesses are scheduled for the following dates: 5/27, 5/29, 6/3, 6/5 and 6/10.

Upon completion of these interviews, the defense needs additional time to consult with our expert, further research the legal issues, secure affidavits and prepare the response.  Mr. Dear's defense team has extensive experience addressing competency issues in death penalty cases – albeit never before when defense counsel and mental health experts are prohibited from visiting with the client.  Undersigned counsel draws upon that experience and the advice of our expert in representing that a final extension to file the response no later than August 1 is required.

In granting a prior request to extend the filing deadline to June 15, this Court, while acknowledging that the defense had valid reasons to extend time, expressed concern about an indefinite extension of the filing deadline. *See* ECF 52. The Court correctly predicted that remote meetings via video and/or telephone with medical experts and Mr. Dear may have to suffice due to ongoing travel and visitation restrictions. *Id.* The Court ordered that any further extension requests should be filed restricted under D.C.COLO.LCrR 47.1 and "shall explain precisely what additional activities must be completed by defense counsel and/or experts and how much time is requested to complete those activities. *Id*. Should the Court require a greater degree of specificity than provided in this publicly filed motion, undersigned counsel will, of course, share those facts *ex parte* in a supplemental filing or hearing at this Court's direction.

*Conclusion*

The defense requests this Court grant a final extension of 45 days for filing its response to the 4241 Motion and adjust the current deadline to August 1.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:	(303) 294-7002
FAX:	(303) 294-1192
Email:	Virginia_Grady@fd.org
Attorney for Defendant

| | |
|---|---|
| *Natalie G. Stricklin*<br>NATALIE G. STRICKLIN<br>Assistant Federal Public Defender<br>633 17th Street, Suite 1000<br>Denver, CO  80202<br>Telephone:	(303) 294-7002<br>FAX:	(303) 294-1192<br>Email:	Natalie_Stricklin@fd.org<br>Veronica_Rossman@fd.org<br>Attorney for Defendant | s/ Veronica S. Rossman<br>VERONICA S. ROSSMAN<br>Assistant Federal Public Defender<br>633 17th Street, Suite 1000<br>Denver, CO 80202<br>Telephone:  (303) 294-7002<br>FAX:	(303) 294-1192<br>Email:<br><br>Attorney for Defendant |

APPOINTED LEARNED COUNSEL:

| | |
|---|---|
| Mark F. Fleming<br>MARK F. FLEMING, ESQ.<br>Law Office of Mark Fleming<br>1470 Encinitas Blvd., Suite 133<br>Encinitas, CA 92024<br>Telephone:  (619) 300-6202<br>Email: mark@markfleminglaw.com<br>Attorney for Defendant | Andrea L. Luem<br>ANDREA L. LUEM, ESQ.<br>400 South Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Telephone:   (702) 600-8403<br>FAX:	(702) 550-7712<br>Email: Andrea@luemlaw.com<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

I certify that on May 26, 2020, I filed the foregoing Motion to Vacate Deadline with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov


I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013
c/o FDC – Englewood

*s/ Mark Fleming*
MARK FLEMING
1470 Encinitas Blvd, Suite 133
Encinitas, CA 92024
mark@markfleminglaw.com