IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**EMERGENCY**
MOTION FOR 9 DAY EXTENSION OF TIME TO RESPOND TO GOVERNMENT'S REQUEST UNDER 18 U.S.C. § 4241

---

    Defendant Robert Lewis Dear, Jr., through undersigned counsel, respectfully notifies this Court that the defense's mental health expert has just had a sudden death in his immediate family.  This unforeseen event has interrupted work on an important component of the Response and presents extraordinary cause, per this Court's minute order (ECF No. 57), to grant a short extension (until August 10) of the deadline to respond to the government's Motion for a Competency Evaluation Pursuant To 18 U.S.C. § 4241(a) (Doc. 13) (the "4241 Motion").  Unfortunately, the government disagrees and opposes this request.

    In support, counsel states:

    1.    This Court granted the defense an extension of time on June 11, allowing 45 additional days for Mr. Dear to file a response to the 4241 Motion. (ECF No. 50).  The Response is currently due on August 1.  In allowing this extra time, this Court emphasized "the communication difficulties caused by the pandemic and their impact on

preparation of defendant's Response, as well as the often-repeated requirement that courts exercise caution in capital cases[.]" *Id.*

2. When the defense requested more time at the end of May, Mr. Dear still needed, as this Court summarized, "to finish consulting with his expert, further research legal issues, secure affidavits and prepare the Response." *Id.* Since that extension request was granted, counsel has completed nearly all of these tasks. For example, counsel has already

- finished a comprehensive review of the state competency evidence;
- interviewed and secured affidavits from five critical witnesses;
- continued to confer with Mr. Dear despite the challenges presented by the COVID-19 pandemic nationally and attendant restrictions within the Bureau of Prisons; and
- nearly completed researching and writing the Response.

Also, since mid-June, counsel has had several, additional remote meetings with the defense mental health expert, a prominent psychiatrist tasked with reviewing the state competency evidence and evaluating the issues the government raised about its reliability, for purposes of Section 4241. The defense expert has now completed his review of a substantial volume of discovery, including hundreds of pages of medical records and lengthy post-arrest recordings of Mr. Dear.

3. The defense expert was in the middle of preparing his affidavit when his sister died last week. This unexpected occurrence has halted his work on a critical, supporting component of the Response. But for this event, the defense would be ready to file on August 1. That is no longer possible, however. Even with the exercise of due

2

diligence, the defense expert cannot complete his affidavit in time to file the Response by August 1 and likely will be unavailable this month to consult with defense counsel.

4. For this reason, counsel respectfully seeks to extend the Response filing deadline by 9 days—until August 10. This brief extension will allow the defense expert time to attend to his family's needs without interruption, and then to finish his work on the Response. As this Court previously observed, allowing Mr. Dear an opportunity to "finish consulting with his expert" was one of reasons for his last extension request. (ECF No. 57).

5. Counsel acknowledges this Court specifically held: "No further extensions of time will be permitted absent extraordinary cause." *Id.* Counsel has remained ever mindful of this admonition, working diligently toward the August 1 deadline. Counsel respectfully submits that where, as here, an essential member of the defense team experiences a sudden death in his immediate family, and this event materially interrupts work on a critical aspect of this capital case, and this, in turn, prevents the defense from finalizing the Response by the current deadline, the requirement to show extraordinary cause has been satisfied.

6. On July 23, Assistant Federal Public Defender Veronica S. Rossman conferred by email and telephone with the government about this motion. Assistant United States Attorney Pegeen Rhyne stated the government opposes this request, contending there is no extraordinary cause for it.

WHEREFORE, due to the recent death of the defense expert's sister and the impact this event has had on the defense's ability to complete the Response by August 1, Mr. Dear respectfully asks this Court to find extraordinary cause exists for the requested extension and to move the Response deadline to August 10.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:          (303) 294-1192
Email: Virginia_Grady@fd.org
Attorney for Defendant

*s/* Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:          (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant

s/ Veronica S. Rossman
VERONICA S. ROSSMAN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone:  (303) 294-7002
FAX:          (303) 294-1192
Email: Veronica_Rossman@fd.org
Attorney for Defendant

APPOINTED LEARNED COUNSEL:

| | |
|---|---|
| s/ Mark F. Fleming | s/ Andrea L. Luem |
| MARK F. FLEMING, ESQ. | ANDREA L. LUEM, ESQ. |
| Law Office of Mark Fleming | 400 South Fourth Street, Suite 500 |
| 1470 Encinitas Blvd., Suite 133 | Las Vegas, NV 89101 |
| Encinitas, CA 92024 | Telephone:   (702) 600-8403 |
| Telephone:   (619) 300-6202 | FAX:            (702) 550-7712 |
| Email: mark@markfleminglaw.com | Email: Andrea@luemlaw.com |
| Attorney for Defendant | Attorney for Defendant |

CERTIFICATE OF SERVICE

I certify that on July 24, 2020, I filed the foregoing *Emergency Motion For 9 Day Extension of Time to Respond to Government's Request Under 18 U.S.C. § 4241* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

*s/* Veronica S. Rossman
VERONICA S. ROSSMAN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:            (303) 294-1192
Email: Veronica_Rossman@fd.org
Attorney for Defendant

5