IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

### UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S SIXTH MOTION FOR EXTENSION OF TIME [DOC. # 58]

    The United States of America submits this response in opposition to the defendant's sixth motion for extension of time to file his response to the government's motion for a competency evaluation.  [Doc. # 58].

    The defense assured the Court that its fifth request for an extension of time to file its response would be its final request.  [Doc. #53 at 2].  In granting that request, the Court specified: "No further extensions of time will be permitted absent extraordinary cause."  [Doc. # 57].

    In the instant motion, the defense informs the Court that the sister of their mental health expert passed away last week.  [Doc. # 58 at 2].  This news is extremely regrettable.  But given the current posture of this case, it does not amount to extraordinary cause.  Every extension of time comes at the expense of the victims in this case.  A desire to be compassionate must include compassion for them.

1

In its motion, the defense informed the Court that this expert was in the middle of preparing his affidavit last week and that all of the other tasks required to file the response were complete or nearly complete. [*Id.*]. This expert has been working with the defense since at least mid-March 2020. [Doc. # 48 at 3]. Under the circumstances, the defense has not shown extraordinary circumstances why it cannot meet its current deadline of August 1, 2020.

Dated: July 24, 2020

Respectfully submitted,

JASON R. DUNN
United States Attorney

By: s/ *Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Pegeen.Rhyne@usdoj.gov

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov

ERIC S. DREIBAND
Assistant Attorney General

Civil Rights Division
U.S. Department of Justice

By:  s/ *Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division, Criminal Section
4 Constitution Square
150 M Street, N.W./7.1108
Washington, D.C. 20002
Telephone: 202-305-0921
Fax:  202-514-6588
E-mail:  Mary.Hahn@usdoj.gov

## CERTIFICATE OF SERVICE

      I certify that on this 24th day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Rick Williamson | Rick_Williamson@fd.org |
| Veronica Rossman | Veronica_Rossman@fd.org |
| Mark F. Fleming | mark@markfleminglaw.com |
| Andrea L. Luem | Andrea@luemlaw.com |

By: *s/Kayla Keiter*
Legal Assistant for AUSAs Pegeen D. Rhyne and Rajiv Mohan
United States Attorney's Office