IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

      Defendant.

## MOTION TO RESTRICT ACCESS

The defendant, Robert Lewis Dear, Jr., by and through undersigned counsel, respectfully requests that Docket Numbers 63 and 64 be restricted at Level 2.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Virginia_Grady@fd.org
Attorney for Defendant

*s/ Natalie G. Stricklin*
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant

s/ Veronica S. Rossman
VERONICA S. ROSSMAN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Veronica_Rossman@fd.org
Attorney for Defendant

APPOINTED LEARNED COUNSEL:

s/ Mark F. Fleming
MARK F. FLEMING, ESQ.
Law Office of Mark Fleming
1470 Encinitas Blvd., Suite 133
Encinitas, CA 92024
Telephone:   (619) 300-6202
Email: mark@markfleminglaw.com
Attorney for Defendant

s/ Andrea L. Luem
ANDREA L. LUEM, ESQ.
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone:   (702) 600-8403
FAX:             (702) 550-7712
Email: Andrea@luemlaw.com
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

      I certify that on August 10, 2020, I filed the foregoing ***Motion to Restrict Access*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

I certify that this ***Motion to Restrict Access*** will be delivered by hand to:

Robert Lewis Dear, Jr.
Reg. No. 45591-013
c/o FDC – Englewood

                                    s/ Veronica S. Rossman
                                    VERONICA S. ROSSMAN
                                    Assistant Federal Public Defender
                                    633 17th Street, Suite 1000
                                    Denver, CO 80202
                                    Telephone:   (303) 294-7002
                                    FAX:            (303) 294-1192
                                    Email: Veronica_Rossman@fd.org
                                    Attorney for Defendant