```
                    IN THE CIRCUIT COURT OF THE
                    NINTH JUDICIAL CIRCUIT, IN AND
                    FOR ORANGE COUNTY, FLORIDA
                    CRIMINAL JUSTICE DIVISION


STATE OF FLORIDA,

     Plaintiff,
                              CASE NO.: 48-2017-CF-15684-A-O
vs.
                              DIVISION NO.: 17
SCOTT EDWARD NELSON,

     Defendant.


          COMPETENCY HEARING PROCEEDINGS

                      BEFORE

            THE HONORABLE KEITH WHITE


                              Orange County Courthouse
                              425 North Orange Avenue
                              Orlando, Florida 32801
                              Courtroom 6A
                              April 24, 2019
                              Stenographically reported by:
                              Melissa A. Rieli, RPR

A P P E A R A N C E S:

KENNETH S. NUNNELLEY, ESQUIRE
LINDA DRANE BURDICK, ESQUIRE
Office of the State Attorney
415 North Orange Avenue
Orlando, Florida 32801
On behalf of the State

CHELSEA L. SIMMONS, ESQUIRE
ROBERT LARR, ESQUIRE
Office of the Public Defender
435 North Orange Avenue
Suite 400
On behalf of the Defendant
```

Ninth Judicial Circuit
Court Reporting Services

Ex. 1

1                          - - -

2                         **I N D E X**

3  **TESTIMONY OF DR. GEORGE WOODS**
        Direct Examination By Ms. Simmons            18
4       Cross-Examination By Mr. Nunnelley           73
        Redirect Examination By Ms. Simmons         102
5

6  **TESTIMONY OF DR. GREG PRICHARD**
        Direct Examination By Mr. Nunnelley         108
7       Cross-Examination By Ms. Simmons            129

8  LEGAL ARGUMENT
        By Ms. Simmons                              142
9       By Mr. Nunnelley                            147
        Rebuttal Argument By Ms. Simmons            151
10      Surrebuttal Argument By Mr. Nunnelley       160
        Surrebuttal Argument By Ms. Simmons         166
11

12 RULING                                           167

13 DEFENDANT ADDRESSES THE COURT                    170

14 CERTIFICATE OF REPORTER                          176

15

16

17

18

19

20

21

22

23

24

25

1          **THE WITNESS:** I do.

2                    **DR. GEORGE WOODS**

3    was called as a witness and, having first been duly sworn,

4    testified as follows:

5          **THE COURT:** Sir, please state and spell your first

6    and last name.

7          **THE WITNESS:** George Woods, G-e-o-r-g-e W-o-o-d-s.

8          **THE COURT:** All right. Thank you, sir.

9          Ms. Simmons?

10         **MS. SIMMONS:** Thank you, Your Honor.

11                    **DIRECT EXAMINATION**

12   **BY MS. SIMMONS:**

13   **Q**   Good morning, Dr. Woods.

14   **A**   Good morning, Ms. Simmons.

15   **Q**   I want to just start with you just by going

16   through -- if you could briefly tell us about your training

17   and experience.

18   **A**   Sure. I went to the University of Utah Medical

19   Center. I graduated in 1977 with an M.D. degree. I then

20   did a medical internship at Alameda County Hospital,

21   Highland Hospital here in Oakland, California.

22         I then did a psychiatric residency at Pacific

23   Medical Center in San Francisco. I was chief resident my

24   last year. And that residency focused on what we call

25   "consultation liaison psychiatry." It's really psychiatry

 1   dealing with medical illnesses.  I then -- and I was also

 2   working as a family practitioner during that time.

 3              I then did a fellowship with the National

 4   Institute of Mental Health and the American Psychiatric

 5   Association in geriatric psychopharmacology.  And I became

 6   board certified in psychiatry by the American Board of

 7   Psychiatry and Neurology in 1992.  And I must say, that's

 8   the name of the board.  I'm not board certified in both

 9   psychology and neurology.  If you take the psychiatric

10   examination, it is 70 percent psychiatry and 30 percent

11   neurology.  If you take the neurology examination,

12   70 percent neurology and 30 percent psychiatry.

13       **Q**    Thank you.  What do you currently do?

14       **A**    I'm a neuropsychiatrist.  I have a clinical

15   practice where I see people that have what we call

16   neurocognitive disorders, disorders of the brain, that

17   includes intellectual disability, fetal alcohol.  I have a

18   significant geriatric practice.  People that have traumatic

19   brain injury.  And also people that have psychiatric

20   disorders secondary to medical problems.  Thyroid disease,

21   for example, sarcoidosis, hypertension, diabetes, problems

22   that have also have a medical basis, but also have

23   psychiatric manifestations.  That's my clinical practice.

