IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Government's **Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a)** [#13].

    IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **November 20, 2020**, at **1:30 p.m.** The purpose of the Motion Hearing is to determine whether there is "reasonable cause" for another competency evaluation of the Defendant pursuant to 18 U.S.C. § 4142(a).

    In accordance with efforts to minimize the spread of COVID-19,

    IT IS FURTHER **ORDERED** that all participating counsel and Defendant Robert Lewis Dear, Jr. shall appear by **video conference**. Any objection to appearance by video conference shall be made in writing on or before **October 30, 2020.** Failure to file a timely objection to video appearance shall be deemed to waive any such objection.

    IT IS FURTHER **ORDERED** that any members of the public who wish to listen to the Motion Hearing shall do so by **telephone** by calling the Court at **888-363-4749**, Access Code: **2115325#**, at the time of the hearing. Non-parties shall remain muted during the hearing.

    Dated: October 22, 2020