IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Restrict Access** [#26], on the Government's **Motion to Restrict Documents** [#38], and on Defendant's **Motion to Restrict Access** [#62] (collectively, the "Motions").

    In accordance with D.C.COLO.LCrR 47.1(c), the Motions were publicly posted to allow for any objections to the sealing of the documents. No timely objections were filed. Pursuant to D.C.COLO.LCrR 47.1(c), the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#26, #38, #62] are **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 3**:[1]

    (1) Brief in Support of Motion to Restrict Access [#27], and

    (2) Motion for Appointment of Learned Counsel [#28].

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the

---

[1] Level 3 limits access to the filing party and the Court.  See D.C.COLO.LCrR 47.1(b).

following document **UNDER RESTRICTION** at **LEVEL 2**:[2]

    (1) Exhibit B [#37],

    (2) Brief in Support of Motion to Restrict [#39],

    (3) Brief in Support of Motion to Restrict Access [#63],

    (4) Amended Response to Government's Motion Under 18 U.S.C. § 4241 [#64],

    (5) Attachment 1 [#64-1],

    (6) Exhibit A [#64-2],

    (7) Exhibit B [#64-3],

    (8) Exhibits C-L [#64-4], and

    (9) Conventionally Submitted Material: Flash Drive containing Exhibits C-L [#65].

Dated:  October 26, 2020

---

[2] Level 2 limits access to the documents to the filing party, the affected defendant, the government, and the Court.  *See* D.C.COLO.LCrR 47.1(b).