IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

ROBERT LEWIS DEAR, JR.

 Defendant.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

 This matter is before the Court on Defendant Robert Lewis Dear, Jr.'s **Motion for Order Regarding Competency Examination Under 18 U.S.C. §§ 4241(a) and 4247(b)** [#72] (the "Motion").

 IT IS HEREBY **ORDERED** that the stay imposed by the Court at the November 20, 2020 hearing shall remain in effect until such time as the Court rules on the Motion [#72].

 IT IS FURTHER **ORDERED** that the Government shall file a Response to the Motion [#72] **no later than December 15, 2020**.

 IT IS FURTHER **ORDERED** that Defendant may file a Reply **no later than December 22, 2020**.

 Dated:  December 2, 2020