**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 19-cr-00506-REB-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT LEWIS DEAR, JR.,

    Defendant.

## ORDER TO SHOW CAUSE

**Blackburn, J.**

This matter is before me *sua sponte* in response to the **Notice of Intent Not To Seek the Death Penalty** [#74][1] filed December 2, 2020, by the government. Given the decision of the government not to seek the death penalty, I direct the defendant to show cause why the assignment of learned counsel for the defendant should not be terminated.

On December 18, 2019, I entered an order [#29] assigning two learned counsel to represent the defendant, Robert Lewis Dear, Jr. I entered that order to assign two learned counsel who are experienced in and knowledgeable about the defense of death penalty cases. When it was filed, the allegations in the **Indictment** [#1] showed that the government may seek the death penalty in this case. My order [#29] assigning learned counsel was based on the requirements of 18 U.S.C. § 3005. Under section 3005, a

---

[1] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

defendant charged with a capital crime may request that the trial court assign counsel learned in the law applicable to capital cases. On the request of such a defendant, the trial court shall assign learned counsel.

Given the **Notice of Intent Not To Seek the Death Penalty** [#74], Mr. Dear no longer is charged with a capital crime. Thus, the mandate and purpose of § 3005 no longer are implicated. Of course, this change does not implicate the appointment of other counsel who continue to represent Mr. Dear.

**THEREFORE, IT IS ORDERED** that on or before **December 28, 2020**, the defendant shall show cause in writing why the assignment under 18 U.S.C. § 3005 of learned counsel, Mark F. Fleming, Esq., and Andrea L. Luem, Esq., should not be terminated.

Dated December 14, 2020, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge