# Attachment A

>>> mark fleming <mark@markfleminglaw.com> 11/23/2020 11:07 AM >>>
Hello Zach and Chris,

Thanks for checking into this for us. Mark Donatelli is part of our team. He's out capita resource counsel. Judge Mix has the parties on a tight schedule. We need to confirm that Mr. Dear's comp eval (not restoration, if needed) can be done at the FDC in Inglewood. We are concerned about transfer during COVID since Robert is high risk. We don't have an

evaluator yet. That will be handled by BOP.

Regards,
Mark

Mark Fleming
Law Office of Mark Fleming

**From:** Zachary Huffman <zhuffman@bop.gov>
**Sent:** Tuesday, November 24, 2020 10:03 AM
**To:** mark fleming <mark@markfleminglaw.com>; Mark H. Donatelli <mhd@rothsteinlaw.com>
**Cc:** Chris Synsvoll <csynsvoll@bop.gov>; Pegeen Rhyne <Pegeen.Rhyne@usdoj.gov>
**Subject:** Re: Robert Dear

Mr. Donatelli & Mr. Fleming,

Good morning. After speaking with the appropriate staff member within the Bureau about Judge's impending formal order, the plan is to have your client designated to a psychiatric referral hospital so the evaluation can be performed. Specifically, the US Medical Center for Federal Prisoners in Springfield, Missouri. This facility has psychiatrists and other medical professionals on staff that are not present at Englewood. It also has multiple mental health units of varying levels of restriction so your client could be housed in the least restrictive environment appropriate for his needs. Englewood's housing units are not as precise. The comprehensive services offered in Springfield are needed to best serve your client and will likely be necessary in the event that he is found to be not competent.

I've included AUSA Rhyne, so everyone is on the same page.

Best,

**Zachary R. Huffman, Senior Attorney Advisor**
United States Department of Justice
Federal Bureau of Prisons
Colorado Consolidated Legal Center
United States Penitentiary, Administrative Maximum
5880 Highway 67 South
P.O. Box 8500
Florence, CO 81226
zhuffman@bop.gov
P: (719) 784-5215
F: (719) 784-5285

WARNING: The information contained in this message and any and all accompanying documents constitutes sensitive information. This information is the property of the United States Department of Justice, Federal Bureau of Prisons. If you are not the intended recipient of this information, any disclosures, copying, distribution, or the taking of any action in reliance of this information is strictly prohibited. If you receive this email in error, please notify me immediately at the above number to make arrangements for its return to me.