Attachment B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,
Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,
Defendant.

## DECLARATION OF DR. SUSAN BOGRAD

1.      I am a psychiatrist certified by the American Board of Psychiatry and Neurology.  I graduated with honors from The University of Texas Medical School at Houston in 1984.  Since 1996, I have been in private practice in Denver where I specialize in forensic and adult general psychiatry.  I have conducted dozens of competency evaluations of criminal defendants housed in various Bureau of Prisons facilities.

2.      Mr. Robert Dear's federal defense team has sought my opinion of whether FCI/FDC Englewood is a suitable facility for conducting a competency evaluation pursuant to 18 USC Section 4241 and 4247(b).  I am aware of the general nature of the charges against Mr. Dear and the previous findings of incompetency by Colorado medical experts over the past five years.

3.      I have personally conducted 21 competency evaluations at FCI/FDC Englewood from 2008 to the present.  My professional opinion is that FCI/FDC Englewood is a suitable facility for conducting competency evaluations in general, and that it is a suitable facility for conducting a competency evaluation on Mr. Dear in particular.

Signed:                                    17 December 2020

_Susan Bograd MD_

Susan Bograd, M.D.
December 17, 2020

1