IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.

## DEFENDANT'S NOTICE OF APPEAL REGARDING ECF NO. 82

Defendant/Appellant Robert Lewis Dear, through counsel and pursuant to 28 U.S.C. § 636(b)(1)(A), respectfully appeals to the United States District Court for the District of Colorado from the commitment order entered by the Honorable Kristen L. Mix, United States Magistrate Judge, on January 6, 2021, ECF No. 82.

The commitment order is immediately appealable under the collateral-order doctrine. *See United States v. Deters*, 143 F.3d 577, 584 (10th Cir. 1998). This appeal is directed in the first instance to the Honorable Judge Robert E. Blackburn, United States District Judge, given the referral order entered on December 1, 2019, ECF No. 73.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Virginia L. Grady
VIRGINIA L. GRADY
Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:           (303) 294-1192
Email: Virginia_Grady@fd.org
Attorney for Defendant

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant

s/ Veronica S. Rossman
VERONICA S. ROSSMAN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone:   (303) 294-7002
FAX:             (303) 294-1192
Email: Veronica_Rossman@fd.org
Attorney for Defendant

APPOINTED LEARNED COUNSEL:

s/ Mark F. Fleming
MARK F. FLEMING, ESQ.
Law Office of Mark Fleming
1470 Encinitas Blvd., Suite 133
Encinitas, CA 92024
Telephone:   (619) 300-6202
Email: mark@markfleminglaw.com
Attorney for Defendant

s/ Andrea L. Luem
ANDREA L. LUEM, ESQ.
400 South Fourth Street, Suite 500
Las Vegas, NV 89101
Telephone:   (702) 600-8403
FAX:             (702) 550-7712
Email: Andrea@luemlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 7, 2021, I filed the foregoing *Defendant's Notice of Appeal regarding ECF No. 82* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail:  pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail:  rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail:  mary.hahn@usdoj.gov

2

      I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Robert Lewis Dear, Jr. (via U.S. mail)
    Reg. No. 45591-013
    c/o FDC – Englewood

                              *s/ Veronica S. Rossman*
                              VERONICA S. ROSSMAN
                              Assistant Federal Public Defender
                              633 17th Street, Suite 1000
                              Denver, CO  80202
                              Telephone:   (303) 294-7002
                              FAX:            (303) 294-1192
                              Email: Veronica_Rossman@fd.org
                              Attorney for Defendant