IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Government's **Notice Regarding Examiners** [#83]. In light of the Court's Order [#82] and pursuant to 18 U.S.C. § 4247(b),

    IT IS HEREBY **ORDERED** that Defendant Robert Lewis Dear, Jr.'s competency evaluation shall be conducted at the United States Medical Center for Federal Prisoners in Springfield, Missouri, by either (1) Ashley Christiansen, Ph.D., ABPP, or (2) Lea Ann Preston Baecht, Ph.D., ABPP.

    Dated: January 12, 2021