**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR A PROLONGED BRIEFING SCHEDULE TO OBJECT TO COMMITMENT ORDER [DOC. # 88]**

---

    The United States of America submits this response in opposition to the defense's motion for a prolonged briefing schedule to object to Magistrate Judge Mix's commitment order for a competency examination.  [Doc. # 88].

    In its motion, the defense asks that it be given until February 1, 2021, to file its objections to Magistrate Judge Mix's January 6, 2021, order committing Defendant Robert Lewis Dear, Jr. to the custody of the Attorney General for the purpose of conducting a competency exam.

    Given that the issues at stake were fully briefed before Judge Mix, the defense has not justified its request for nearly a month to frame those same issues for the District Court.  Indeed, during the parties' meet and confer on the instant motion, the government inquired why the defense was seeking so much time to file its objections

1

given that the issues had already been fully briefed.  The defense offered no explanation.

If the Court feels that additional briefing is necessary, the defense should be held to the fourteen-day deadline set forth in Federal Rule of Criminal Procedure 59(a), which would mean a deadline of January 20, 2021.

Throughout this litigation, the defense has repeatedly sought to delay progress in this case without justification.[1]  This strategy should not be tolerated.  The victims deserve to have this case move forward.  The government asks the Court to deny the defense's motion.  If the Court believes that further briefing is necessary, the government requests that the Court set a deadline of January 20, 2021.

---

[1] In litigating the government's motion for a competency hearing, the defense sought six extensions of its deadline to file a response brief.  At the November 20, 2020, hearing on that motion, and after Judge Mix ordered that BOP should conduct a competency examination, the defense raised for the first time their concern regarding where the exam should be conducted and requested yet another briefing schedule on that sole topic.  Given that the prospect of BOP conducting the competency examination was repeatedly raised in the government's briefing prior to the November 20, 2020, hearing, the defense had every reason to address this issue in its briefing prior to the hearing.  Instead, the defense chose to wait to raise this issue for the first time at the hearing and then seek a stay of the commitment order in order to further delay proceedings.

Dated:  January 15, 2021

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:  s/ *Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Pegeen.Rhyne@usdoj.gov

By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov


ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:  s/ *Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division, Criminal Section
4 Constitution Square
150 M Street, N.W./7.1108
Washington, D.C. 20002
Telephone: 202-305-0921
Fax:  202-514-6588
E-mail:  Mary.Hahn@usdoj.gov

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Rick Williamson | Rick_Williamson@fd.org |
| Veronica Rossman | Veronica_Rossman@fd.org |
| Mark F. Fleming | mark@markfleminglaw.com |
| Andrea L. Luem | Andrea@luemlaw.com |

*s/ Kayla Keiter*
Legal Assistant
United States Attorney's Office