# Attachment A

| | |
|---|---|
| **From:** | Kathleen Finney |
| **To:** | Rhyne, Pegeen (USACO); Blackburn Chambers; Andrea@LuemLaw.com; Mark Mark Fleming; Natalie Stricklin; Veronica Rossman; Rick Williamson; Hahn, Mary (CRT); Mohan, Rajiv (USACO) |
| **Cc:** | Mary Unrein |
| **Subject:** | RE: 19-cr-506 Robert Dear |
| **Date:** | Wednesday, January 20, 2021 9:40:57 AM |

Yes

Kathleen Finney
Judicial Assistant to The Honorable Robert E. Blackburn
U.S. District Court for the District of Colorado

**From:** Rhyne, Pegeen (USACO) <Pegeen.Rhyne@usdoj.gov>
**Sent:** Tuesday, January 19, 2021 5:11 PM
**To:** Kathleen Finney <Kathleen_Finney@cod.uscourts.gov>; Blackburn Chambers <Blackburn_Chambers@cod.uscourts.gov>; andrea_luemlaw.com <andrea@luemlaw.com>; mark@markfleminglaw.com; Natalie Stricklin <Natalie_Stricklin@fd.org>; Veronica Rossman <Veronica_Rossman@fd.org>; Rick Williamson <Rick_Williamson@fd.org>; Hahn, Mary (CRT) <Mary.Hahn@usdoj.gov>; Mohan, Rajiv (USACO) <Rajiv.Mohan@usdoj.gov>
**Cc:** Mary Unrein <Mary_Unrein@fd.org>
**Subject:** RE: 19-cr-506 Robert Dear

**CAUTION - EXTERNAL:**

Kathleen,

Do I correctly understand that the government's response to those objections, which is currently due this Thursday, is likewise extended pending the ruling on the defendant's motion [#88]?

Thank you,

**Pegeen Rhyne**
Assistant United States Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO  80202
Phone:  (303) 454-0323
Email:   Pegeen.rhyne@usdoj.gov

**From:** Kathleen Finney <Kathleen_Finney@cod.uscourts.gov>
**Sent:** Tuesday, January 19, 2021 5:02 PM
**To:** Blackburn Chambers <Blackburn_Chambers@cod.uscourts.gov>; andrea_luemlaw.com

<andrea@luemlaw.com>; mark@markfleminglaw.com; Natalie Stricklin <Natalie_Stricklin@fd.org>; Veronica Rossman <Veronica_Rossman@fd.org>; Rick Williamson <Rick_Williamson@fd.org>; Hahn, Mary (CRT) <Mary.Hahn@crt.usdoj.gov>; Rhyne, Pegeen (USACO) <PRhyne@usa.doj.gov>; Mohan, Rajiv (USACO) <rmohan@usa.doj.gov>
**Cc:** Mary Unrein <Mary_Unrein@fd.org>
**Subject:** 19-cr-506 Robert Dear

Hello,

In regards to [#88] MOTION for Order *for Complete Briefing Schedule as to Appeal of Magistrate Judge's Commitment Order [ECF NO.84]*, the deadline for objections will be extended pending the ruling on the def's motion [#88].

Thank you,
Kathleen Finney
Judicial Assistant to The Honorable Robert E. Blackburn
U.S. District Court for the District of Colorado

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.