# Attachment B

| | |
|---|---|
| **From:** | Veronica Rossman |
| **To:** | "Kathleen Finney"; Blackburn Chambers; Andrea@LuemLaw.com; Mark Mark Fleming; Natalie Stricklin; Rick Williamson; mary.hahn@usdoj.gov; pegeen.rhyne@usdoj.gov; Rajiv.Mohan@usdoj.gov |
| **Cc:** | Mary Unrein |
| **Subject:** | RE: 19-cr-506 Robert Dear |
| **Date:** | Wednesday, January 20, 2021 7:13:00 AM |

Good morning Ms. Finney,

Thank you for your email below. We appreciate the heads-up. The defense understands Mr. Dear's objections deadline will be extended from today and awaits the Court's ruling for more details about this matter.

Respectfully,
Veronica


**Veronica Rossman**
**Supervisory Assistant Federal Public Defender and Senior Counsel**
**Federal Public Defender's Office**
**Districts of Colorado & Wyoming**
**633 17th Street, Suite 1000**
**Denver, CO 80202**
**303-294-7002**
**www.cofpd.org**


**From:** Kathleen Finney <Kathleen_Finney@cod.uscourts.gov>
**Sent:** Tuesday, January 19, 2021 5:02 PM
**To:** Blackburn Chambers <Blackburn_Chambers@cod.uscourts.gov>; Andrea@LuemLaw.com; Mark Mark Fleming <mark@markfleminglaw.com>; Natalie Stricklin <Natalie_Stricklin@fd.org>; Veronica Rossman <Veronica_Rossman@fd.org>; Rick Williamson <Rick_Williamson@fd.org>; mary.hahn@usdoj.gov; pegeen.rhyne@usdoj.gov; Rajiv.Mohan@usdoj.gov
**Cc:** Mary Unrein <Mary_Unrein@fd.org>
**Subject:** 19-cr-506 Robert Dear

Hello,

In regards to [#88] MOTION for Order *for Complete Briefing Schedule as to Appeal of Magistrate Judge's Commitment Order [ECF NO.84]*, the deadline for objections will be extended pending the ruling on the def's motion [#88].

Thank you,
Kathleen Finney
Judicial Assistant to The Honorable Robert E. Blackburn

U.S. District Court for the District of Colorado