# Attachment C

| | |
|---|---|
| **From:** | Rhyne, Pegeen (USACO) |
| **To:** | Natalie Stricklin |
| **Cc:** | Hahn, Mary (CRT); Mohan, Rajiv (USACO); Veronica Rossman; Andrea@LuemLaw.com; Mark Mark Fleming; Mary Unrein |
| **Subject:** | Re: US v. Dear - Motion for Reconsideration Conferral |
| **Date:** | Sunday, January 31, 2021 3:50:38 PM |

Hi Natalie,

We can't give you a single position to address all of that.

To the extent that you are filing a motion to reconsider, I do not believe you need our position on that. We see your point as to the Jan 19 communication from chambers, but not as to the rest.

We continue to oppose your request for a briefing schedule. First, per Rule 59a, what you should file, if allowed, are objections not an opening brief. Second, by your own initial requested deadline, you should be able to file those tomorrow.

Thank you,

Pegeen

Sent from my iPhone

> On Jan 31, 2021, at 2:43 PM, Natalie Stricklin <Natalie_Stricklin@fd.org> wrote:
>
> Good afternoon Pegeen –
>
> Tomorrow, we will be asking Judge Blackburn to reconsider the minute order he entered on Friday evening. That order, which affirms the Commitment Order and denies everything else that's pending as moot, is inconsistent with his January 12 minute order and with the email communications with Chambers, cc'ing all counsel, on January 19 and 20. We are asking Judge Blackburn to set a briefing schedule on the Rule 59(a) appeal (we will be filing our merits brief tomorrow) and to otherwise allow the defense an opportunity to comply with the January 12 minute order, which sets February 4 as the date to file a reply in support of the Motion to Stay.
>
> Sorry about reaching out on a Sunday, but we are filing first thing in the morning. Please let us know the government's position.
>
> Thank you,
>
> Natalie Stricklin
> Assistant Federal Public Defender
> Office of the Federal Public Defender

Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Phone: (303) 294-7002
Fax: (303) 294-1192