| | |
|---|---|
| **From:** | Dia B. Boutwell |
| **To:** | Rhyne, Pegeen (USACO) |
| **Cc:** | Zachary Huffman; Hahn, Mary (CRT); Mohan, Rajiv (USACO) |
| **Subject:** | Fwd: March-May Studies 03-24-21. Revision #3 |
| **Date:** | Tuesday, May 11, 2021 7:48:53 AM |
| **Attachments:** | March-May Studies 03-24-21. Revision #3.pdf |

Hi, Pegeen,

Please see below for redacted email and list.

Dia

>>> Brandi Ray 3/24/2021 2:05 PM >>>
Attached is the updated incoming studies list.  Changes have been made due to no shows, movement issues, and voluntary surrenders.  We still haven't gotten any information from the USM about XXXXXX.  Phone calls have been made and e-mails have been sent.

Alyssa, it may be a good idea to have your liaisons get involved after all since we aren't getting anywhere with our attempts.

Thanks.

Ex. 1

03-24-2021- Revision #3

# MARCH

| REG. NO. | LAST NAME | FIRST NAME | DSTD | FACL | COMMENTS/ TRAVEL WEEK | DST | Movement Request date |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

# APRIL

| REG. NO. | LAST NAME | FIRST NAME | DSTD | FACL | COMMENTS/ TRAVEL WEEK | DST | Movement Request date |
|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | |

**03-24-2021- Revision #3**

## MAY

| REG. NO. | LAST NAME | FIRST NAME | DSTD | FACL | COMMENTS/ TRAVEL WEEK | DST | Movement Request date |
|---|---|---|---|---|---|---|---|
| 45591-013 | Dear | Robert | 02-16-21 | ENG | 05-03-21 Dst one month after MR | 4241B | 01-06-21 |