# EXHIBIT 2

# Filed Under Restriction