IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## MOTION TO RESTRICT DOCUMENTS

    The United States of America respectfully moves to restrict Exhibit 2 to its speedy trial motion, along with the brief filed in support of this motion, and any order revealing the contents of these documents, all for the reasons stated in brief filed in support of this motion.  The government requests Level 2 restriction of these documents, which would make them viewable only by the filing party, the government, the affected defendant, and the Court.

1

Dated: May 14, 2021

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on May 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record in this case.

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Veronica Rossman | Veronica_Rossman@fd.org |

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov