IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

## ORDER

    This matter is before the Court on the government's motion to restrict documents. Upon consideration and for good cause shown,

    IT IS ORDERED that Exhibit 2 to the United States' speedy trial motion, the United States' brief in support of its motion to restrict, as well as any order revealing the contents of these documents, are hereby restricted until further order by the Court.

    IT IS FURTHER ORDERED that Exhibit 2 to the United States' speedy trial motion, the United States' brief in support of its motion to restrict, as well as any order revealing the contents of these documents, are hereby at a Level 2 restriction and will be viewable only by the filing party, the government, the affected defendant, and the Court.

SO ORDERED this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO