

U.S. Department of Justice
Federal Bureau of Prisons

*U.S. Medical Center for Federal Prisoners*

*Office of the Warden*

*1900 W. Sunshine Street*
*Springfield, Missouri 65807*

May 17, 2021

The Honorable Robert E. Blackburn
United States District Judge
District of Colorado
Southeastern Division
Alfred A. Arraj United States Courthouse A1041
901 19th Street
Denver, Colorado 80294-3589

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 03 2021**

JEFFREY P. COLWELL
CLERK

Re: Dear, Robert
Reg. No.: 45591-013
Case No.: 19-cr-00506-REB

Dear Judge Blackburn:

    Your Court Order dated January 26, 2021, committed Mr. Dear to the custody of the Attorney General for a mental health evaluation pursuant to Title 18, United States Code, Section 4241(b). The provisions of this statute permit commitment to the custody of the Attorney General for 30 days.

    Mr. Dear arrived at the United States Medical Center for Federal Prisoners, in Springfield, Missouri, on May 6, 2021. Given the voluminous amount of records related to this case, his assigned clinician, Lea Ann Preston Baecht, Ph.D., believes additional time is needed to complete his mental health evaluation. Thus, we would like to respectfully request an extension to his period of evaluation. In accordance with Title 18, United States Code, Section 4241, the Court may grant an additional 15-day period of time to complete the mental health evaluation. Additionally, we would request an additional two weeks be allowed to complete the written report of the evaluations' findings. If you have any questions or concerns about the proposed extension, please contact Dr. Preston Baecht, Lea Ann Baecht at (417) 862-7041 ext. 1567.

Sincerely,

J. E. Krueger
Warden

Enclosures:
1. Copy for Assistant United States Attorney
2. Copy for Defense Attorney

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**
**U.S. MEDICAL CENTER FOR FEDERAL PRISONERS**
1900 WEST SUNSHINE
SPRINGFIELD, MISSOURI 65807

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE, $300**

CERTIFIED MAIL

7020 2450 0000 7937 8282

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
$001.20⁰
MAY 25 2021
0001126717
MAILED FROM ZIP CODE 65807

U.S. OFFICIAL MAIL
PENALTY FOR PRIVATE USE $300
PITNEY BOWES
$006.45⁰
MAY 25 2021
0001126717
MAILED FROM ZIP CODE 65807

The Honorable Robert E. Blackburn
United States District Judge
District of Colorado
Southeastern Division
Alfred A. Arraj United States Courthouse A1041
901 19th Street
Denver, Colorado 80294-3589

