## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

---

### UNITED STATES' RESPONSE TO MOTION BY FEDERAL BUREAU OF PRISONS REQUESTING ADDITIONAL TIME TO COMPLETE MENTAL HEALTH EVALUATION

    Per this Court's Order [Doc. # 112], the United States of America hereby files this response to the Motion by the Bureau of Prisons (BOP) Requesting Additional Time to Complete Mental Health Evaluation.  Given the complexity of this evaluation, as well as the volume of records that the parties have forwarded to the BOP for its consideration, the BOP's request for an additional fifteen days to complete the evaluation is reasonable, and there is good cause shown that the additional time is necessary to observe and evaluate the defendant.  *See* 18 U.S.C. § 4247(b).  Therefore, the government does not object to the BOP's request for additional time to complete the evaluation and the written report of the evaluation findings.

1

Dated:  June 7, 2021

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By:  s/ *Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Pegeen.Rhyne@usdoj.gov

By:  s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov


PAMELA S. KARLAN
Principal Deputy Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By:  s/ *Mary J. Hahn*
Mary J. Hahn
Trial Attorney
Civil Rights Division, Criminal Section
4 Constitution Square
150 M Street, N.W./7.1108
Washington, D.C. 20002
Telephone: 202-305-0921
Fax:  202-514-6588
E-mail:  Mary.Hahn@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Veronica Rossman | Veronica_Rossman@fd.org |

      By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Rajiv.Mohan@usdoj.gov