# Attachment A

**From:** Diana Esquibel <Desquibel@bop.gov>
**Sent:** Tuesday, April 6, 2021 10:03 AM
**To:** Natalie Stricklin <Natalie_Stricklin@fd.org>
**Subject:** Re: Robert Dear - submission of defense materials to competency evaluator

We will not know who his primary evaluator will be until he arrives, but it will be either Dr. Christiansen or Dr. Preston. The only way for me to receive it electronically would be through email. A flash drive would probably be best and you can mail it to the following address.

Thank you for your help,

Diana Esquibel
USMCFP
1900 W. Sunshine
Springfield, MO 65807

>>> Natalie Stricklin <Natalie_Stricklin@fd.org> 4/6/2021 10:59 AM >>>
Good morning Ms. Esquibel,

The defense has prepared our packet of materials to submit to the evaluator who will be performing the competency evaluation for Mr. Robert Dear.

I am inquiring as to how you would like us to send the materials. There are approximately 400 pages of document/paper materials (no video or audio). We can Fed Ex a binder, put the materials on a flash drive, or send the documents electronically. Please let me know what you would like us to do.

And, are you aware of who the evaluator will be? We were provided two names (Dr. Ashley Christiansen and Dr. Lea Ann Preston Braecht) and were wondering which doctor is assigned.

Thank you,

Natalie Stricklin
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Phone: (303) 294-7002
Fax: (303) 294-1192