# Attachment B

**From:** Diana Esquibel <Desquibel@bop.gov>
**Sent:** Thursday, April 29, 2021 9:32 AM
**To:** Natalie Stricklin <Natalie_Stricklin@fd.org>
**Subject:** RE: Robert Dear - submission of defense materials to competency evaluator

I did receive the USB drives.  We will not know if his evaluator will be Dr. Preston or Dr. Christiansen until he until he arrives.

>>> Natalie Stricklin <Natalie_Stricklin@fd.org> 4/29/2021 10:30 AM >>>
Good morning Ms. Esquibel –

I am following up to make sure that you received the flash-drive of defense materials which was sent via Fed Ex.  The delivery receipt shows it was received by "M. Evans" on April 15, 2021.   I separately emailed you the encryption password.  Can you please confirm receipt?

And has the evaluator been assigned yet?

Thank you,

Natalie Stricklin
Assistant Federal Public Defender
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202
Phone: (303) 294-7002
Fax: (303) 294-1192