# Attachment C

**From:** Diana Esquibel <Desquibel@bop.gov>
**Sent:** Thursday, May 6, 2021 7:47 AM
**To:** mark fleming <mark@markfleminglaw.com>; Mary Hahn <Mary.Hahn@usdoj.gov>; Pegeen Rhyne <Pegeen.Rhyne@usdoj.gov>
**Subject:** Dear (19-cr-00506-REB)

Good morning,

Robert Lewis Dear (19-cr-00506-REB) arrived at our facility today, 5-6-2021, to begin his 4241b study.  Dr. Preston Baecht has been assigned to conduct Mr. Dear's evaluation.

If you have any questions or issues you would like to discuss, Dr. Preston Baecht can be reached at lpreston@bop.gov or (417) 862-7041 ext. 1567.

Thank you,

Diana Esquibel
Psychology Secretary
U.S. Medical Center for Federal Prisoners
1900 W. Sunshine
Springfield, MO 65807
(417) 862-7041 ext. 1249
Desquibel@bop.gov