# Attachment D

**From:** Lea Ann Preston Baecht <LPreston@bop.gov>
**Sent:** Thursday, June 3, 2021 7:49 AM
**To:** Natalie Stricklin <Natalie_Stricklin@fd.org>
**Subject:** Re: Robert Dear

Good morning,

I was scheduled to be on vacation this week but thought I would come in to review more of Mr. Dear's records. :) Unfortunately, our computer services team is struggling to copy the content of the flash drives to my computer as they primarily contain small video clips that must be transferred one by one. I have asked them to locate and transfer the Colorado State Medical records and prior forensic reports but they have not been able to locate them for me.

I hate to bother you with this request but would it be possible for you to send me these aforementioned records (as well as the video interrogation video that you mentioned would likely be more relevant to my evaluation)? If the records are sent on a CD, I can view them on my computer without the assistance of my computer services team. (We are not allowed to use flash drives).

Thank you in advance and please feel free to reach out to me at 417-862-7041 ext 1567 if you have any questions or concerns.

Lea Ann Preston Baecht, Ph.D.