## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00506-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

       Defendant.

---

### ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT
---

To:    The clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 9th day of September 2021.

                              KRISTEN CLARKE
                              Assistant Attorney General
                              Civil Rights Division
                              U.S. Department of Justice

            BY:    *s/Maura Deady White*
                      Maura Deady White
                      Trial Attorney
                      Civil Rights Division, Criminal Section
                      950 Pennsylvania Avenue, 4CON
                      Washington, D.C. 20530
                      Phone: (202) 616-5103
                      Email: maura.white@usdoj.gov
                      Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of September 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE AS COUNSEL FOR THE GOVERNMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

<u>s/ *Maura Deady White*</u>
Maura Deady White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
Phone: (202) 616-5103
Email: maura.white@usdoj.gov