IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:             September 16, 2021
Deputy Clerk:     Patricia Glover
Court Reporter:   Kevin Carlin

| | |
|---|---|
| Criminal Case No. 19-cr-00506-REB-1 | Counsel: |
| UNITED STATES OF AMERICA, | Rahiv Mohan<br>Pegeen Ryhne |
| Plaintiff, | |
| v. | |
| ROBERT LEWIS DEAR, JR. | Natalie Stricklin |
| Defendant. | |

## COURTROOM MINUTES

**Competency Hearing**

**10:35 a.m.**   Court in session.

Appearances of counsel.   Special Agent Ken Harris is present at the government's table. Defendant and his counsel appear via VTC.

The Court addresses the psychiatric evaluation with counsel (Doc. #117).

The parties stipulate to the findings in Doc. #117.

No evidence to be presented by the parties.

Findings of fact, conclusions of law and orders.

**IT IS ORDERED** as follows:

> That the defendant Robert Lewis Dear, Jr. is declared incompetent to proceed;
>
> That pursuant to and subject to the provisions of 18

        USC section 4241(b)(1), Mr. Dear is committed to the custody of the attorney general for hospitalization and treatment in a suitable facility for such a reasonable period not to exceed four months, to determine whether there is a substantial probability that in the foreseeable future, Mr. Dear will attain the capacity to permit the proceedings to go forward;

        that pursuant to 18 USC section 3161(h)(1)(A) and (4), the period of delay resulting from these ongoing competency proceedings shall be excluded in computing the time for a speedy trial under the Speedy Trial Act of 1974.

**10:51 a.m.    Court in recess.**

Total time in court:   00:16

Hearing concluded.