IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.
_____

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND TO TERMINATE ECF NOTIFICATIONS**
_____

        Veronica S. Rossman, Assistant Federal Public Defender, respectfully seeks permission to withdraw as counsel of record for Robert Lewis Dear, Jr. Counsel also requests she be removed from further ECF notifications in this matter. In support of this motion, counsel states:

        1.      This FPD office was appointed to represent Mr. Dear, and on December 13, 2019, undersigned counsel filed her notice of appearance on behalf of the defendant. (*See* ECF No. 19).

        2.      On May 12, 2021, undersigned counsel was nominated by President Biden to serve as a Judge of the United States Court of Appeals for the Tenth Circuit. On September 20, 2021, the Senate voted to confirm her. Accordingly, Ms. Rossman intends to resign from the practice of law. In the coming weeks, Ms. Rossman will terminate her employment at the Office of the Federal Public Defender and enter on duty as a Judge of the Tenth Circuit.

3. Under the present circumstances, Ms. Rossman cannot continue to represent Mr. Dear.

4. Mr. Dear will not suffer prejudice if this motion is granted. He will have no interruption in representation, as this FPD office will continue to represent him. Assistant Federal Public Defender Natalie Stricklin, who entered her appearance on December 12, 2019 (ECF No. 15), has ably served as counsel to Mr. Dear for nearly two years, and she will continue to represent him through the conclusion of this case in the District of Colorado.

WHEREFORE, undersigned counsel respectfully asks that she be relieved as counsel for defendant and that ECF notifications to her be terminated.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Veronica S. Rossman
Veronica S. Rossman
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Veronica_Rossman@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on September 23, 2021, I electronically filed the foregoing

**MOTION TO WITHDRAW AS COUNSEL
AND TO TERMINATE ECF NOTIFICATIONS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
E-mail: pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
E-mail: rajiv.mohan@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
E-mail: mary.hahn@usdoj.gov

Maura Deady White, Assistant United States Attorney
E-mail: maura.white@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)
Reg. No. 45591-013

                                                      s/ Veronica S. Rossman
                                                      Veronica S. Rossman
                                                      Assistant Federal Public Defender
                                                      633 17th Street, Suite 1000
                                                      Denver, CO  80202
                                                      Telephone: (303) 294-7002
                                                      FAX: (303) 294-1192
                                                      Email: Veronica_Rossman@fd.org
                                                      Attorney for Defendant