IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT LEWIS DEAR, JR.,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

    The United States hereby respectfully moves to restrict Document No. 125, and any order revealing the contents of this document, for the reasons stated in the restricted brief filed in support of this motion (Document no. 126). The United States requests a "Level 2" Restriction which would limit the restricted access to the selected parties and the court only.

    Respectfully submitted this 8th day of December, 2021.

                                COLE FINEGAN
                                United States Attorney

                                *By: s/ Pegeen D. Rhyne*
                                Pegeen D. Rhyne
                                Assistant U.S. Attorney
                                U.S. Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, CO 80202
                                Telephone: 303-454-0100
                                Fax:  303-454-0406
                                E-mail:  Pegeen.Rhyne@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

<u>By:  s/ *Maura Deady White*</u>
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
Telephone: 202-616-5103
Fax:  202-514-6588
E-mail:  Maura.White@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of December, 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                    s/ *Amy McDaniel*
                                    Amy McDaniel
                                    Legal Assistant
                                    U.S. Attorney's Office