IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT LEWIS DEAR, JR.,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT

The United States of America hereby respectfully moves to restrict **Document Nos. 128-1 and 128-2** for the reasons stated in the restricted brief filed in support of this motion (Document no. 129).  The United States requests a "Level 2" Restriction which would limit the restricted access to the selected parties and the court only.

Respectfully submitted this 9th day of December, 2021.

                COLE FINEGAN
                United States Attorney

                <u>By: s/ Pegeen D. Rhyne</u>
                Pegeen D. Rhyne
                Assistant U.S. Attorney
                U.S. Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone: 303-454-0100
                Fax:  303-454-0406
                E-mail:  Pegeen.Rhyne@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

<u>*By: s/ Maura Deady White*</u>
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
Telephone: 202-616-5103
Fax:  202-514-6588
E-mail:  Maura.White@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Amy McDaniel*
Amy McDaniel
Legal Assistant
U.S. Attorney's Office