IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**ORDER TO RESTRICT DOCUMENT**

---

This matter is before the Court on the Government's Motion to Restrict Document. Upon consideration and for good cause shown,

IT IS ORDERED that **Document Nos. 128-1 and 128-2**, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of these documents, are hereby restricted until further order by the Court.

IT IS ORDERED that that **Document Nos. 128-1 and 128-2**, the United States' Brief in Support of Motion to Restrict Document, as well as any order revealing the contents of these documents, are hereby at a "Level 2 Restriction" and will be "viewable by selected parties & court" only.

IT IS SO ORDERED on this ____ day of _____, 2021.

 

_____
HON. ROBERT E. BLACKBURN
SENIOR UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO