IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    *s/ Jennifer Beck*
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Jennifer_Beck@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pegeen Rhyne, Assistant United States Attorney
Email: pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
Email: Rajiv.Mohan@usdoj.gov

Maura Deady White, Assistant United States Attorney
Email: maura.white@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
Email: mary.hahn@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

*s/ Jennifer Beck*
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Jennifer_Beck@fd.org
Attorney for Defendant