IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

        Defendant.

**PRELIMINARY RESPONSE TO GOVERNMENT'S MOTION FOR *SELL* HEARING**

        The defendant, Robert Lewis Dear, Jr. ("Mr. Dear"), by and through undersigned counsel, hereby responds to the Government's Motion for a *Sell* hearing. Doc. 128. The prosecution filed a motion captioned "Motion for *Sell* Hearing". Doc. 128. In addition to requesting this Court set a status conference to schedule a hearing pursuant to *Sell v. United States*, the government also seeks to set disclosure deadlines for various materials.

        The government's request to schedule a *Sell* hearing is premature. Although the government recognizes the need to produce expert reports before a hearing can occur, it also acknowledges that this production has not yet occurred. Specifically, the government indicates that it intends to call Dr. Robert Sarrazin to testify about the fourth *Sell* factor and address his proposed treatment plan to forcibly medicate Mr. Dear. But Dr. Sarrazin has not provided that plan to the parties. Additionally, Mr. Dear's experts require time to review the reports of Dr. Preston Baecht and Dr. Sarrazin to prepare their opinions regarding the proposed course of forcible medication. Mr. Dear will, of

course, make the requisite disclosures related to any experts on which he anticipates relying.

Mr. Dear does agree with the government about one thing – that this Court should set a status conference to schedule anticipated disclosure deadlines. At that time, Mr. Dear also requests that the Court enter a briefing schedule for the parties (or the defense) to address the *Sell* factors in full.

For these reasons, Mr. Dear requests that the Court take no action on the government's Motion for *Sell* Hearing at this time and, instead, schedule a status conference to set disclosure deadlines and a briefing schedule.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    *s/ Natalie G. Stricklin*
    NATALIE G. STRICKLIN
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Natalie_Stricklin@fd.org
    Attorney for Defendant


    *s/ Jennifer Beck*
    JENNIFER BECK
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO 80202
    Telephone: (303) 294-7002
    FAX: (303) 294-1192
    Email: Jennifer_Beck@fd.org
    Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on December 15, 2021, I filed the foregoing **Preliminary Response To Government's Motion For *Sell* Hearing** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pegeen Rhyne, Assistant United States Attorney
Email: pegeen.rhyne@usdoj.gov

Rajiv Mohan, Assistant United States Attorney
Email: Rajiv.Mohan@usdoj.gov

Maura Deady White, Assistant United States Attorney
Email: maura.white@usdoj.gov

Mary J. Hahn, Assistant United States Attorney
Email: mary.hahn@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

*s/ Natalie G. Stricklin*
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant