IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

    Assistant United States Attorney Rajiv Mohan respectfully moves the Court for an order allowing him to withdraw as counsel of record for the government in this case. The government will continue to be represented by lead counsel, Assistant U.S. Attorney Pegeen Rhyne, along with Trial Attorney Maura Deady White.

Dated:  February 18, 2022

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Jennifer Beck | Jennifer_Beck@fd.org |

By: s/ *Rajiv Mohan*
Rajiv Mohan
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Rajiv.Mohan@usdoj.gov