IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date: March 2, 2022
Deputy Clerk: Leigh Roberson
Court Reporter: Kevin Carlin

| Criminal Case No. 19-cr-506-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| | Maura White |
| Plaintiff, | |
| v. | |
| ROBERT LEWIS DEAR, | Natalie Stricklin |
| | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**Telephonic Status Conference**

**1:31 p.m.** **Court in session.**

Discussion held regarding scheduling based on the Before the Court is the government's Motion for *Sell* Hearing (Doc. No. 128), filed December 8, 2021.

The Court will enter a scheduling order for relevant deadlines and hearing on Doc. No. 128.

**2:03 p.m.** **Court in recess.** Hearing concluded.
Total time in court: 32 minutes