IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Criminal Case No.  19-cr-00506-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

      Defendant.

# ORDER

**Blackburn, J.**

On March 2, 2022, this matter came before me for a telephonic status conference to discuss the issues raised by and inherent to the **Motion for *Sell* Hearing** [#128] filed by the government December 8, 2021. After conferring with counsel, I issue the following scheduling orders.

**IT IS ORDERED** as follows:

1.  That as soon as practicable, the Bureau of Prisons, acting in conjunction with the United States Marshal Service, shall return the defendant to a BOP facility within the district of Colorado, preferably FDC Englewood;

2.  That by March 22, 2022, the Bureau of Prisons shall provide the parties with its proposed treatment plan for the defendant, including the involuntary administration of antipsychotic medications;

3.  That by May 23, 2022, the parties shall disclose to each other any expert report related to any expert testimony either party intends to present at the anticipated *Sell*

hearing[1];

      4.  That by April 4, 2022, the Bureau of Prisons shall provide the parties with transcripts of the *Sell* hearings conducted in the combined courts of Pueblo County, Colorado;

      5.  That on May 24, 2022, at 2:00 p.m. (MDT), the court shall conduct a telephonic status and scheduling conference, inter alia, to set a *Sell* hearing; and

      6.  That this order shall be served on the United States Marshal for the District of Colorado and the warden of the United States Medical Center for Federal Prisoners in Springfield, Missouri.

      Dated March 7, 2022, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] This exchange of expert-related reports and associated information should include a disclosure by the defense to the government of any medical records or other evidence upon which the defense intends to rely in support of the argument that treatment with antipsychotic medication(s) will negatively impact the health of the defendant.