| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|
| PLAINTIFF<br>USA | FILED<br>U.S. DISTRICT COURT<br>DISTRICT OF COLORADO<br>2022 MAR 16 AM 8:33<br>JEFFREY P. COLWELL<br>CLERK | COURT CASE NUMBER<br>19-cr-00506-REB-1 |
| DEFENDANT<br>Robert Lewis Dear, Jr. | | TYPE OF PROCESS<br>Order |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Warden, U.S. Medical Center for Federal Prisoners
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  1900 West Sunshine Street, Springfield, MO 65807

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| Clerk of Court<br>U.S.District Court for the District of Colorado<br>901 19th Street, Denver CO 80294 | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
PERSONAL SERVICE REQUIRED. EXPEDITED SERVICE REQUESTED BY JUDGE BLACKBURN.

| Signature of Attorney other Originator requesting service on behalf of:<br>s/A. Thomas, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>3/7/2022 |
|---|---|---|---|

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. B13 | District to Serve<br>No. A45 | Signature of Authorized USMS Deputy or Clerk<br>T. McNiel | Date<br>03/07/2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Pam Pringle Legal | Date<br>3/8/22 | Time<br>0955 | ☒ am<br>☐ pm |
|---|---|---|---|

Address (complete only if different than shown above)

Signature of U S Marshal or Deputy
C. [signature] DUSM w/us

Costs shown on attached USMS Cost Sheet >>

REMARKS

ENDEAVOR #1: SUCCESSFULL SERVICE TO PAM PRINGLE USMCFP LEGAL DEPT @ 0955 ON 3/8/22

1 DUSM — 1 hour @ $65/hr
6.6 mi @ .585/mi

1:2019-CR-00506                                                 Capture ✓

Form USM-285
Rev. 01/21