# EXHIBIT 2

To the Honorable Judge presiding over the Sell Hearing Decision

My name is Rachel Swasey. My late husband, Police Officer Garrett Swasey, was a first responder to the shooting at Planned Parenthood. He was killed as he tried to protect our community during the events of November 27, 2015.

I am writing to request that you allow me and my mother-in-law, Sheila Swasey, to attend the upcoming Sell Hearing. Since my husband's murder, we have consistently attended innumerable court proceedings related to our loss. However, there was one court process we were restricted from observing: the forced medication hearing at the state level. That Colorado court hearing lead to a multi-year stall in the prosecution of the Defendant. In my understanding, this stall was a primary reason the federal court was able to take note and step in to the prosecution of this case.

I understand the crucial nature of this Sell decision on the path of finding justice. It would give me a measure of peace of mind to quietly observe the process and know that every argument has been heard and well considered in this matter. As a healthcare professional, I understand the privacy rights that are rightfully afforded each person as it relates to their medical history. If permitted to attend the hearing, I will hold to any constraints the court sees fit to impose on publicity. My interest is only in faithfully bearing witness to the prosecution of this crime as I bore witness to my wonderful husband's life.


Rachel Swasey

Widow of late UCCS-Police Department Officer Garrett Swasey

also on behalf of Garrett's mother, Sheila Swasey