IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

Mary J. Hahn, Trial Attorney, respectfully seeks permission to withdraw as counsel of record for the United States in this case. The government will continue to be represented by Assistant United States Attorney Pegeen Rhyne and Trial Attorney Maura White.

Dated: August 23, 2022

    Respectfully submitted,

    By:  s/ *Mary J. Hahn*
    Mary J. Hahn
    Trial Attorney
    Civil Rights Division, Criminal Section
    4 Constitution Square
    150 M Street, N.W./7.1108
    Washington, D.C. 20002
    Telephone: 202-305-0921
    Fax:  202-514-6588
    E-mail:  Mary.Hahn@usdoj.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case:

| | |
|---|---|
| Natalie Stricklin | Natalie_Stricklin@fd.org |
| Jennifer Beck | Jennifer_Beck@fd.org |