## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge Robert E. Blackburn

| | |
|---|---|
| Date: | August 30, 2022 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Janet Coppock |

| | |
|---|---|
| Criminal Case No. 19-cr-506-REB | Counsel: |
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| | Maura White |
| Plaintiff, | |
| v. | |
| ROBERT LEWIS DEAR, JR, | Natalie Stricklin |
| | Jennifer Beck |
| Defendant. | |

## COURTROOM MINUTES

**Motion Hearing**

**9:51 a.m.** Court in session.

Appearances of counsel. Also present at government's counsel table is Special Agent Ken Harris, FBI.

Before the Court is the government's Motion for *Sell* Hearing (ECF No. 128).

The Court dispenses with opening statements.

Government begins.

Government's witness, Lea Ann Preston Baecht, PhD, called and sworn.

　　Direct examination of Dr. Preston Baecht by Ms. Rhyne.

　　　　Exhibits admitted: Government's Exhibits 1, 2, 4, 3, 5

**11:01 a.m.** Court in recess.
**11:20 a.m.** Court in session.

      Continued direct examination of Dr. Preston Baecht by Ms. Rhyne.

          Exhibits admitted: Government's Exhibit 6

**12:00 p.m.**    **Court in recess.**
**1:04 p.m.**     **Court in session.**

      Continued direct examination of Dr. Preston Baecht by Ms. Rhyne.

      Cross-examination of Dr. Preston Baecht by Ms. Beck.

      Redirect examination of Dr. Preston Baecht by Ms. Rhyne.

      Government's witness, Lea Ann Preston Baecht, PhD, excused and released from subpoena.

Government's witness Robert Sarrazin, M.D., called and sworn.

      Direct examination of Dr. Sarrazin by Ms. Rhyne.

**2:30 p.m.**    **Court in recess.**
**2:48 p.m.**    **Court in session.**

      Continued direct examination of Dr. Sarrazin by Ms. Rhyne.

      Cross-examination of Dr. Sarrazin by Ms. Stricklin.

**4:00 p.m.**    **Court in recess**
**4:14 p.m.**    **Court in session.**

      Continued cross-examination of Dr. Sarrazin by Ms. Stricklin.

          Exhibits admitted:   Defendant's exhibits 13, 14, 15, 16, 17, 18, 19, 20, 21, 12

      Redirect examination of Dr. Sarrazin by Ms. Rhyne.

      Government's witness Robert Sarrazin, M.D., excused and released from subpoena.

**4:55 p.m.**    **Court in recess.**    Hearing continued. Defendant remanded.

Total time in court: 5 hours 9 minutes