IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

| | |
|---|---|
| Date: | August 31, 2022 |
| Deputy Clerk: | Leigh Roberson |
| Court Reporter: | Janet Coppock |

| | |
|---|---|
| Criminal Case No. 19-cr-506-REB | Counsel: |
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
| Plaintiff, | Maura White |
| v. | |
| ROBERT LEWIS DEAR, | Natalie Stricklin |
| Defendant. | Jennifer Beck |

## COURTROOM MINUTES

**Motion Hearing, Day Two**

**8:50 a.m.** **Court in session.**

Appearances as previously noted.

Court's instructions to defendant regarding courtroom decorum.

Government's witness Matthew Holland, M.D., called and sworn.

    Direct examination of Dr. Holland by Ms. White.

        Exhibits admitted:   Government's Exhibit 7. Government's Exhibit 12 used as demonstrative.

    Cross-examination of Dr. Holland by Ms. Stricklin.

**10:21 a.m.** **Court in recess.**
**10:37 a.m.** **Court in session.**

    Continued cross-examination of Dr. Holland by Ms. Stricklin.

    Redirect examination of Dr. Holland by Ms. White.

    Examination of Dr. Holland by the Court.

**Government rests. Defendant begins.**

Defendant's witness George W. Woods, Jr., M.D., called and sworn.

    Direct examination of Dr. Woods by Ms. Beck.

        Exhibits admitted: Defendant's Exhibits 3, 4

**12:00 p.m.**    **Court in recess.**
**1:05 p.m.**    **Court in session.**

    Continued direct examination of Dr. Woods by Ms. Beck.

    Cross-examination of Dr. Woods by Ms. White.

        Exhibits admitted: Government's Exhibit 9

    Redirect examination of Dr. Woods by Ms. Beck.

    Government's witness George W. Woods, Jr., M.D., excused and released from subpoena.

Defendant's witness William Morton, Pharm.D., called and sworn.

    Direct examination of Dr. Morton by Ms. Stricklin.

        Exhibits admitted: Defendant's Exhibit 2

**2:34 p.m.**    **Court in recess.**
**2:55 p.m.**    **Court in session.**

    Continued direct examination of Dr. Morton by Ms. Stricklin.

    Cross-examination of Dr. Morton by Ms. White.

    Defendant's witness William Morton, Pharm.D., excused and released from subpoena.

Defendant's witness, Richard Martinez, M.D., called and sworn.

    Direct examination of Dr. Martinez by Ms. Beck.

Exhibits admitted: Defendant's Exhibit 2

**ORDERED:** This matter is continued to 8:45 a.m. on Thursday, September 1, 2022, at which time the defendant shall appear without further notice or order from the Court; provided further that the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant for the hearing.

**4:50 p.m.** **Court in recess.** Hearing continued. Defendant remanded.

Total time in court:  6 hours 18 minutes