IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date:            September 1, 2022
Deputy Clerk:    Leigh Roberson
Court Reporter:  Janet Coppock

| Criminal Case No. 19-cr-506-REB | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Pegeen Rhyne |
|  | Maura White |
| Plaintiff, |  |
| v. |  |
| ROBERT LEWIS DEAR, JR, | Natalie Stricklin |
|  | Jennifer Beck |
| Defendant. |  |

## COURTROOM MINUTES

**Motion Hearing, Day Three**

**8:45 a.m.     Court in session.**

Appearances as previously noted.

    Continued direct examination of Dr. Martinez by Ms. Beck.

**9:35 a.m.     Court in recess.**
**11:01 a.m.    Court in session.**

    Continued direct examination of Dr. Martinez by Ms. Beck.

    Cross-examination of Dr. Martinez by Ms. Rhyne.

**p.m.   Court in recess.**
**1:03 p.m.     Court in session.**

    Continued cross-examination of Dr. Martinez by Ms. Rhyne.

    Redirect examination of Dr. Martinez by Ms. Beck.

Defendant's witness, Richard Martinez, M.D., excused and released from subpoena.

**Defendant rests.**

Closing arguments.

**ORDERED:** The government's Motion for *Sell* Hearing (ECF No. 128) is taken under advisement. The Court will issue its written ruling as soon as practicable.

**2:53 p.m.    Court in recess.**    Defendant remanded.

Total time in court:  3 hours 38 minutes