IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00506-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

      Defendant.

---

## DEFENDANT'S NOTICE OF APPEAL

---

      The defendant, Robert Lewis Dear, Jr., by and through undersigned counsel,

hereby files this notice of his interlocutory appeal of this Court's Order re: Involuntary

Medication, Doc. No. 159, issued on September 19, 2022, to the Tenth Circuit Court of

Appeals pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure.  The Tenth

Circuit will have jurisdiction over the appeal under the collateral-order doctrine. *Sell v.*

*United States*, 539 U.S. 166, 176–77 (2003).

                            Respectfully submitted,

                            VIRGINIA L. GRADY
                            Federal Public Defender


                            *s/ Natalie G. Stricklin*
                            NATALIE G. STRICKLIN
                            Assistant Federal Public Defender
                            633 17th Street, Suite 1000
                            Denver, CO 80202
                            Telephone: (303) 294-7002
                            FAX: (303) 294-1192
                            Email: Natalie_Stricklin@fd.org
                            Attorney for Defendant

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Jennifer_Beck@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on September 21, 2022, I filed the foregoing **Defendant's Notice of Appeal** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pegeen Rhyne, Assistant United States Attorney
Email: pegeen.rhyne@usdoj.gov

Maura Deady White, Assistant United States Attorney
Email: maura.white@usdoj.gov

I certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Robert Lewis Dear, Jr. (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant