IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**GOVERNMENT'S RESPONSE TO EMERGENCY MOTION TO STAY EXECUTION OF INVOLUNTARY MEDICATION ORDER PENDING APPEAL [DOC. # 161]**

---

The United States of America hereby files its response to defendant Dear's Emergency Motion to Stay Execution of Involuntary Medication Order Pending Appeal [Doc. #161].

While the government does not believe that the defendant has made, or can make, a strong showing that his appeal is likely to succeed on the merits, the government does not oppose the defendant's request for an emergency stay of the Court's order because the involuntary medication of the defendant during the pendency of his appeal would result in the very harm, *i.e.* being involuntarily medicated, that he is seeking to avoid through his appeal.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*By: s/ Pegeen D. Rhyne*
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax:  303-454-0406
E-mail:  Pegeen.Rhyne@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

*By:  s/ Maura Deady White*
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530
Telephone: 202-616-5103
Fax:  202-514-6588
E-mail:  Maura.White@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of September, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

      s/ *Amy McDaniel*
      Amy McDaniel
      Legal Assistant
      U.S. Attorney's Office