APPEAL,INTERPRETER,TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00231-PAB-5

Case title: USA v. Ortiz-Gonzalez et al

Date Filed: 07/14/2021

Date Terminated: 09/16/2022

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2021 | 1 | INDICTMENT as to Jesus Orlando Ortiz-Gonzalez (1) count(s) 5, Sergio Guadalupe Ortiz-Gonzalez (2) count(s) 6, 8, 10, 11, 12, 13-15, Raymundo Ramirez-Valdez (3) count(s) 10, 11, 13, 15, 16, 17, 18, Francisco Javier Ramirez-Ramirez (4) count(s) 10, 11, 16, 17, 18, Emir Itzayan Quiroa Pacheco (5) count(s) 1, 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 14, Fabian Garcia-Lazalde (6) count(s) 1, 2, 3, 4, Carina Cerceda (7) count(s) 5. (Attachments: # 1 Criminal Information Sheet J. Ortiz-Gonzalez, # 2 Criminal Information Sheet S. Ortiz-Gonzalez, # 3 Criminal Information Sheet Ramirez-Valdez, # 4 Criminal Information Sheet F. Ramirez-Ramirez, # 5 Criminal Information Sheet Quiroa Pacheco, # 6 Criminal Information Sheet Garcia-Lazalde, # 7 Criminal Information Sheet C. Cerceda) (sphil, ) (Entered: 07/15/2021) |
| 07/14/2021 | 2 | RESTRICTED DOCUMENT - Level 4: as to Jesus Orlando Ortiz-Gonzalez, Sergio Guadalupe Ortiz-Gonzalez, Raymundo Ramirez-Valdez, Francisco Javier Ramirez-Ramirez, Emir Itzayan Quiroa Pacheco, Fabian Garcia-Lazalde, Carina Cerceda. (sphil, ) (Entered: 07/15/2021) |
| 07/14/2021 | 7 | Arrest Warrant Issued in case as to Emir Itzayan Quiroa Pacheco. (sphil, ) (Entered: 07/15/2021) |
| 07/29/2021 | 10 | Arrest of Emir Itzayan Quiroa Pacheco. Initial Appearance set for 7/29/2021 02:00 PM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. Spanish Interpreter Requested. (Text Only entry)(jgonz, ) (Entered: 07/29/2021) |
| 07/29/2021 | 11 | COURTROOM MINUTES for proceedings held before Magistrate Judge Kristen L. Mix: Initial Appearance as to Emir Itzayan Quiroa Pacheco held on 7/29/2021. Defendant present in custody. Defendant advised. CJA 23 executed. Court appoints counsel. Arraignment/Detention/Discovery Hearing set for 8/3/2021 at 10:00 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. Defendant remanded. (Total time: 6 minutes, Hearing time: 2:00 p.m.-2:06 p.m.)<br><br>**APPEARANCES**: Candyce Cline on behalf of the Government, Timothy O'Hara on behalf of the defendant, Tommie Anderson on behalf of pretrial. FTR: A402. Interpreter: Cathy Bahr. (cthom, ) Text Only Entry (Entered: 07/29/2021) |
| 07/29/2021 | 12 | CJA 23 Financial Affidavit by Emir Itzayan Quiroa Pacheco. (cthom, ) (Entered: 07/29/2021) |
| 07/29/2021 | 13 | ORDER APPOINTING COUNSEL as to Emir Itzayan Quiroa Pacheco by Magistrate Judge Kristen L. Mix on 7/29/2021. Text Only Entry (cthom, ) (Entered: 07/29/2021) |
| 07/29/2021 | 14 | NOTICE OF ATTORNEY APPEARANCE: David Andrew Kraut appearing for Emir Itzayan Quiroa PachecoAttorney David Andrew Kraut added to party Emir Itzayan |

| | | |
|---|---|---|
| | | Quiroa Pacheco(pty:dft) (Kraut, David) (Entered: 07/29/2021) |
| 08/02/2021 | 15 | MINUTE ORDER as to Emir Itzayan Quiroa Pacheco. **At the parties request, the Arraignment/Detention/Discovery Hearing is reset for 8/4/2021 at 10:00 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter**. ORDERED by Magistrate Judge N. Reid Neureiter on 8/2/2021. Text Only Entry (cthom, ) (Entered: 08/02/2021) |
| 08/03/2021 | 16 | Arrest Warrant Returned Executed on 7/29/2021 in case as to Emir Itzayan Quiroa Pacheco. (sphil, ) (Entered: 08/03/2021) |
