UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>v.<br><br>ROBERT LEWIS DEAR, JR.,<br>    Defendant-Appellant. | District Court No. 1:19-cr-00506-REB<br><br>Court of Appeals No. 22-1303 |

## AMENDED DESIGNATION OF RECORD

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Complete Transcript of the Status Conference on 3/2/2022 (ECF No. 138); and
2. Complete Transcript of Hearing held on 8/30/2022, 8/31/2022, and 9/1/2022 (ECF Nos. 156, 157, 158).

                                                         */s/ Jacob Rasch-Chabot*
                                                          JACOB RASCH-CHABOT
                                                          Assistant Federal Public Defender
                                                          633 17th Street, Suite 1000
                                                          Denver, CO 80202
                                                          Telephone: (303) 294-7002
                                                          Fax: (303) 294-1192
                                                          Email: Jacob_Rasch-Chabot@fd.org
                                                          Attorney for Defendant-Appellant

I hereby certify that a copy of this designation was served on opposing counsel and filed with the clerks of the court of appeals and the district court by ECF on October 6, 2022.

/s/Jacob Rasch-Chabot
JACOB RASCH-CHABOT
Assistant Federal Public Defender