APPEAL

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:19-cr-00506-REB-1

Case title: USA v. Dear                                 Date Filed: 12/05/2019

Assigned to: Judge Robert E. Blackburn

Appeals court case number: 22-1303 USCA

**Defendant (1)**

**Robert Lewis Dear, Jr.**              represented by   **Andrea Lee Luem**
                                                          Andrea L. Luem, Esq., Law Offices of
                                                          400 South Fourth Street
                                                          Suite 500
                                                          Las Vegas, NV 89101
                                                          702-575-0481
                                                          Email: andrea@luemlaw.com
                                                          *TERMINATED: 03/17/2021*
                                                          *Designation: CJA Appointment*

                                                          **David Andrew Kraut**
                                                          Federal Public Defender's Office-Denver
                                                          633 17th Street
                                                          Suite 1000
                                                          Denver, CO 80202
                                                          303-294-7002
                                                          Fax: 303-294-1192
                                                          Email: david_kraut@fd.org
                                                          *TERMINATED: 12/17/2019*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Jennifer Lynn Beck**
                                                          Federal Public Defender's Office-Denver
                                                          633 17th Street
                                                          Suite 1000
                                                          Denver, CO 80202
                                                          303-294-7002
                                                          Fax: 303-294-1192
                                                          Email: jennifer_beck@fd.org
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Designation: Public Defender or*
                                                          *Community Defender Appointment*

                                                          **Mark Francis Fleming**
                                                          Mark Fleming, Law Office of
                                                          1470 Encinitas Boulvard
                                                          Suite 133

Encinitas, CA 92024
619-300-6202
Email: mark@markfleminglaw.com
*TERMINATED: 03/17/2021*
*Designation: CJA Appointment*

**Natalie Girard Stricklin**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: natalie_stricklin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Veronica S. Rossman**
Federal Public Defender's Office-Denver
633 17th Street
Suite 1000
Denver, CO 80202
Email: veronica_rossman@fd.org
*TERMINATED: 09/23/2021*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Warren Richard Williamson**
Office of the Federal Public Defender
633 Seventeenth Street
Suite 1000
Denver, CO 80202
303-294-7002
Fax: 303-294-1192
Email: Rick_Williamson@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                           **Disposition**

18 U.S.C. § 248(a)(1) and (b) Freedom of
access to clinic entrances
(1-64)

18 U.S.C. § 248(a)(3) and (b) Freedom of
access to clinic entrances
(65)

18 U.S.C. § 924(c)(1)(A) and 924(j)(1) Use
of a firearm during a crime of violence
resulting in death where the killing is a

murder
(66-68)

## Highest Offense Level (Opening)

Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| None | |

## Highest Offense Level (Terminated)

None

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

---

**Plaintiff**

**USA**                                    represented by   **Pegeen Denise Rhyne**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0323
Fax: 303-454-0409
Email: pegeen.rhyne@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Rajiv Mohan**
U.S. Attorney's Office
District of Colorado
1801 California Street
Suite 1600
Denver, CO 80202
303-454-0220
Email: Rajiv.Mohan@usdoj.gov
*TERMINATED: 02/22/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

**Mary J. Hahn**
U.S. Department of Justice
Civil Rights Division
4 Constitution Square
150 M Street NW
Suite 7.1108
Washington, DC 20002

202-305-0921
Email: mary.hahn@usdoj.gov
*TERMINATED: 08/23/2022*
*Designation: Federal Agency Attorney*

**Maura Deady White**
U.S. Department of Justice-DC-950
Pennsylvania Avenue
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
202-616-5103
Email: maura.white@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Federal Agency Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/05/2019 | 1 | INDICTMENT as to Robert Lewis Dear, Jr (1) count(s) 1-64, 65, 66-68. (Attachments: # 1 Penalty Sheet) (athom, ) (Entered: 12/06/2019) |
| 12/05/2019 | 2 | RESTRICTED DOCUMENT - Level 4 as to Robert Lewis Dear, Jr. (athom, ) (Entered: 12/06/2019) |
| 12/05/2019 | 3 | Arrest Warrant Issued in case as to Robert Lewis Dear, Jr. (athom, ) (Entered: 12/06/2019) |
| 12/06/2019 | 4 | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Proposed Order (PDF Only), # 2 Writ)(Mohan, Rajiv) (Entered: 12/06/2019) |
| 12/06/2019 | 5 | ORDER on 4 Motion for Writ of Habeas Corpus ad Prosequendum as to Robert Lewis Dear Jr. By Judge Robert E. Blackburn on 12/06/2019. (athom, ) (Entered: 12/06/2019) |
| 12/06/2019 | 6 | Writ of Habeas Corpus ad Prosequendum Issued as to Robert Lewis Dear, Jr. (athom, ) (Entered: 12/06/2019) |
| 12/09/2019 | 7 | Arrest of Robert Lewis Dear, Jr. Initial Appearance set for 12/9/2019 02:00 PM in Courtroom A 502 before Magistrate Judge Nina Y. Wang. (Text Only entry)(nmarb, ) (Entered: 12/09/2019) |
| 12/09/2019 | 8 | COURTROOM MINUTES for Initial Appearance as to Robert Lewis Dear, Jr held on 12/9/2019 before Magistrate Judge Nina Y. Wang. Defendant present on writ. The court begins the advisement. Defense counsel and Defendant wish to proceed with advisement today. Defendant wishes to proceed without counsel. Defense counsel requests to halt the advisement and requests to continue the Initial Appearance to 12/13/2019. The court GRANTS the oral motion to continue the Initial Appearance. Initial Appearance CONTINUED to 12/13/2019 10:00 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. Parties should be prepared to proceed to Arraignment, Detention, and Discovery on 12/13/2019. Mr. Kraut requests for Mr. Dear to return to CMHIP today and while this case is pending. The Government opposes this request. Mr. Kraut requests to re-raise this issue. The court is unwilling to remand him to CMHIP today. He will remain in the custody of the USMS until 12/13/2019. Defense counsel may re-raise the CMHIP issue if appropriate. The court makes no finding on the issue of competency today. Defendant remanded. (Total time: 9 minutes, Hearing time: 2:48-2:57) **APPEARANCES**: Pegeen Rhyne and Rajiv Mohan on behalf of the Government, David |

| | | |
|---|---|---|
| | | Kraut on behalf of the Defendant, Tommie Anderson on behalf of Pretrial Services. FTR: Courtroom A-502. (bwilk, ) Text Only Entry (Entered: 12/09/2019) |
| 12/09/2019 | 9 | NOTICE OF ATTORNEY APPEARANCE: David Andrew Kraut appearing for Robert Lewis Dear, JrAttorney David Andrew Kraut added to party Robert Lewis Dear, Jr(pty:dft) (Kraut, David) (Entered: 12/09/2019) |
| 12/09/2019 | 10 | Arrest Warrant Returned Executed on 12/09/2019 in case as to Robert Lewis Dear, Jr. (athom, ) (Entered: 12/10/2019) |
| 12/09/2019 | 20 | CJA 23 Financial Affidavit by Robert Lewis Dear, Jr. (bwilk, ) (Entered: 12/16/2019) |
| 12/10/2019 | 11 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Robert Lewis Dear, Jr held on 12/09/2019 before Magistrate Judge Wang. Pages: 1-10. Prepared by: AB Court Reporting & Video, Inc..<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 12/10/2019) |
| 12/10/2019 | 12 | Writ of Habeas Corpus ad Prosequendum Returned Executed Partial from Colorado Mental Health Institute to U.S. Marshals Service as to Robert Lewis Dear, Jr on 12/09/2019. (athom, ) (Entered: 12/11/2019) |
| 12/11/2019 | 13 | MOTION for Determination of Competency to Stand Trial by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Exhibit 1)(Rhyne, Pegeen) (Entered: 12/11/2019) |
| 12/12/2019 | 14 | MEMORANDUM by Judge Robert E. Blackburn on 12/12/19 regarding 13 MOTION for Determination of Competency to Stand Trial filed by USA. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 12/12/2019) |
| 12/12/2019 | 15 | NOTICE OF ATTORNEY APPEARANCE: Natalie Girard Stricklin appearing for Robert Lewis Dear, JrAttorney Natalie Girard Stricklin added to party Robert Lewis Dear, Jr(pty:dft) (Stricklin, Natalie) (Entered: 12/12/2019) |
| 12/12/2019 | 16 | NOTICE OF ATTORNEY APPEARANCE: Warren Richard Williamson appearing for Robert Lewis Dear, JrAttorney Warren Richard Williamson added to party Robert Lewis Dear, Jr(pty:dft) (Williamson, Warren) (Entered: 12/12/2019) |
| 12/12/2019 | 17 | RESPONSE to Motion by Robert Lewis Dear, Jr re 13 MOTION for Determination of Competency to Stand Trial *(Defendant's Preliminary Response to the Prosecution's Motion for Competency Evaluation)* (Williamson, Warren) (Entered: 12/12/2019) |
| 12/13/2019 | 18 | MINUTE ENTRY for Initial Appearance as to Robert Lewis Dear, Jr held before Magistrate Judge Kristen L. Mix on 12/13/2019. Defendant present in custody. Defendant advised. Defense counsel makes argument regarding their request for a briefing schedule on the Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. 4241(a) 13 . Government makes argument as to their request that the Court order a competency evaluation. ORDERED: Defendant to file a Response to Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. 4241(a) 13 no later than December 20, 2019. Government shall file their Reply no later than December 27, 2019. The parties |

|  |  |  |
|---|---|---|
|  |  | may address the suitability of the location of a competency evaluation to occur if one is ordered by the Court. Once briefing is completed, the Court will issue a written order in due course as to whether or not there will be a competency evaluation. Defense counsel advises the Court they are not renewing their request for the defendant to be returned to the state hospital. The Court addresses counsel regarding conferral as to who will conduct the competency evaluation if one is ordered by the Court. Defendant remanded. (Total time: 24 minutes, Hearing time: 10:03-10:27)<br><br>**APPEARANCES**: Pegeen Rhyne and Rajiv Mohan on behalf of the Government, Natalie Stricklin and Rick Williamson on behalf of the defendant, Tommie Anderson on behalf of pretrial. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 12/13/2019) |
| 12/13/2019 | 19 | NOTICE OF ATTORNEY APPEARANCE: Veronica S. Rossman appearing for Robert Lewis Dear, JrAttorney Veronica S. Rossman added to party Robert Lewis Dear, Jr(pty:dft) (Rossman, Veronica) (Entered: 12/13/2019) |
| 12/16/2019 | 21 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Robert Lewis Dear, Jr held on 12/13/2019 before Magistrate Judge Mix. Pages: 1-24. Prepared by: AB Court Reporting & Video, Inc..<br><br>**<span style="color:red">NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</span>**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 12/16/2019) |
| 12/16/2019 | 22 | MOTION to Withdraw as Attorney *and to Terminate ECF Notifications* by David Kraut by Robert Lewis Dear, Jr. (Kraut, David) (Entered: 12/16/2019) |
| 12/17/2019 | 23 | MEMORANDUM by Judge Robert E. Blackburn on 12/17/19 regarding 22 MOTION to Withdraw as Attorney *and to Terminate ECF Notifications* by David Kraut filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 12/17/2019) |
| 12/17/2019 | 24 | ORDER by Magistrate Judge Kristen L. Mix on 12/17/19. 22 Motion to Withdraw as Attorney is GRANTED. David Andrew Kraut withdrawn from case as to Robert Lewis Dear Jr. (1) Text Only Entry (lgale, ) (Entered: 12/17/2019) |
| 12/17/2019 | 25 | PLEASE DISREGARD: DOCKETED IN WRONG CASE: MINUTE ENTRY for Re-Arraignment on Superseding Indictment as to Robert Lewis Dear, Jr held before Magistrate Judge Kristen L. Mix on 12/17/2019. Defendant present on bond. Defendant advised of charges and possible penalties of charges in the Superseding Indictment. Plea of NOT GUILTY entered by defendant. Defendant's bond continued. (Total time: 1 minute, Hearing time: 10:13-10:14)<br><br>**APPEARANCES**: Patricia Davies and Andrea Surrat on behalf of the Government, Kelly Christl on behalf of the defendant. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry Modified on 12/17/2019 to note this entry docketed incorrectly as this is the wrong case (lgale, ). (Entered: 12/17/2019) |
| 12/18/2019 | 26 | MOTION for Leave to Restrict by Robert Lewis Dear, Jr. (Williamson, Warren) (Entered: |

| | | |
|---|---|---|
| | | 12/18/2019) |
| 12/18/2019 | 27 | RESTRICTED DOCUMENT - Level 3: by Robert Lewis Dear, Jr. (Williamson, Warren) (Entered: 12/18/2019) |
| 12/18/2019 | 28 | RESTRICTED DOCUMENT - Level 3: by Robert Lewis Dear, Jr. (Williamson, Warren) (Entered: 12/18/2019) |
| 12/18/2019 | 29 | ORDER Assigning Learned Counsel as to Robert Lewis Dear, Jr. re 28 Motion. By Judge Robert E. Blackburn on 12/18/2019. (athom, ) Modified on 12/18/2019 to add title of document, add text, to unrestrict, and to make document public pursuant to Chambers' instructions (athom, ). (Entered: 12/18/2019) |
| 12/19/2019 | 30 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION for Determination of Competency to Stand Trial by Robert Lewis Dear, Jr. (Attachments: # 1 Attachment A, # 2 Attachment B)(Stricklin, Natalie) (Entered: 12/19/2019) |
| 12/19/2019 | 31 | MEMORANDUM by Judge Robert E. Blackburn on 12/19/19 regarding 30 Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION for Determination of Competency to Stand Trial filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 12/19/2019) |
| 12/19/2019 | 32 | ORDER granting 30 Motion for Extension of Time to File Response/Reply as to Robert Lewis Dear Jr. (1). Defendant shall file a Response to the Motion for Competency Evaluation [#13] on or before January 3, 2020. Any Reply by the government shall be filed on or before January 10, 2020. By Magistrate Judge Kristen L. Mix on December 19, 2019. Text Only Entry (klm) (Entered: 12/19/2019) |
| 01/03/2020 | 33 | NOTICE OF ATTORNEY APPEARANCE: Andrea Lee Luem appearing for Robert Lewis Dear, JrAttorney Andrea Lee Luem added to party Robert Lewis Dear, Jr(pty:dft) (Luem, Andrea) (Entered: 01/03/2020) |
| 01/03/2020 | 34 | NOTICE OF ATTORNEY APPEARANCE: Mark Francis Fleming appearing for Robert Lewis Dear, JrAttorney Mark Francis Fleming added to party Robert Lewis Dear, Jr(pty:dft) (Fleming, Mark) (Entered: 01/03/2020) |
| 01/03/2020 | 35 | RESPONSE to Motion by Robert Lewis Dear, Jr re 13 MOTION for Determination of Competency to Stand Trial (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D, # 5 Attachment E)(Rossman, Veronica) (Entered: 01/03/2020) |
| 01/10/2020 | 36 | REPLY TO RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 13 MOTION for Determination of Competency to Stand Trial (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Mohan, Rajiv) (Entered: 01/10/2020) |
| 01/10/2020 | 37 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 01/10/2020) |
| 01/10/2020 | 38 | MOTION for Leave to Restrict by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Proposed Order (PDF Only))(Mohan, Rajiv) (Entered: 01/10/2020) |
| 01/10/2020 | 39 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 01/10/2020) |
| 01/13/2020 | 40 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/13/20 as to Robert Lewis Dear, Jr. re 35 Response to Motion, filed by Robert Lewis Dear, Jr.. Status Conference set for 1/16/2020 08:30 AM in Courtroom A 401 before Magistrate Judge Kristen L. Mix. (nmarb, ) (Entered: 01/13/2020) |

| | | |
|---|---|---|
| 01/16/2020 | 41 | MINUTE ENTRY for Status Conference as to Robert Lewis Dear, Jr held before Magistrate Judge Kristen L. Mix on 1/16/2020. Defendant present in custody despite the Court's order that the defendant need not be brought to court. Defense counsel requests the hearing be continued. Court takes a recess so that defense counsel may be present in person. Defense counsel Mr. Williamson appears in person with defendant. Court instructs defense counsel to file written motions in the future if requesting an extension of time to file a response to a motion. Argument by Mr. Fleming and Ms. Rhyne regarding defense counsel's request for an extension of time to file a response to Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) 13 . Discussion regarding defendant's request to proceed pro se. Defense counsel's request for an extension of time to respond to Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) 13 is GRANTED. Defense counsel shall file their Response to Government's Motion for a Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) 13 no later than March 16, 2020. Government shall file their Reply no later than March 30, 2020. The Court will not impose a page limit, and counsel may attach exhibits, if needed. Should government's counsel need additional time to file their Reply, they are instructed to file a written motion. Defendant remanded. (Total time: 35 minutes, Hearing time: 8:38-8:42, 8:42-8:45 and 8:54-9:24)<br><br>**APPEARANCES**: Rajiv Mohan, Pegeen Rhyne and Mary Hahn (by phone) on behalf of the Government, Warren Williamson, Natalie Stricklin (by phone), Veronica Rossman (by phone), Mark Fleming (by phone) and Amanda Luem (by phone) on behalf of the defendant. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 01/16/2020) |
| 01/17/2020 | 42 | TRANSCRIPT of TRANSCRIPT OF PROCEEDINGS as to Robert Lewis Dear, Jr held on 01/16/2020 before Magistrate Judge Mix. Pages: 1-29. Prepared by: AB Court Reporting & Video, Inc..<br><br>**<span style="color:red">NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.</span>**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 01/17/2020) |
| 02/18/2020 | 43 | Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION for Determination of Competency to Stand Trial by Robert Lewis Dear, Jr. (Attachments: # 1 Attachment A, # 2 Attachment B)(Rossman, Veronica) (Entered: 02/18/2020) |
| 02/21/2020 | 44 | MEMORANDUM by Judge Robert E. Blackburn on 2/21/20 regarding 43 Unopposed MOTION for Extension of Time to File Response/Reply as to 13 MOTION for Determination of Competency to Stand Trial filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 02/21/2020) |
| 02/24/2020 | 45 | ORDER granting 43 Motion for Extension of Time to File Response/Reply as to Robert Lewis Dear Jr. (1). Defendant shall respond to the Government's Motion for Competency Evaluation Pursuant to 18 U.S.C. § 4241(a) [#13] on or before April 15, 2020. by Magistrate Judge Kristen L. Mix on 2/24/2020. Text Only Entry (klmlc2, ) (Entered: 02/24/2020) |
| 03/27/2020 | 46 | Unopposed MOTION for Protective Order by USA as to Robert Lewis Dear, Jr. |

| | | (Attachments: # 1 Proposed Order (PDF Only))(Mohan, Rajiv) (Entered: 03/27/2020) |
|---|---|---|
| 03/30/2020 | 47 | PROTECTIVE ORDER as to Robert Lewis Dear Jr. The government's Unopposed Motion for Stipulated Protective Order Regarding Discovery Materials [# 46 ] is granted. By Judge Robert E. Blackburn on 03/30/2020. (athom, ) (Entered: 03/30/2020) |
| 03/31/2020 | 48 | MOTION to Vacate *April 15 Filing Deadline* by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 03/31/2020) |
| 03/31/2020 | 49 | MEMORANDUM by Judge Robert E. Blackburn on 3/31/20 regarding 48 MOTION to Vacate *April 15 Filing Deadline* filed by Robert Lewis Dear, Jr.Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 03/31/2020) |
| 03/31/2020 | 50 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 48 MOTION to Vacate *April 15 Filing Deadline* (Attachments: # 1 Exhibit A)(Rhyne, Pegeen) (Entered: 03/31/2020) |
| 04/06/2020 | 51 | REPLY TO RESPONSE to Motion by Robert Lewis Dear, Jr re 48 MOTION to Vacate *April 15 Filing Deadline* (Fleming, Mark) (Entered: 04/06/2020) |
| 04/09/2020 | 52 | Currently before the Court is the Defendant's Motion to Vacate April 15 Filing Deadline (the "Motion") [#48], which has been referred to this Court [#49]. The Motion requests an indefinite extension of the deadline for the Defendant to respond to the government's Motion for Determination of Competency to Stand Trial (the "Motion for Competency Determination") [#13], in light of travel and in-person contact restrictions imposed as a result of the COVID-19 pandemic. The government opposes the Motion, pointing out that this is Defendant's fourth request for an extension of time, and asserting that "the only thing defense counsel cannot do on account of the pandemic is meet with [the Defendant] in person." However, the government does not dispute the limited amount of time between defense counsel's completion of a lengthy criminal trial in Nevada on February 24, 2020 and the Bureau of Prisons' suspension of all legal visits on March 13, 2020 due to the pandemic. Eighteen days (only thirteen of which were weekdays) is not a sufficient amount of time for defense counsel and their mental health experts, if any, to consult with the Defendant regarding the competency issue. Nevertheless, the Court is mindful of the inability to predict when in-person prison visits may be restored, and therefore cautions counsel that continued inability to meet with the Defendant in person may not be adequate grounds for further extensions of time. Remote meetings by video or telephone may have to suffice under the present circumstances. Accordingly, the Motion is GRANTED IN PART. Defendant shall respond to the Motion for Competency Determination [#13] on or before June 15, 2020. Any further requests for extensions of time to respond to the Motion for Competency Determination may be filed under restriction pursuant to D.C.COLO.LCrR 47.1 and shall explain precisely what additional activities must be completed by defense counsel and/or experts and how much time is requested to complete those activities. By Magistrate Judge Kristen L. Mix on April 9, 2020. Text Only Entry (klm) (Entered: 04/09/2020) |
| 05/27/2020 | 53 | Final MOTION for Extension of Time to File Response/Reply by Robert Lewis Dear, Jr. (Fleming, Mark) (Entered: 05/27/2020) |
| 05/29/2020 | 54 | MEMORANDUM by Judge Robert E. Blackburn on 5/29/20 regarding 53 Final MOTION for Extension of Time to File Response/Reply filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 05/29/2020) |
| 06/02/2020 | 55 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 53 Final MOTION for Extension of Time to File Response/Reply (Rhyne, Pegeen) (Entered: 06/02/2020) |
| 06/04/2020 | 56 | REPLY TO RESPONSE to Motion by Robert Lewis Dear, Jr re 53 Final MOTION for |

| | | Extension of Time to File Response/Reply (Rossman, Veronica) (Entered: 06/04/2020) |
|---|---|---|
| 06/11/2020 | 57 | Currently before the Court is defendant's Motion to Extend Filing Deadline to August 1, 2020 [#53]. Defendant seeks a 45-day extension of time to file his Response to the government's Motion for Determination of Competency to Stand Trial ("Motion for Competency Determination") [#13]. Defendant cites on-going communication restrictions due to the COVID-19 pandemic and the need to finish consulting with his expert, further research legal issues, secure affidavits and prepare the Response. Defendant states that this will be his final request for additional time to respond to the Motion for Competency Determination. The government objects. The Court has considered the government's Response [#55] and the defendant's Reply [#56]. In light of the communication difficulties caused by the pandemic and their impact on preparation of defendant's Response, as well as the often-repeated requirement that courts exercise caution in capital cases, IT IS HEREBY ORDERED that the Motion [#53] is GRANTED. Defendant shall file his Response to the Motion for Competency Determination [#13] on or before August 1, 2020. No further extensions of time will be permitted absent extraordinary cause. By Magistrate Judge Kristen L. Mix on June 11, 2020. Text Only Entry (klm) (Entered: 06/11/2020) |
| 07/24/2020 | 58 | Emergency MOTION for Extension of Time to File *Response to Government's Request Under 18 U.S.C. 4241* by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 07/24/2020) |
| 07/24/2020 | 59 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 58 Emergency MOTION for Extension of Time to File *Response to Government's Request Under 18 U.S.C. 4241* (Rhyne, Pegeen) (Entered: 07/24/2020) |
| 07/27/2020 | 60 | MEMORANDUM by Judge Robert E. Blackburn on 7/27/20 regarding 58 Emergency MOTION for Extension of Time to File *Response to Government's Request Under 18 U.S.C. 4241* filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 07/27/2020) |
| 07/27/2020 | 61 | Currently before the Court is defendant's Emergency Motion for 9 Day Extension of Time to Respond to Government's Request Under 18 U.S.C. section 4241 [#58]. Defendant seeks to extend the deadline to respond to the government's Motion for Determination of Competency to Stand Trial [#13] ("Motion for Competency Determination") from August 1, 2020 to August 10, 2020, due to the sudden death of defendant's expert witness' sister and his need "to attend to his family's needs without interruption." The government objects. The Court has considered the government's Response [#59]. IT IS HEREBY ORDERED that the Motion [#58] is GRANTED. Defendant shall file his Response to the Motion for Competency Determination [#13] on or before August 10, 2020. IT IS FURTHER ORDERED that no further extensions of time will be permitted. By Magistrate Judge Kristen L. Mix on July 27, 2020. Text Only Entry (klm) (Entered: 07/27/2020) |
| 08/10/2020 | 62 | MOTION for Leave to Restrict by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 08/10/2020) |
| 08/10/2020 | 63 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 08/10/2020) |
| 08/10/2020 | 64 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Attachments: # 1 Attachment 1, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibits C-L)(Rossman, Veronica) (Entered: 08/10/2020) |
| 08/11/2020 | 65 | Conventionally Submitted Material - RESTRICTED - Level 2: 1 Flash Drive containing Exhibits C - L to 64 Restricted Document - Level 2 by Defendant Robert Lewis Dear, Jr. |

| | | |
|---|---|---|
| | | Material placed in the Sealed Room. Text Only Entry. (athom, ) (Entered: 08/11/2020) |
| 08/20/2020 | 66 | REPLY TO RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 13 MOTION for Determination of Competency to Stand Trial (Attachments: # 1 Exhibit 1)(Mohan, Rajiv) (Entered: 08/20/2020) |
| 10/22/2020 | 67 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/22/20 as to Robert Lewis Dear, Jr re 13 MOTION for Determination of Competency to Stand Trial filed by USA.Video Conference Motion Hearing set for 11/20/2020 01:30 PM before Magistrate Judge Kristen L. Mix. (nmarb, ) (Entered: 10/23/2020) |
| 10/23/2020 | 68 | MEMORANDUM by Judge Robert E. Blackburn on 10/23/20 regarding 38 MOTION for Leave to Restrict filed by USA, 26 MOTION for Leave to Restrict filed by Robert Lewis Dear, Jr., 62 MOTION for Leave to Restrict filed by Robert Lewis Dear, Jr.. Motion(s) referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 10/23/2020) |
| 10/26/2020 | 69 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 10/26/20 GRANTING 38 the Government's Motion to Restrict Documents; GRANTING 62 Defendant's Motionto Restrict Access; GRANTING 26 Defendants Motion to Restrict Access. (nmarb, ) (Entered: 10/27/2020) |
| 11/20/2020 | 70 | MINUTE ENTRY for Motion Hearing as to Robert Lewis Dear, Jr held before Magistrate Judge Kristen L. Mix on 11/20/2020. Defendant present in custody via video conference. Court admonishes all parties listening on the public line that recording these proceedings is prohibited. Argument by Ms. Rhyne and Mr. Fleming as to 13 Motion for Order of Competency to Stand Trial as to Robert Lewis Dear Jr. (1). For the reasons as stated on the record, it is ORDERED: 13 Motion for Order of Competency to Stand Trial as to Robert Lewis Dear Jr. is GRANTED. Defendant shall be evaluated at a suitable Bureau of Prisons facility for purposes of determining his competency. Defense counsel makes an oral Motion to Stay the Court's Ruling. Counsel for the government objects. ORDERED: The Court STAYS it's ruling as to 13 Motion for Order of Competency to Stand Trial as to Robert Lewis Dear Jr. until November 30, 2020. Counsel are ordered to confer and attempt to reach an agreement as to the specific location of the evaluation. Defendant remanded. (Total time: 1 hour and 18 minutes, Hearing time: 1:34-2:52)<br><br>**APPEARANCES ALL PARTIES APPEAR BY VIDEO CONFERENCE**: Pegeen Rhyne and Mary Hahn on behalf of the Government, Mark Fleming, Andrea Luem, Natalie Stricklin and Veronica Rossman on behalf of the defendant. FTR: KLM Courtroom A401. (lgale, ) Text Only Entry (Entered: 11/20/2020) |
| 11/24/2020 | 71 | TRANSCRIPT of MOTION HEARING as to Robert Lewis Dear, Jr held on 11/20/2020 before Magistrate Judge Mix. Pages: 1-54. Prepared by: AB Litigation Services.<br><br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br><br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 11/24/2020) |
| 11/30/2020 | 72 | MOTION for Order *Regarding Competency Examination Under 18 U.S.C. 4241(b) and 4247(b)* by Robert Lewis Dear, Jr. (Attachments: # 1 Attachment A, # 2 Attachment B, # |

| | | |
|---|---|---|
| | | 3 Attachment C)(Rossman, Veronica) (Entered: 11/30/2020) |
| 12/01/2020 | 73 | MEMORANDUM by Judge Robert E. Blackburn on 12/1/20 regarding 72 MOTION for Order *Regarding Competency Examination Under 18 U.S.C. 4241(b) and 4247(b)* filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 12/01/2020) |
| 12/02/2020 | 74 | NOTICE *OF INTENT NOT TO SEEK THE DEATH PENALTY* by USA as to Robert Lewis Dear, Jr (Rhyne, Pegeen) (Entered: 12/02/2020) |
| 12/02/2020 | 75 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 12/2/20 as to Robert Lewis Dear, Jr re 72 MOTION for Order *Regarding Competency Examination Under 18 U.S.C. 4241(b) and 4247(b)* filed by Robert Lewis Dear, Jr.. IT IS HEREBY ORDERED that the stay imposed by the Court at the November 20, 2020 hearing shall remain in effect until such time as the Court rules on the Motion [#72]. The Government shall file a Response to the Motion[#72] no later than December 15, 2020. Defendant may file a Reply no later thanDecember 22, 2020. (nmarb, ) (Entered: 12/02/2020) |
| 12/11/2020 | 76 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 72 MOTION for Order *Regarding Competency Examination Under 18 U.S.C. 4241(b) and 4247(b)* (Mohan, Rajiv) (Entered: 12/11/2020) |
| 12/14/2020 | 77 | ORDER TO SHOW CAUSE as to Robert Lewis Dear, Jr. On or before 12/28/2020, the defendant shall show cause in writing why the assignment under 18 U.S.C. § 3005 of learned counsel, Mark F. Fleming, Esq., and Andrea L. Luem, Esq., should not be terminated. By Judge Robert E. Blackburn on 12/14/2020. (athom, ) (Entered: 12/14/2020) |
| 12/22/2020 | 78 | REPLY TO RESPONSE to Motion by Robert Lewis Dear, Jr re 72 MOTION for Order *Regarding Competency Examination Under 18 U.S.C. 4241(b) and 4247(b)* (Attachments: # 1 Attachment A, # 2 Attachment B)(Rossman, Veronica) (Entered: 12/22/2020) |
| 12/28/2020 | 79 | MOTION for Leave to Restrict by Robert Lewis Dear, Jr. (Luem, Andrea) (Entered: 12/28/2020) |
| 12/28/2020 | 80 | RESTRICTED DOCUMENT - Level 3: by Robert Lewis Dear, Jr. (Luem, Andrea) (Entered: 12/28/2020) |
| 12/28/2020 | 81 | RESTRICTED DOCUMENT - Level 3: by Robert Lewis Dear, Jr. (Luem, Andrea) (Entered: 12/28/2020) |
| 01/06/2021 | 82 | ORDER by Magistrate Judge Kristen L. Mix on 1/6/21. To the extent that the Defendant's Motion for Order Regarding Competency Examination Under 18 U.S.C. § 4241(a) and 18 U.S.C. § 4247(b) [#72] requests that the Court order the Defendant to be examined at FDC-Englewood, the Motion is DENIED. Pursuant to the United States' Response in Opposition to Defendant's Motion for an Order Regarding Competency Examination [#76], which indicates that the Bureau of Prisons has selected USMCFP-Springfield as the facility where the evaluation will be conducted, the competency evaluation of the Defendant shall be conducted at USMCFP-Springfield. On or before January 8, 2021, the United States shall file a notice identifying each examiner who will conduct the competency evaluation of the defendant, in accordance with 18 U.S.C. § 4247(b). (nmarb, ) (Entered: 01/06/2021) |
| 01/07/2021 | 83 | NOTICE *REGARDING EXAMINERS* by USA as to Robert Lewis Dear, Jr (Rhyne, Pegeen) (Entered: 01/07/2021) |
| 01/07/2021 | 84 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court - Criminal Case by Robert Lewis Dear, Jr re 82 Order on Motion for Order (Rossman, Veronica) Modified on |

| | | |
|---|---|---|
| | | 1/8/2021 to correct event (athom, ). (Entered: 01/07/2021) |
| 01/07/2021 | 85 | MOTION for Order - *Motion to Stay Execution of Commitment Order Pending Interlocutory Appeal* by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 01/07/2021) |
| 01/12/2021 | 86 | MINUTE ORDER by Judge Robert E. Blackburn on 1/12/2021 as to Robert Lewis Dear, Jr re 84 APPEAL OF MAGISTRATE JUDGE DECISION to District Court - Criminal Case filed by Robert Lewis Dear, Jr., and 85 MOTION for Order - *Motion to Stay Execution of Commitment Order Pending Interlocutory Appeal* filed by Robert Lewis Dear, Jr. Government shall file responses by 1/21/2021. Defendant may file replies within 14 days of the relevant response. Text Only Entry (rebsec) (Entered: 01/12/2021) |
| 01/12/2021 | 87 | MINUTE ORDER by Magistrate Judge Kristen L. Mix on 1/12/21 as to Robert Lewis Dear, Jr., re 83 Government's Notice Regarding Examiners filed by USA. IT IS HEREBY ORDERED that Defendant Robert Lewis Dear, Jr.'s competency evaluation shall be conducted at the United States Medical Center for Federal Prisoners in Springfield, Missouri, by either (1) Ashley Christiansen, Ph.D., ABPP, or (2) Lea Ann Preston Baecht, Ph.D., ABPP.. (nmarb, ) (Entered: 01/12/2021) |
| 01/13/2021 | 88 | MOTION for Order *for Complete Briefing Schedule as to Appeal of Magistrate Judge's Commitment Order [ECF NO.84]* by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 01/13/2021) |
| 01/15/2021 | 89 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 88 MOTION for Order *for Complete Briefing Schedule as to Appeal of Magistrate Judge's Commitment Order [ECF NO.84]* (Rhyne, Pegeen) (Entered: 01/15/2021) |
| 01/21/2021 | 90 | RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 85 MOTION for Order - *Motion to Stay Execution of Commitment Order Pending Interlocutory Appeal* (Mohan, Rajiv) (Entered: 01/21/2021) |
| 01/29/2021 | 91 | ORDER as to Robert Lewis Dear Jr. The decision of the magistrate judge set forth in her Order [# 82 ], filed January 6, 2021, which is the subject of Mr. Dear's Notice of Appeal [# 84 ], filed January 7, 2021, is affirmed. The Motion for a Complete Briefing Schedule as to Appeal of Magistrate Judges Commitment Order [ECF No. 84] [# 88 ], filed January 13, 2021, is denied as moot. Defendant's Motion To Stay Execution of Commitment Order Pending Interlocutory Appeal [# 85 ], filed January 7, 2021, is denied as moot. By Judge Robert E. Blackburn on 01/29/2021. (athom, ) (Entered: 01/29/2021) |
| 02/01/2021 | 92 | Objection - *Rule 59(a) Objections Supporting Appeal of Magistrate Judge's Commitment Order, ECF No. 82* by Robert Lewis Dear, Jr re 82 Order on Motion for Order,,, (Attachments: # 1 Attachment A, # 2 Attachment B)(Rossman, Veronica) (Entered: 02/01/2021) |
| 02/01/2021 | 93 | MOTION for Reconsideration re 91 Order on Appeal of Magistrate Judge Decision to District Court,,, Order on Motion for Order,,,,, by Robert Lewis Dear, Jr. (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C)(Rossman, Veronica) (Entered: 02/01/2021) |
| 02/04/2021 | 94 | MINUTE ORDER by Judge Robert E. Blackburn on 2/4/21 as to Robert Lewis Dear, Jr re 93 MOTION for Reconsideration filed by Robert Lewis Dear, Jr. The government shall respond by 2/16/2021. Text Only Entry (rebsec) (Entered: 02/04/2021) |
| 02/04/2021 | 95 | REPLY TO RESPONSE to Motion by Robert Lewis Dear, Jr re 85 MOTION for Order - *Motion to Stay Execution of Commitment Order Pending Interlocutory Appeal* (Stricklin, Natalie) (Entered: 02/04/2021) |
| 02/08/2021 | 96 | RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 93 MOTION for |

| | | |
|---|---|---|
| | | Reconsideration re 91 Order on Appeal of Magistrate Judge Decision to District Court,,, Order on Motion for Order,,,,,, (Rhyne, Pegeen) (Entered: 02/08/2021) |
| 02/16/2021 | 97 | ORDER by Judge Robert E. Blackburn on 2/16/21. The Motion for Reconsideration 93 is granted in part and denied in part, as follows: a. the motion is granted to the extent it seeks reconsideration of the determination set forth in my Order 91 that Mr. Dear waived his right to file objections, and that portion of the order is vacated; b. the motion is in all other respects denied; Defendant's Rule 59(a) Objections Supporting Appeal of Magistrate Judge's Commitment Order, ECF No. 82 92 is accepted for filing; and the government may file a response to Mr. Dear's objections on or before February 24, 2021; no reply will be permitted. (rebsec) (Entered: 02/16/2021) |
| 02/24/2021 | 98 | RESPONSE by USA as to Robert Lewis Dear, Jr re: 92 Objection (Other), filed by Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 02/24/2021) |
| 03/05/2021 | 99 | ORDER by Judge Robert E. Blackburn on 3/5/21 as to Robert Lewis Dear Jr. (1) granting 79 Motion for Leave to Restrict. CM/ECF documents 80 and 81 filed 12/28/2020 shall be maintained under Level 3 restriction as defined by D.C.COLO.LCrR 47.1(b). Text Only Entry (rebsec) (Entered: 03/05/2021) |
| 03/17/2021 | 100 | ORDER OVERRULING RULE 59(a) OBJECTIONS as to Robert Lewis Dear, Jr. Under Fed. R. Crim. P. 59(a), the objections [# 92 ] of the defendant are overruled. The order [# 82 ] of the magistrate judge, specifically and including the discreet order entered on page 5 in paragraph 2 committing the defendant to the custody of the Attorney General for a competency evaluation at USMCFP Springfield, is affirmed and shall remain in full force and effect. The stay imposed by the magistrate judge in [# 70 ] entered November 20, 2020, and extended in the Minute Order [# 75 ] entered December 2, 2020, is vacated. By Judge Robert E. Blackburn on 03/17/2021. (athom, ) (Entered: 03/17/2021) |
| 03/17/2021 | 101 | RESTRICTED DOCUMENT - Level 3 as to Robert Lewis Dear, Jr. (athom, ) (Entered: 03/17/2021) |
| 04/07/2021 | 102 | MOTION for Order *Regarding Competency Evaluation Procedures* by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 04/07/2021) |
| 04/14/2021 | 103 | RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 102 MOTION for Order *Regarding Competency Evaluation Procedures* (Mohan, Rajiv) (Entered: 04/14/2021) |
| 04/26/2021 | 104 | ORDER Concerning Motion Regarding Competency Evaluation Procedures as to Robert Lewis Dear Jr. The Defendant's Motion for Order Regarding Competency Evaluation Procedures [# 102 ] is granted in part and denied in part. The motion is granted to the extent that the competency evaluators at the United States Medical Center for Federal Prisoners at Springfield shall video record all clinical interviews with the defendant, Robert Dear, during the competency evaluation conducted pursuant to the orders [# 82 & # 100 ] of the court. Otherwise, the Defendant's Motion for Order Regarding Competency Evaluation Procedures [# 102 ] is denied. By Judge Robert E. Blackburn on 04/26/2021. (athom, ) (Entered: 04/26/2021) |
| 05/08/2021 | 105 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Mark Francis Fleming was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. Counsel, however, need not pay any delinquent biennial fees. Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (mfred) (Entered: 05/08/2021) |
| 05/14/2021 | 106 | MOTION for Speedy Trial *Finding Regarding Reasonableness* by USA as to Robert |

| | | Lewis Dear, Jr. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Mohan, Rajiv) (Entered: 05/14/2021) |
|---|---|---|
| 05/14/2021 | 107 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 05/14/2021) |
| 05/14/2021 | 108 | MOTION for Leave to Restrict by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Proposed Order (PDF Only))(Mohan, Rajiv) (Entered: 05/14/2021) |
| 05/14/2021 | 109 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 05/14/2021) |
| 05/24/2021 | 110 | MINUTE ORDER by Judge Robert E. Blackburn on 5/24/21 as to Robert Lewis Dear, Jr re 106 MOTION for Speedy Trial *Finding Regarding Reasonableness* filed by USA. Defendant shall file a response by 6/7/2021; Government shall file a reply by 6/14/2021. Text Only Entry (rebsec) (Entered: 05/24/2021) |
| 06/03/2021 | 111 | Letter from the Federal Bureau of Prisons requesting additional time to complete mental health evaluation as to Robert Lewis Dear, Jr. (athom, ) (Entered: 06/04/2021) |
| 06/04/2021 | 112 | MINUTE ORDER by Judge Robert E. Blackburn on 6/4/21 as to Robert Lewis Dear, Jr. re 111 MOTION for Federal Bureau of Prisons requesting additional time to complete mental health evaluation. Parties may file responses by 6/11/2021. Text Only Entry (rebsec) (Entered: 06/04/2021) |
| 06/07/2021 | 113 | RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 111 MOTION for Extension of Time to File (Mohan, Rajiv) (Entered: 06/07/2021) |
| 06/07/2021 | 114 | RESPONSE to Motion by Robert Lewis Dear, Jr re 106 MOTION for Speedy Trial *Finding Regarding Reasonableness* (Attachments: # 1 Attachment A)(Stricklin, Natalie) (Entered: 06/07/2021) |
| 06/11/2021 | 115 | RESPONSE to Motion by Robert Lewis Dear, Jr re 111 MOTION for Extension of Time to File (Attachments: # 1 Attachment A, # 2 Attachment B, # 3 Attachment C, # 4 Attachment D)(Stricklin, Natalie) (Entered: 06/11/2021) |
| 06/14/2021 | 116 | REPLY TO RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 106 MOTION for Speedy Trial *Finding Regarding Reasonableness* (Mohan, Rajiv) (Entered: 06/14/2021) |
| 07/16/2021 | 117 | RESTRICTED PSYCHIATRIC REPORT as to Robert Lewis Dear, Jr. (athom, ) (Entered: 07/19/2021) |
| 07/27/2021 | 118 | MINUTE ORDER by Judge Robert E. Blackburn on 7/27/21 as to Robert Lewis Dear, Jr. After conferring with counsel and with their concurrence, a Competency Hearing is set 9/16/2021 at 10:30 AM in Courtroom A1001 before Judge Robert E. Blackburn. Defendant may appear and participate by VTC, and defense counsel may appear by VTC or in person. Text Only Entry (rebsec) (Entered: 07/27/2021) |
| 09/09/2021 | 119 | NOTICE OF ATTORNEY APPEARANCE Maura Deady White appearing for USA. Attorney Maura Deady White added to party USA(pty:pla) (White, Maura) (Entered: 09/09/2021) |
| 09/16/2021 | 120 | MINUTE ENTRY for Competency Hearing as to Robert Lewis Dear, Jr held before Judge Robert E. Blackburn on 9/16/2021. Court Reporter: Kevin Carlin. (pglov) (Entered: 09/16/2021) |
| 09/16/2021 | 121 | ORDER DETERMINING COMPETENCY AND COMMITTING DEFENDANT as to Robert Lewis Dear, Jr. By Judge Robert E. Blackburn on 09/16/2021. (athom, ) (Entered: 09/16/2021) |

| 09/23/2021 | 122 | MOTION to Withdraw as Attorney *and to Terminate ECF Notifications* by Veronica S. Rossman by Robert Lewis Dear, Jr. (Rossman, Veronica) (Entered: 09/23/2021) |
|---|---|---|
| 09/23/2021 | 123 | MEMORANDUM by Judge Robert E. Blackburn on 9/23/21 regarding 122 MOTION to Withdraw as Attorney *and to Terminate ECF Notifications* by Veronica S. Rossman filed by Robert Lewis Dear, Jr. Motion referred to Magistrate Judge Kristen L. Mix. Text Only Entry (rebsec) (Entered: 09/23/2021) |
| 09/23/2021 | 124 | ORDER granting 122 Motion to Withdraw as Attorney. Attorney Veronica S. Rossman is relieved of any further representation of Defendant. The Clerk of Court is instructed to terminate Attorney Rossman as counsel of record, and to remove this name from the electronic certificate of mailing. Defendant shall continue to be represented by Attorneys Natalie Stricklin and Warren Williamson. By Magistrate Judge Kristen L. Mix on 9/23/2021. Text Only Entry (klmlc2, ) Modified on 9/23/2021 to correct text (athom, ). (Entered: 09/23/2021) |
| 12/08/2021 | 125 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Rhyne, Pegeen) (Entered: 12/08/2021) |
| 12/08/2021 | 126 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Rhyne, Pegeen) (Entered: 12/08/2021) |
| 12/08/2021 | 127 | MOTION for Leave to Restrict by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 12/08/2021) |
| 12/08/2021 | 128 | MOTION for Hearing by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Rhyne, Pegeen) Modified on 12/9/2021 to add a Level 2 Restriction to 128-1 and 128-2. Counsel will be filing a Motion for Leave to Restrict (athom, ). (Entered: 12/08/2021) |
| 12/09/2021 | 129 | RESTRICTED DOCUMENT - Level 2: as to Robert Lewis Dear, Jr. (Rhyne, Pegeen) (Entered: 12/09/2021) |
| 12/09/2021 | 130 | MOTION for Leave to Restrict by USA as to Robert Lewis Dear, Jr. (Attachments: # 1 Proposed Order (PDF Only))(Rhyne, Pegeen) (Entered: 12/09/2021) |
| 12/10/2021 | 131 | RESTRICTED PSYCHIATRIC REPORT as to Robert Lewis Dear, Jr. (athom, ) (Entered: 12/10/2021) |
| 12/15/2021 | 132 | NOTICE OF ATTORNEY APPEARANCE: Jennifer Lynn Beck appearing for Robert Lewis Dear, JrAttorney Jennifer Lynn Beck added to party Robert Lewis Dear, Jr(pty:dft) (Beck, Jennifer) (Entered: 12/15/2021) |
| 12/15/2021 | 133 | RESPONSE to Motion by Robert Lewis Dear, Jr re 128 MOTION for Hearing *(Preliminary Response)* (Stricklin, Natalie) (Entered: 12/15/2021) |
| 02/07/2022 | 134 | MINUTE ORDER by Judge Robert E. Blackburn on 2/7/22 as to Robert Lewis Dear, Jr. After conferring with counsel, and with their consent, a Telephonic Status Conference to discuss Motion for Hearing 128 is set 3/2/2022 at 01:30 PM before Judge Robert E. Blackburn. Counsel for the parties shall appear by telephone by calling the following conference line ten minutes prior to the appointed time: Number: 888-363-4749 Access code: 1321716#. Text Only Entry (rebsec) (Entered: 02/07/2022) |
| 02/18/2022 | 135 | MOTION to Withdraw as Attorney by Rajiv Mohan by USA as to Robert Lewis Dear, Jr. (Mohan, Rajiv) (Entered: 02/18/2022) |
| 02/22/2022 | 136 | MEMORANDUM by Judge Robert E. Blackburn on 2/22/22 regarding 135 MOTION to Withdraw as Attorney by Rajiv Mohan filed by USA. Motion referred to Magistrate Judge Nina Y. Wang. Text Only Entry (rebsec) (Entered: 02/22/2022) |

| 02/22/2022 | 137 | MINUTE ORDER: The Motion to Withdraw as Counsel 135 is **GRANTED.** Attorney Rajiv Mohan is withdrawn as counsel of record for the United States. By Magistrate Judge Nina Y. Wang on 2/22/2022. Text Only Entry (nywlc3, ) (Entered: 02/22/2022) |
|---|---|---|
| 03/02/2022 | 138 | COURTROOM MINUTES for Status Conference as to Robert Lewis Dear, Jr. held before Judge Robert E. Blackburn on 3/2/2022. Court Reporter: Kevin Carlin. (lrobe) (Entered: 03/02/2022) |
| 03/07/2022 | 139 | ORDER as to Robert Lewis Dear, Jr re 128 MOTION for Hearing. Telephonic Status and Scheduling Conference set for 5/24/2022 02:00 PM before Judge Robert E. Blackburn. PLEASE SEE ORDER FOR ADDITIONAL INFORMATION. By Judge Robert E. Blackburn on 03/07/2022. (athom, ) (Entered: 03/07/2022) |
| 03/07/2022 | 140 | US Marshals Service Form re 139 Order as to Robert Lewis Dear, Jr. (athom, ) (Entered: 03/07/2022) |
| 03/07/2022 | 141 | Certificate of Service by Clerk of Court as to Robert Lewis Dear, Jr re 139 Order, 140 US Marshals Service Form. Order and Form USM-285 hand delivered to the US Marshal Service, 901 19th Street, 3rd Floor, Denver, CO 80294. Text Only Entry (athom, ) (Entered: 03/07/2022) |
| 03/14/2022 | 143 | RESTRICTED PROPOSED TREATMENT PLAN as to Robert Lewis Dear, Jr. (athom, ) (Entered: 03/17/2022) |
| 03/16/2022 | 142 | RETURN OF SERVICE upon Warden, U.S. Medical Center for Federal Prisoners on 03/08/2022 re 141 Certificate of Service. (athom, ) (Entered: 03/16/2022) |
| 05/24/2022 | 144 | MINUTE ORDER by Judge Robert E. Blackburn on 5/24/2022 as to Robert Lewis Dear, Jr. After conferring with counsel, and with their consent, the court shall hear and consider 128 MOTION for Hearing filed by USA, commencing on 8/30/2022, at 09:00 AM, and reserving 8/31/2022, in Courtroom A1001 before Judge Robert E. Blackburn. Text Only Entry (rebsec) (Entered: 05/24/2022) |
| 07/06/2022 | 145 | MOTION for Order *to Close Courtroom During the Sell Hearing* by Robert Lewis Dear, Jr. (Stricklin, Natalie) (Entered: 07/06/2022) |
| 07/06/2022 | 146 | MINUTE ORDER by Judge Robert E. Blackburn on 7/6/2022 as to Robert Lewis Dear, Jr re 145 MOTION for Order *to Close Courtroom During the Sell Hearing* filed by Robert Lewis Dear, Jr. Government shall file a response by 7/20/2022; defendant may reply to the response by 7/29/2022. Text Only Entry (rebsec) (Entered: 07/06/2022) |
| 07/18/2022 | 147 | RESPONSE in Opposition by USA as to Robert Lewis Dear, Jr re 145 MOTION for Order *to Close Courtroom During the Sell Hearing* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rhyne, Pegeen) (Entered: 07/18/2022) |
| 07/29/2022 | 148 | REPLY TO RESPONSE to Motion by Robert Lewis Dear, Jr re 145 MOTION for Order *to Close Courtroom During the Sell Hearing* (Stricklin, Natalie) (Entered: 07/29/2022) |
| 08/18/2022 | 149 | FPD MOTION for Issuance of Subpoena in Forma Pauperis by Robert Lewis Dear, Jr. (Attachments: # 1 Attachment, # 2 Attachment, # 3 Attachment, # 4 Attachment) (Stricklin, Natalie) (Entered: 08/18/2022) |
| 08/18/2022 | 150 | ORDER Granting 149 FPD Motion for Issuance of Subpoena in Forma Pauperis as to Robert Lewis Dear Jr. (1), by Judge Robert E. Blackburn on 8/18/2022. (Attachments: # 1 Subpoena issued-1, # 2 Subpoena issued-2, # 3 Subpoena issued-3) (sphil, ) (Entered: 08/18/2022) |
| 08/22/2022 | 151 | MINUTE ORDER as to Robert Lewis Dear, Jr. Due to a conflict on the court's calendar, the Motion Hearing set on 8/30/2022 shall start at 09:30 AM (9:30 a.m. or as soon |

| | | |
|---|---|---|
| | | thereafter as the court can be available) in Courtroom A1001 before Judge Robert E. Blackburn. By Judge Robert E. Blackburn on 8/22/2022. Text Only Entry (rebsec) Modified on 8/23/2022 to clarify text (rebsec). (Entered: 08/22/2022) |
| 08/23/2022 | 152 | MOTION to Withdraw as Attorney by Mary J. Hahn by USA as to Robert Lewis Dear, Jr. (Hahn, Mary) (Entered: 08/23/2022) |
| 08/23/2022 | 153 | ORDER granting 152 Motion to Withdraw as Attorney. Mary J. Hahn withdrawn from case as to Robert Lewis Dear Jr. (1). By Judge Robert E. Blackburn on 8/23/2022. Text Only Entry (rebsec) (Entered: 08/23/2022) |
| 08/23/2022 | 154 | Utility Setting/Resetting Deadlines/Hearings as to Robert Lewis Dear, Jr: Text Only Entry Motion Hearing set for 8/30/2022 at 09:30 AM and 8/31/2022 at 09:00 AM in Courtroom A1001 before Judge Robert E. Blackburn. (rebsec) (Entered: 08/23/2022) |
| 08/25/2022 | 155 | ORDER CONCERNING CLOSURE OF *SELL* HEARING as to Robert Lewis Dear Jr. The Motion To Close Courtroom During The *Sell* Hearing [# 145 ] is denied. By Judge Robert E. Blackburn on 08/25/2022. (athom, ) (Entered: 08/25/2022) |
| 08/30/2022 | 156 | COURTROOM MINUTES for Motion Hearing as to Robert Lewis Dear, Jr held before Judge Robert E. Blackburn on 8/30/2022. Evidence entered and testimony given. Hearing continued. Defendant remanded. Court Reporter: Janet Coppock. (lrobe) (Main Document 156 replaced to correct hearing date only on 8/31/2022) (lrobe) (Entered: 08/30/2022) |
| 08/31/2022 | 157 | COURTROOM MINUTES for Motion Hearing, Day Two as to Robert Lewis Dear, Jr held before Judge Robert E. Blackburn on 8/31/2022. ORDERED: This matter is continued to 9/1/2022 at 8:45 AM in Courtroom A1001 before Judge Robert E. Blackburn, at which time the defendant shall appear without further notice or order from the Court; provided further that the United States Marshal for the District of Colorado shall assist the Court in securing the appearance of the defendant for the hearing. Defendant remanded. Court Reporter: Janet Coppock. (lrobe) (Entered: 08/31/2022) |
| 09/01/2022 | 158 | COURTROOM MINUTES for Motion Hearing, Day 3 held before Judge Robert E. Blackburn on 9/1/2022. ORDERED: 128 Motion is taken under advisement. The Court's written ruling will issue as soon as practicable. Defendant remanded. Court Reporter: Janet Coppock. (lrobe) (Entered: 09/01/2022) |
| 09/19/2022 | 159 | ORDER RE: INVOLUNTARY MEDICATION as to Robert Lewis Dear Jr. The **Motion For *Sell* Hearing** [# 128 ], which is quintessentially a motion for the administration - involuntarily and forcibly if necessary - of antipsychotic and other related medications, is granted on the terms stated in this order. The treatment plan [# 143 - under restriction] is approved and ordered implemented, together with the addition of the other specific augmentative requirements stated in this order. Status Report due by 1/19/2023. By Judge Robert E. Blackburn on 09/19/2022. (athom, ) (Entered: 09/19/2022) |
| 09/21/2022 | 160 | NOTICE OF APPEAL as to 159 Order on Motion for Hearing,, by Robert Lewis Dear, Jr. (Stricklin, Natalie) (Entered: 09/21/2022) |
| 09/21/2022 | 161 | Emergency MOTION for Stay *of Execution of Involuntary Medication Order Pending Appeal* by Robert Lewis Dear, Jr. (Stricklin, Natalie) (Entered: 09/21/2022) |
| 09/21/2022 | 162 | MINUTE ORDER as to Robert Lewis Dear, Jr re 161 Emergency MOTION for Stay *of Execution of Involuntary Medication Order Pending Appeal* filed by Robert Lewis Dear, Jr. Government shall file a response to the motion by 9/26/2022. By Judge Robert E. Blackburn on 9/21/2022. Text Only Entry (rebsec) (Entered: 09/21/2022) |
| 09/21/2022 | 163 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 160 Notice of Appeal as to Robert Lewis Dear, Jr to the U.S. Court of Appeals. ( FPD,) |

| | | |
|---|---|---|
| | | (Attachments: # 1 Docket Sheet, # 2 Preliminary Record) (athom, ) (Entered: 09/21/2022) |
| 09/22/2022 | 164 | USCA Case Number 22-1303 as to Robert Lewis Dear, Jr for 160 Notice of Appeal filed by Robert Lewis Dear, Jr. (athom, ) (Entered: 09/22/2022) |
| 09/22/2022 | 165 | RESPONSE to Motion by USA as to Robert Lewis Dear, Jr re 161 Emergency MOTION for Stay *of Execution of Involuntary Medication Order Pending Appeal* (Rhyne, Pegeen) (Entered: 09/22/2022) |
| 09/26/2022 | 166 | ORDER as to Robert Lewis Dear Jr. (1): The defendant has filed an appeal of the court's Order Re: Involuntary Medication [# 159 ]. In his Emergency Motion To Stay Execution of Involuntary Medication Order Pending Appeal 161 , the defendant moves for a stay of the court's Order Re: Involuntary Medication [# 159 ] pending resolution of the appeal. The government filed a response [# 165 ] to the motion for stay and states that it is not opposed to a stay pending appeal. The Emergency Motion To Stay Execution of Involuntary Medication Order Pending Appeal 161 is granted. The court's Order Re: Involuntary Medication [# 159 ] is stayed pending resolution of the appeal of that order by the defendant. By Judge Robert E. Blackburn on 9/26/2022. Text Only Entry (rebsec) (Entered: 09/26/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/06/2022 11:46:12 | | | |
| **PACER Login:** | cojras4772 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cr-00506-REB |
| **Billable Pages:** | 17 | **Cost:** | 1.70 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |