FILED
United States Court of Appeals
Tenth Circuit

October 7, 2022

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant - Appellant.

No. 22-1303
(D.C. No. 1:19-CR-00506-REB-1)
(D. Colo.)

_____

## ORDER

_____

Before **HOLMES**, Chief Circuit Judge.

_____

This matter is before the Court on Appellant's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, Jacob R Rasch-Chabot, for the District of Colorado is appointed as counsel of record to represent the appellant Robert Lewis Dear. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

                                  Entered for the Court

                                  CHRISTOPHER M. WOLPERT, Clerk

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

October 07, 2022

Ms. Jennifer Lynn Beck
Mr. Jacob R Rasch-Chabot
Mrs. Natalie G. Stricklin
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:** **22-1303, United States v. Dear**
Dist/Ag docket: 1:19-CR-00506-REB-1

Dear Counsel:

You have been appointed as counsel for appellant/appellee pursuant to the Criminal Justice Act, 18 U.S.C. 3006A. The order appointing you has been docketed in the above-referenced appeal. If an adverse decision is rendered you must advise your client of the right to seek review of this court's decision by petition for certiorari. If the client requests, and you believe a petition to be legally sound, you must file one with the clerk of the Supreme Court of the United States. *See* Criminal Justice Act Plan, 10th Cir. R., Addendum I.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Marissa Rose Miller
Pegeen D Rhyne
Maura Deady White

CMW/lg