

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj United States Courthouse  
901 19th Street  
Denver, Colorado 80294  
Phone(303) 844-3433  
www.cod.uscourts.gov

December 20, 2022

Clerk  
U.S. Court of Appeals for the Tenth Circuit  
Byron White United States Courthouse  
1823 Stout Street  
Denver, CO  80257

RE:   USA v. Dear

District Court Case No.  19-cr-00506-REB  
Court of Appeals Case No.  22-1303

Dear Clerk:

Enclosed please find the Record on Appeal in  (3) Three volume(s) which consist of the following:

Volume I -   Electronic Documents  
Volume II -  RESTRICTED LEVEL 2  
Volume III - RESTRICTED TRANSCRIPTS

JEFFREY P. COLWELL, CLERK

By:  s/  A. Thomas  
Deputy Clerk