IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ROBERT LEWIS DEAR, JR.,

    Defendant.

---

**UNOPPOSED MOTION TO VACATE JANUARY 19, 2023, DEADLINE FOR STATUS REPORT RE THE IMPLEMENTATION OF DEAR'S TREATMENT PLAN**

---

    The United States of America hereby files this unopposed motion for this Court to vacate the January 19, 2023, deadline for the government to file a status report with the Court regarding the implementation of defendant Dear's Treatment Plan.

    On September 19, 2022, the Court entered an order authorizing the involuntary administration of antipsychotic and other related medications.  [Doc. # 159].  As part of that order, the Court directed the government to file by January 19, 2023, a status report to inform the Court of the status of Mr. Dear, including "a summary of the implementation and execution of the treatment plan."  [*Id.* at 20].

    However, on September 21, 2022, defendant Dear filed a notice of appeal regarding this order [doc. # 160], and on September 26, 2022, the Court granted a stay of the execution of its involuntary medication order pending this appeal [doc. # 166].

To date, this case remains pending on appeal, and Mr. Dear's treatment has not commenced. Accordingly, the government requests that the Court vacate the January 19, 2023, deadline for the government's status report and reset the deadline after Mr. Dear's appeal has been resolved.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ Pegeen D. Rhyne
Pegeen D. Rhyne
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Pegeen.Rhyne@usdoj.gov

By: s/ Bryan Fields
Bryan Fields
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: Bryan.Fields3@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division
U.S. Department of Justice

By: s/ Maura Deady White
Maura White
Trial Attorney
Civil Rights Division, Criminal Section
950 Pennsylvania Avenue, 4CON
Washington, D.C. 20530

Telephone: 202-616-5103
Fax:  202-514-6588
E-mail:  Maura.White@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of January, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                          s/ *Amy McDaniel*
                                          Amy McDaniel
                                          Legal Assistant
                                          U.S. Attorney's Office