IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

    Defendant.

## ORDER RE: INVOLUNTARY MEDICATION

**Blackburn, J.**

    This matter is before me on the letter [#187] of the Supreme Court of the United States and the mandate [#188] of the United States Court of Appeals for the Tenth Circuit, both filed February 24, 2025. In the letter, the Supreme Court denied the petition for a writ of certiorari filed by the defendant. In the mandate [#188] the tenth circuit transfers jurisdiction over this case back to this district court.

    On September 19, 2022, I entered an order [#159] directing the administration of antipsychotic medications and other related medications to the defendant, Robert Dear. The order authorizes administration of those medications involuntarily and forcibly, if necessary. Mr. Dear filed an appeal challenging that order. On June 10, 2024, the Tenth Circuit entered an order [#184] affirming my order [#159] for administration of antipsychotic and other related medications. Mr. Dear then filed a petition for a writ of certiorari with the Supreme Court. In the letter [#187], the Supreme Court denies the petition for a writ of certiorari.

During the pendency of the Tenth Circuit appeal and the petition for a writ of certiorari, all efforts to implement the treatment plan approved in my order [#159] have been suspended.  Now that the appellate process has run the full course, I enter this order to direct the implementation of the treatment plan and my order [#159].

**THEREFORE, IT IS ORDERED** as follows:

1.  That as soon as practicable, the treatment plan [#143] shall be implemented by appropriate personnel at the United States Medical Center for Federal Prisoners at Springfield, Missouri, or another suitable facility, as defined by 18 U.S.C. § 4247(a)(2);

2.  That implementation of the treatment plan [#143] shall be undertaken under the terms of my **Order re: Involuntary Medication** [#159], filed September 19, 2022;

3.  That by June 30, 2025, counsel for the government shall file a status report to inform the court of the status of Mr. Dear, including a summary of the implementation and execution of the treatment plan;

4.  That unless ordered otherwise, implementation and use of the treatment plan shall continue throughout the course of these criminal proceedings; and

5. That under 18 U.S.C. § 3161(h)(1)(A) and (4), the period of delay resulting from these ongoing competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c).

Dated February 27, 2025, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge