IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Date: September 24, 2025
Deputy Clerk: Meghan Smotts
Court Reporter: Sarah Mitchall
Probation Officer: N/A

| | |
|---|---|
| **Criminal Case No. 1:19-cr-00506-REB-1** | Counsel: |
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz |
| | Kyle Boynton |
| Plaintiff, | |
| v. | |
| ROBERT LEWIS DEAR, | Jennifer Beck |
| | Jacob Rasch-Chabot |
| Defendant. | |

## COURTROOM MINUTES

### STATUS CONFERENCE

**1:44 p.m.    Court in session.**

Appearances of counsel. Also present at Government's table is FBI Special Agent Ken Harris. Defendant appears via VTC with counsel, Jennifer Beck.

Discussion held on Restricted Motion [ECF 207].

Findings of fact, conclusions of law and orders.

**IT IS ORDERED as follows**

1. That the court approves, adopts and enters the proposed order with only one addition, and that will be a new paragraph 1 indicating that I am granting the joint motion, Document 207 as stated on the record. Written order will enter in due course.

2. The parties shall jointly request a status conference as needed.

**1:57 p.m.**    **Court in recess.**    Hearing concluded.

Total time in court:   00:13