IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT LEWIS DEAR, JR.,

      Defendant.

## ORDER GRANTING MOTION TO RESTRICT DOCUMENTS

**Blackburn, J.**

The matter is before me is the **United States' Motion To Restrict Document** [#210],[1] filed September 16, 2025.  I grant the motion.

Under D.C.COLO.LCrimR 47.1, a motion to restrict may be granted when the interest to be protected by restriction outweighs the presumption of public access.  I find and conclude the government has shown that the interests to be protected by restriction outweigh the presumption of public access.  The motion therefore should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Motion To Restrict Document** [#210], filed September 16, 2025, is granted; and

2. That documents #207, #208, and #209 shall be maintained under Level 1 restriction as defined by D.C.COLO.LCrimR 47.1(b).

---

[1] "[#210]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated September 25, 2025, at Denver, Colorado.

                                            **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge