IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00506-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. ROBERT LEWIS DEAR, JR.,

Defendant.

---

**MOTION TO DISMISS INDICTMENT**

---

The United States (the government), by and through Assistant United States Attorney Laura Cramer-Babycz, respectfully files this motion requesting that the Court dismiss the Indictment in this case. The Bureau of Prisons has informed the government that Mr. Dear died on November 22, 2025. Accordingly, the government moves to dismiss the Indictment.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

*By: s/ Laura Cramer-Babycz*

Laura Cramer-Babycz
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0406
E-mail: laura.cramer-babycz@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of November, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

s/ *Portia Peter*
Portia Peter
Legal Assistant