24              And I also have a forensic practice, both criminal

25   and civil.  And I have a practice -- not really a practice,

1   I consult to companies about neuropsychological and
2   neurological issues.  You know, startups that are developing
3   neurological instruments or neuropsychological instruments.
4            I am consulting to, for example, a company that's
5   working on trying to develop safer helmets, a company called
6   Defend Your Head, safer helmets.
7            And I'm -- I also consult to a company called
8   Forefront Behavioral Telehealth, where we are doing
9   telemedicine.  So that's kind of the extent of my clinical
10  practice.
11           I also teach.  For about 14 years, I taught at
12  Morehouse School of Medicine in the Department of
13  Psychiatry.  Before that, I taught at the University of
14  California at Davis.  And for four years in the forensic
15  psychiatric fellowship.  I'm currently teaching at the
16  University of California Berkeley School of Law, which we
17  call Boalt Hall School of Law.  And I teach a course on
18  mental health and the law.  I've been doing that for about
19  seven years.
20     Q   Okay.  And have you kept up with any changes or
21  continuing education in your field?
22     A   Yes.  I actually teach a webinar for Thomson
23  Reuters called Where Mental Health Meets The Law.  I've been
24  teaching this webinar, along with Jennifer Johnson, for
25  about seven years and it is a webinar on, you know, current

1  updates in mental health.

2  I am past president of International Academy of

3  Law and Mental Health based in Montreal, and I'm currently

4  their secretary general.  We're joining with an institute

5  here at the Sorbonne in Paris, and they asked me stay on.

6  I personally both write -- I've written about

7  traumatic brain injury.  I've written about neurobehavioral

8  assessment.  I've written, you know, chapters on

9  comorbidity.  And what we mean by comorbidity is when a

10 person has more than one psychiatric or neuropsychiatric --

11 neuropsychological diagnosis.

12 This last year, 2018, I was honored by being the

13 distinguished alumni for the University of Utah Medical

14 Center for -- it was in 2018, but it's for 2019.  So I think

15 that's basically the most important, most relevant things

16 that I can think of.

17    **Q**   Okay.  And you have a multi-page curriculum vitae

18 that you've provided.  That was last updated on April 5th of

19 this year?

20    **A**   That's correct.

21    **Q**   And that details more of your publications and

22 experience?

23    **A**   That's correct.

24    **Q**   And your -- you said you're a medical doctor.  So

25 you are able to prescribe medicine under your psychiatric

1   practice?

2   **A**   That's correct.

3   **Q**   Okay. Have you ever testified in court before?

4   **A**   I have testified in court.

5   **Q**   Can you tell us if you've ever been -- testified

6   in court as an expert in psychiatry and neuropsychology?

7   **A**   Yes. I have testified in both -- both in civil

8   and criminal court and have qualified in psychiatry and

9   neuropsychiatry.

10             In my criminal practice, it is -- except for early

11  in my practice, I was almost completely for the defense.

12  I've not been asked to evaluate, except for one time in

13  Seattle, for the prosecution. In my civil practice, I

14  testify both for the plaintiff and for the defense.

15  **Q**   Okay. And you have worked on cases in the state

16  of Florida, either concurrently or before, as well?

17  **A**   I have. And I have a certificate, a forensic

18  expert certificate in Florida that I actually -- I just

19  renewed.

20        **MS. SIMMONS:** Okay. Your Honor, I have a copy of

21     Dr. Woods' CV marked as Defense A for identification

22     that I would ask to move into evidence at this time.

23        **THE COURT:** Mr. Nunnelley, have you seen

24     Defense A?

25        **MR. NUNNELLEY:** Yes, Your Honor, I have. I have

```
1                        - - -

2                    C E R T I F I C A T E

3    STATE OF FLORIDA:

4    COUNTY OF ORANGE:

5

6         I, Melissa A. Rieli, Registered Professional Reporter,

7    Florida Professional Reporter, Official Court Reporter of

8    the Ninth Judicial Circuit of Florida, do hereby certify,

9    pursuant to Florida Rules of Judicial Administration

10   2.535(h)(3), that I was authorized to and did report in

11   stenographic shorthand the foregoing proceedings; and that

12   thereafter my stenographic shorthand notes were transcribed

13   to typewritten form by the process of computer-aided

14   transcription; and that the foregoing pages contain a true

15   and correct transcription of my shorthand notes taken

16   therein.

17

18        WITNESS my hand this 7th day of June, 2019, in the City

19   of Orlando, County of Orange, State of Florida.

20

21
                                  _S:// Melissa A. Rieli_____
22                                   Melissa A. Rieli, RPR

23

24

25
```