| 08/04/2021 | 17 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Arraignment/Discovery/Detention Hearing as to Emir Itzayan Quiroa Pacheco held on 8/4/2021. Defendant present in custody. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Government seeks detention. Defendant argues for release. ORDERED DETAINED. Defendant remanded. Counsel is directed to chambers. (Total time: 24 minutes, Hearing time: 10:04 a.m.-10:28 a.m.)<br><br>**APPEARANCES**: Candyce Cline on behalf of the Government, David Krout on behalf of the defendant, Pat Hanley on behalf of pretrial. FTR: C203. Interpreter: Jack Mudry. (cthom, ) Text Only Entry (Entered: 08/04/2021) |
| 08/04/2021 | 18 | MOTION for Protective Order *REGARDING MATERIAL PERTAINING TO A COOPERATING WITNESS* by USA as to Jesus Orlando Ortiz-Gonzalez, Sergio Guadalupe Ortiz-Gonzalez, Raymundo Ramirez-Valdez, Francisco Javier Ramirez-Ramirez, Emir Itzayan Quiroa Pacheco, Fabian Garcia-Lazalde, Carina Cerceda. (Attachments: # 1 Proposed Order (PDF Only))(Cline, Candyce) (Entered: 08/04/2021) |
| 08/04/2021 | 19 | Discovery Conference Memorandum and ORDER: Estimated Trial Time - 10 days as to Emir Itzayan Quiroa Pacheco, by Magistrate Judge Michael E. Hegarty on 8/4/2021. (cthom, ) (Entered: 08/04/2021) |
| 08/05/2021 | 20 | ORDER OF DETENTION as to Emir Itzayan Quiroa Pacheco by Magistrate Judge N. Reid Neureiter on 8/05/2021. (slibi, ) (Entered: 08/05/2021) |
| 08/05/2021 | 21 | PROTECTIVE ORDER as to Jesus Orlando Ortiz-Gonzalez, et al by Chief Judge Philip A. Brimmer on 8/5/2021, re: 18 MOTION for Protective Order *REGARDING MATERIAL PERTAINING TO A COOPERATING WITNESS* filed by USA. (sphil, ) (Entered: 08/05/2021) |
| 08/10/2021 | 22 | ORDER Setting Trial Dates and Deadlines as to Emir Itzayan Quiroa Pacheco by Chief Judge Philip A. Brimmer on 8/10/2021. Motions due by 8/30/2021. Responses due by 9/6/2021. A eight-day Jury Trial set for 10/4/2021 08:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Trial Preparation Conference set for 10/1/2021 at 10:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. **ORDERED** that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made **no later than seven days** before the deadline, or any extended deadline, for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing. disclosures regarding rebuttal expert witnesses shall be made **one week** after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline. (sphil, ) (Entered: 08/10/2021) |
| 08/17/2021 | 33 | MOTION to Declare Case Complex *PURSUANT TO 18 U.S.C. 3161(h)(7)(B)(ii)* by USA as to Jesus Orlando Ortiz-Gonzalez, Sergio Guadalupe Ortiz-Gonzalez, Raymundo Ramirez-Valdez, Francisco Javier Ramirez-Ramirez, Emir Itzayan Quiroa Pacheco, Fabian Garcia-Lazalde, Carina Cerceda. (Cline, Candyce) (Entered: 08/17/2021) |
| 08/18/2021 | 34 | MINUTE ORDER as to Jesus Orlando Ortiz-Gonzalez, et al by Chief Judge Philip A. |

| | | |
|---|---|---|
| | | Brimmer on 8/18/2021, re 33 MOTION to Declare Case Complex *PURSUANT TO 18 U.S.C. 3161(h)(7)(B)(ii)*. **ORDERED** that the defendants may file responses to the Government's Motion to Designate Case as Complex Pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) [Docket No. 33] **on or before August 25, 2021**. (sphil, ) (Entered: 08/18/2021) |
| 08/25/2021 | 35 | RESPONSE to Motion by Emir Itzayan Quiroa Pacheco re 33 MOTION to Declare Case Complex *PURSUANT TO 18 U.S.C. 3161(h)(7)(B)(ii)* (Kraut, David) (Entered: 08/25/2021) |
| 08/30/2021 | 37 | Unopposed MOTION to Exclude *90 Days From The Requirements Of The Speedy Trial Act* by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 08/30/2021) |
| 09/01/2021 | 38 | ORDER by Chief Judge Philip A. Brimmer on 9/1/2021, re: 33 Motion to Declare Case Complex as to Jesus Orlando Ortiz-Gonzalez, et al by Chief Judge Philip A. Brimmer on 9/1/2021 is **GRANTED**; 37 defendant Emir Itzayan Quiroa Pacheco's Unopposed Motion to Exclude 90 Days form the Requirements of the Speedy Trial Act is **GRANTED. ORDERED** that the pretrial motions deadline, currently set for August 30, 2021, as well as the response deadline, currently set for September 6, 2021, are VACATED. All pretrial motions shall be filed by **November 29, 2021** and responses to these motions shall be filed by **December 6, 2021**. **ORDERED** that the Trial Preparation Conference currently scheduled for October 1, 2021 at 10:00 a.m. as well as the trial, currently scheduled to begin on October 4, 2021 at 8:00 a.m., are VACATED. The Trial Preparation Conference will be rescheduled for January 21, 2022 at 2:30 p.m. and the trial is RESET for January 24, 2022 at 8:00 a.m. for eight days. **ORDERED** that 90 days from the date of this order shall be excluded from the computation of the speedy trial deadlines under the Speedy Trial Act of 1974, 18 U.S.C. §§ 3161 - 3174. (sphil, ) (Entered: 09/01/2021) |
| 09/01/2021 | 40 | Utility Setting/Resetting Deadlines/Hearings as to Emir Itzayan Quiroa Pacheco, Carina Cerceda: Trial Preparation Conference set for 1/22/2021 at 02:30 PM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry. (sphil, ) (Entered: 09/01/2021) |
| 09/01/2021 | 41 | Utility Resetting Deadlines/Hearings as to Emir Itzayan Quiroa Pacheco, Carina Cerceda: Trial Preparation Conference set for 1/21/2022 at 02:30 PM before Chief Judge Philip A. Brimmer. Text Only Entry. (sphil, ) (Entered: 09/01/2021) |
| 11/30/2021 | 80 | NOTICE of Disposition by Emir Itzayan Quiroa Pacheco (Kraut, David) (Entered: 11/30/2021) |
| 11/30/2021 | 81 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 11/30/2021 as to Emir Itzayan Quiroa Pacheco re 80 Notice of Disposition. Counsel shall jointly contact Chambers via conference call (303-335-2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than December 7, 2021 to schedule the change of plea hearing. Text Only Entry (pabsec, ) (Entered: 11/30/2021) |
| 12/06/2021 | 82 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 12/06/2021 as to Emir Itzayan Quiroa Pacheco re 80 Notice of Disposition. The Change of Plea Hearing is set for 1/6/2022 at 2:30 PM in Courtroom A 701 before Chief Judge Philip A. Brimmer. The trial preparation conference set for January 21, 2022 and the jury trial set for January 24, 2022 are VACATED as to defendant Emir Itzayan Quiroa Pacheco only. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to Brimmer_Chambers@cod.uscourts.gov no later than 48 hours before the change of plea hearing. Text Only Entry (pabsec, ) (Entered: 12/06/2021) |
| 12/08/2021 | 83 | SUPERSEDING INDICTMENT as to Jesus Orlando Ortiz-Gonzalez (1) count(s) 5s, Sergio Guadalupe Ortiz-Gonzalez (2) count(s) 6s, 8s, 10s, 11s, 12s-14s, 15s, Raymundo |

| | | |
|---|---|---|
| | | Ramirez-Valdez (3) count(s) 10s, 11s, 13s, 15s, 16s, 17s, 18s, Francisco Javier Ramirez-Ramirez (4) count(s) 10s, 11s, 16s, 17s, 18s, Emir Itzayan Quiroa Pacheco (5) count(s) 1s, 2s, 3s, 4s, 6s, 7s, 8s, 9s, 10s, 11s, 12s, 14s, Fabian Garcia-Lazalde (6) count(s) 1s, 2s, 3s, 4s, Carina Cerceda (7) count(s) 5s. (Attachments: # 1 Criminal Information Sheet Ortiz-Gonzalez, # 2 Criminal Information Sheet Sergio Ortiz-Gonzalez, # 3 Criminal Information Sheet Ramirez-Valdez, # 4 Criminal Information Sheet Ramirez-Ramirez, # 5 Criminal Information Sheet Pacheco, # 6 Criminal Information Sheet Garcia-Lazalde, # 7 Criminal Information Sheet Cerceda) (sphil, ) (Entered: 12/09/2021) |
| 12/08/2021 | 84 | MINUTE ORDER as to Jesus Orlando Ortiz-Gonzalez, Sergio Guadalupe Ortiz-Gonzalez, Emir Itzayan Quiroa Pacheco, Fabian Garcia-Lazalde, Carina Cerceda. Pursuant to 83 Superseding Indictment, Re-Arraignment set for 12/22/2021 10:00 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Text Only Entry. (sphil, ) (Entered: 12/09/2021) |
| 12/08/2021 | 85 | RESTRICTED DOCUMENT - Level 4: as to Jesus Orlando Ortiz-Gonzalez, Sergio Guadalupe Ortiz-Gonzalez, Raymundo Ramirez-Valdez, Francisco Javier Ramirez-Ramirez, Emir Itzayan Quiroa Pacheco, Fabian Garcia-Lazalde, Carina Cerceda. (sphil, ) (Entered: 12/09/2021) |
| 12/10/2021 | 86 | MINUTE ORDER as to Emir Itzayan Quiroa Pacheco. Pursuant to communications between counsel and Chambers, the Arraignment for Emir Itzayan Quiroa Pacheco currently set for 12/22/2021 at 10:00 AM is VACATED and RESET for 12/20/2021 02:00 PM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/10/2021. Text Only Entry (stvlc2, ) (Entered: 12/10/2021) |
| 12/20/2021 | 89 | MINUTE ENTRY for proceedings held before Magistrate Judge Scott T. Varholak: Re-Arraignment as to Emir Itzayan Quiroa Pacheco held on 12/20/2021. Defendant present in custody. Interpreter sworn. Plea of NOT GUILTY entered by defendant. Defendant remanded. (Total time: 1 minute, Hearing time: 2:10-2:11)<br><br>**APPEARANCES**: Laura Cramer-Babycz on behalf of the Government, David Kraut on behalf of the defendant. FTR: A-402. Interpreter: Cathy Bahr. (cpomm, ) Text Only Entry (Entered: 12/20/2021) |
| 01/05/2022 | 95 | Unopposed MOTION to Continue *Change of Plea Hearing* by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 01/05/2022) |
| 01/05/2022 | 96 | ORDER by Chief Judge Philip A. Brimmer on 1/05/2021 as to Emir Itzayan Quiroa Pacheco (5) re: 95 Motion to Continue is GRANTED. The Change of Plea Hearing set for 1/6/2022 at 2:30 PM is VACATED. Counsel shall jointly contact Chambers via conference call (303-335-2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than January 12, 2022 to reschedule the change of plea hearing. Text Only Entry (pabsec, ) (Entered: 01/05/2022) |
| 01/11/2022 | 97 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 1/11/2022 as to Emir Itzayan Quiroa Pacheco. The Change of Plea Hearing is re-set for 2/9/2022 at 9:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry (pabsec, ) (Entered: 01/11/2022) |
| 02/08/2022 | 100 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 2/08/2022 as to Emir Itzayan Quiroa Pacheco. The Change of Plea Hearing set for 2/9/2022 at 9:00 a.m. is **RESCHEDULED** for **3/11/2022 at 1:30 PM** in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry (pabsec, ) (Entered: 02/08/2022) |
| 03/11/2022 | 101 | COURTROOM MINUTES for Change of Plea Hearing as to Emir Itzayan Quiroa |

| | | |
|---|---|---|
| | | Pacheco held on 3/11/2022 before Chief Judge Philip A. Brimmer. Plea entered by Emir Itzayan Quiroa Pacheco (5): Guilty as to Count 11 of the Superseding Indictment. Sentencing set for 6/17/2022 09:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Court Reporter: Janet Coppock. Interpreter: Cathy Bahr. (sgrim) (Entered: 03/11/2022) |
| 03/11/2022 | 102 | PLEA AGREEMENT as to Emir Itzayan Quiroa Pacheco. (Attachments: # 1 Translated Plea Agreement)(sgrim) (Entered: 03/11/2022) |
| 03/11/2022 | 103 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Emir Itzayan Quiroa Pacheco. (Attachments: # 1 Translated Statement in Advance)(sgrim) (Entered: 03/11/2022) |
| 05/13/2022 | 138 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Emir Itzayan Quiroa Pacheco (Attachments: # 1 Exhibit A)(ntaka) (Entered: 05/13/2022) |
| 05/27/2022 | 149 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kraut, David) (Entered: 05/27/2022) |
| 05/27/2022 | 150 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 05/27/2022) |
| 05/27/2022 | 151 | Unopposed MOTION for Leave to Restrict by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 05/27/2022) |
| 06/02/2022 | 152 | MOTION for Order *for Additional One-Level Downward Adjustment for Acceptance of Responsibility* by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 06/02/2022) |
| 06/02/2022 | 153 | Unopposed MOTION to Continue *Sentencing Hearing* by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 06/02/2022) |
| 06/02/2022 | 154 | ORDER by Chief Judge Philip A. Brimmer on 6/02/2022 as to Emir Itzayan Quiroa Pacheco (5) re: 153 Motion to Continue is GRANTED. The sentencing hearing set for June 17, 2022 is VACATED. Counsel shall jointly contact Chambers via conference call (303-335-2794) or email (Brimmer_Chambers@cod.uscourts.gov) no later than June 6, 2022 to reschedule the hour and half sentencing hearing. Text Only Entry (pabsec, ) (Entered: 06/02/2022) |
| 06/02/2022 | 155 | MINUTE ORDER by Chief Judge Philip A. Brimmer on 6/02/2022 as to Emir Itzayan Quiroa Pacheco. A hour and a half Sentencing hearing is re-set for 9/2/2022 at 2:30 PM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Text Only Entry (pabsec, ) (Entered: 06/02/2022) |
| 06/03/2022 | 156 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Cline, Candyce) (Entered: 06/03/2022) |
| 06/03/2022 | 157 | MOTION for Leave to Restrict by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 06/03/2022) |
| 06/03/2022 | 158 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 06/03/2022) |
| 06/07/2022 | 159 | ORDER by Chief Judge Philip A. Brimmer on 6/7/2022, re: 151 defendant's Unopposed Motion to Restrict Access is **GRANTED. ORDERED** that Docket Nos. 149 and 150 shall be restricted under level 2 restriction until further order of this Court. (sphil, ) (Entered: 06/07/2022) |
| 06/29/2022 | 166 | RESTRICTED PRESENTENCE REPORT as to Emir Itzayan Quiroa Pacheco |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A)(ntaka) (Entered: 06/29/2022) |
| 06/29/2022 | 167 | RESTRICTED ADDENDUM to Presentence Report 166 as to Emir Itzayan Quiroa Pacheco (ntaka) (Entered: 06/29/2022) |
| 07/12/2022 | 168 | ORDER by Chief Judge Philip A. Brimmer on 7/12/2022, re: 157 Government's Motion to Restrict Documents as to Emir Itzayan Quiroa Pacheco (5) is **GRANTED**. **ORDERED** that Docket Nos. 156 and 158 shall be restricted under level 2 restriction until further order of this Court. (sphil, ) (Entered: 07/12/2022) |
| 08/12/2022 | 180 | **DISREGARD** MOTION. Text Only Entry.(sapod, ) Modified on 8/18/2022 to show docketing error. (sphil, ). (Entered: 08/15/2022) |
| 08/15/2022 | 179 | **DISREGARD - Duplicate entry please see docket entry 180** MOTION REQUESTING STATUTORY SENTENCE as to Sergio Guadalupe Ortiz-Gonzalez . Text Only Entry. (sapod, ) Modified on 8/15/2022 to add text (sapod, ). Modified on 8/18/2022 to term motion. (sphil, ). (Entered: 08/15/2022) |
| 08/19/2022 | 186 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/19/2022) |
| 08/19/2022 | 188 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Kraut, David) (Entered: 08/19/2022) |
| 08/19/2022 | 189 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 08/19/2022) |
| 08/19/2022 | 190 | Unopposed MOTION for Leave to Restrict by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 08/19/2022) |
| 08/19/2022 | 191 | MOTION for Leave to Restrict by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/19/2022) |
| 08/19/2022 | 192 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/19/2022) |
| 08/25/2022 | 203 | ORDER by Chief Judge Philip A. Brimmer on 08/25/2022, re: 190 Defendant's Unopposed Motion to Restrict Access is **GRANTED. ORDERED** that Docket Nos. 188 and 189 shall be restricted under level 2 restriction until further order of this Court. (sapod, ) (Entered: 08/25/2022) |
| 08/25/2022 | 204 | ORDER by Chief Judge Philip A. Brimmer on 08/25/2022, re: 191 the Government's Motion to Restrict Document is **GRANTED. ORDERED** that Docket Nos. 186 and 192 shall be restricted under level 2 restriction until further order of this Court. (sapod, ) (Entered: 08/25/2022) |
| 08/26/2022 | 207 | Unopposed MOTION for Leave to File *Motion for Departure Pursuant to USSC Section 5K2.12 Outside Time Limits* by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 08/26/2022) |
| 08/26/2022 | 208 | MOTION for Departure *Pursuant to USSC Section 5K2.12* by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 08/26/2022) |
| 08/26/2022 | 210 | ORDER by Chief Judge Philip A. Brimmer on 8/26/2022 as to Emir Itzayan Quiroa Pacheco (5) re: 207 Motion for Leave to File is GRANTED. Responses to motion for departure shall be filed on or before **August 31, 2022**. Text Only Entry (pabsec, ) (Entered: 08/26/2022) |
| 08/26/2022 | 211 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/26/2022) |

| | | |
|---|---|---|
| 08/26/2022 | 212 | MOTION for Leave to Restrict by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/26/2022) |
| 08/29/2022 | 213 | MOTION to Dismiss Counts *1-4, 6-10, 12, and 14 Against This Defendant Only* by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/29/2022) |
| 08/29/2022 | 214 | RESTRICTED DOCUMENT - Level 2: as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/29/2022) |
| 08/29/2022 | 215 | RESTRICTED SECOND ADDENDUM to Presentence Report 166 as to Emir Itzayan Quiroa Pacheco (Attachments: # 1 Exhibit A)(lgiac) (Entered: 08/29/2022) |
| 08/30/2022 | 218 | MOTION for Leave to Restrict by USA as to Emir Itzayan Quiroa Pacheco. (Cline, Candyce) (Entered: 08/30/2022) |
| 08/31/2022 | 219 | EXHIBIT LIST *for Sentencing Hearing* by USA as to Emir Itzayan Quiroa Pacheco (Cline, Candyce) (Entered: 08/31/2022) |
| 09/02/2022 | 226 | COURTROOM MINUTES for Sentencing held on 9/2/2022 as to defendant Emir Itzayan Quiroa Pacheco before Chief Judge Philip A. Brimmer. Sentencing continued to 9/15/2022 10:00 AM in Courtroom A 701 before Chief Judge Philip A. Brimmer. Court Reporter: Sarah Mitchell. Interpreter: Cathy Bahr and Bety Ziman. (sgrim) (Entered: 09/02/2022) |
| 09/07/2022 | 234 | ORDER by Chief Judge Philip A. Brimmer on 9/7/2022, re: 212 Governments Motion to Restrict Document is **GRANTED. ORDERED** that Docket No. 211 shall be restricted under level 2 restriction until further order of this Court. (sphil, ) (Entered: 09/07/2022) |
| 09/09/2022 | 238 | ORDER by Chief Judge Philip A. Brimmer on 09/09/2022, re: 218 The Government's Motion to Restrict Document 214 is **GRANTED** . **ORDERED** that Docket No. 214 shall be restricted under level 2 restriction until further order of this Court. (sapod, ) (Entered: 09/09/2022) |
| 09/15/2022 | 248 | COURTROOM MINUTES for Sentencing held on 9/15/2022 as to defendant Emir Itzayan Quiroa Pacheco before Chief Judge Philip A. Brimmer. ORDERED: Defendant's Motion for Departure Pursuant to USSC § 5K2.12 208 is DENIED. Motion 186 is GRANTED. Motion 188 is DENIED. Government's Motion for Additional One-Level Downward Adjustment for Acceptance of Responsibility Under USSG §3E1.1(b) 152 is GRANTED. Government's Motion to Dismiss Counts 1 4, 6 10, 12, and 14 of the Indictment, Against This Defendant Only 213 is GRANTED. Counts 1, 2, 3, 4, 6, 7, 8, 9, 10, 12, and 14 of the Superseding Indictment are dismissed as to Emir Itzayan Quiroa Pacheco only. Defendant sentenced as reflected on the record. Court Reporter: Janet Coppock. Interpreter: Cathy Bahr. (sgrim) (Entered: 09/15/2022) |
| 09/15/2022 | 249 | ORDER as to Emir Itzayan Quiroa Pacheco by Chief Judge Philip A. Brimmer on 09/15/2022, re: 213 the Government's Motion to Dismiss Counts 1-4, 6-10, 12, and 14 of the Indictment is **GRANTED. ORDERED** that Counts 1-4, 6-10, 12, and 14 of the indictment are dismissed as to defendant Emir Itzayan Quiroa Pacheco only. (sapod, ) (Entered: 09/15/2022) |
| 09/16/2022 | 252 | JUDGMENT as to defendant Emir Itzayan Quiroa Pacheco (5). Count 11 of the Superseding Indictment: Imprisonment for a term of 94.5 months. Supervised release for a term of three years. Special assessment in the amount of $100., Count(s) 1, 10, 10s, 11, 12, 12s, 14, 14s, 1s, 2, 2s, 3, 3s, 4, 4s, 6, 6s, 7, 7s, 8, 8s, 9, 9s: Dismissed. Entered by Chief Judge Philip A. Brimmer on 9/16/2022. (lrobe) (Entered: 09/16/2022) |
| 09/16/2022 | 253 | STATEMENT OF REASONS as to Emir Itzayan Quiroa Pacheco. (lrobe) (Entered: 09/16/2022) |
| | | |

| 09/16/2022 | 255 | NOTICE OF APPEAL as to 252 Judgment, by Emir Itzayan Quiroa Pacheco. (Kraut, David) (Entered: 09/16/2022) |
|---|---|---|
| 09/20/2022 | 259 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 255 Notice of Appeal as to Emir Itzayan Quiroa Pacheco to the U.S. Court of Appeals. ( Retained Counsel, Fee not paid and 1915 motion not filed,) (Attachments: # 1 Preliminary Record, # 2 Docket Sheet)(sapod, ) (Entered: 09/20/2022) |
| 09/20/2022 | 260 | USCA Case Number as to Emir Itzayan Quiroa Pacheco 22-1298 for 255 Notice of Appeal filed by Emir Itzayan Quiroa Pacheco. (sphil, ) (Entered: 09/23/2022) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/04/2022 10:01:32 | | | |
| **PACER Login:** | cojras4772 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00231-PAB |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |